NINA F. LOCKER, State Bar No. 123838
JEROME F. BIRN, JR., State Bar No. 128561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
       nlocker@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation,*
*Randal J. Kirk, and Rick L. Sterling*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING, <br><br> Defendants. | CASE NO.: 5:20-cv-06936-BLF <br><br> <u>CLASS ACTION</u> <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** <br><br> Hon. Beth Labson Freeman |

STIP. & [PROPOSED] ORDER
EXTND. TIME TO RESPND. TO CMPLNT. &
RESCHDLG. CMC
CASE NO. 5:20-CV-06936

WHEREAS, on October 5, 2020, plaintiff Martin Joseph Abadilla ("Plaintiff"), individually and on behalf of all others similarly situated, filed a Class Action Complaint for Violations of the Federal Securities Laws ("Complaint") against Precigen, Inc. f/k/a Intrexon Corporation ("Precigen"), Randal J. Kirk, and Rick L. Sterling (collectively, "Defendants");

WHEREAS, this action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*, which provides that following notice to the proposed class, the court must rule on the consolidation of any substantially similar actions and appoint a lead plaintiff for prosecution of any consolidated action (the "Lead Plaintiff");

WHEREAS, pursuant to 15 U.S.C. § 77z-1(a)(3)(A)(i)(II), motions for appointment as Lead Plaintiff in this action were due on December 4, 2020;

WHEREAS, on December 4, 2020, four movants filed motions for consolidation of the related actions, appointment as lead plaintiff, and approval of their respective lead counsel selections (the "Lead Plaintiff Motions");

WHEREAS, the Court has set a hearing on the Lead Plaintiff Motions for May 13, 2021;

WHEREAS, Defendants waived service of the Complaint, and their responses to the Complaint will be due 60 days after the date of the waiver;

WHEREAS, an Initial Case Management Conference is set for January 7, 2021, at 11 a.m. (the "Initial CMC");

WHEREAS, it is anticipated that the Court-appointed Lead Plaintiff will file an amended consolidated complaint, superseding the existing complaint; and

WHEREAS, the parties agree that requiring a response to the current Complaint would necessitate duplicative effort, unnecessary motion practice, and result in a waste of judicial resources;

NOW THEREFORE, counsel for Plaintiff and Defendants stipulate and agree to the following:

1.     Defendants shall not be required to move, or otherwise respond to the Complaint in this action, and shall not be deemed to have waived any rights, arguments, or defenses by

1

STIP. & [PROPOSED] ORDER
EXTND. TIME TO RESPND. TO CMPLNT. &
RESCHDLG. CMC
CASE NO. 5:20-CV-06936

waiting to move or respond until such time as Defendants are required to respond pursuant to the Court-approved schedule.

2. Following this Court's order on the Lead Plaintiff Motions, Lead Plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of an amended complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss. The parties shall submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of Lead Plaintiff.

3. The Initial CMC, currently scheduled for January 7, 2021, is continued until such time that the Court may determine;

4. Nothing in this Stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or in equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

2

DATED:  December 7, 2020

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

/s/ Nina F. Locker
    NINA F. LOCKER

Nina F. Locker
Jerome F. Birn, Jr.
650 Page Mill Road
Palo Alto, CA  94304
Telephone (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
       jbirn@wsgr.com

*Attorneys for Defendants Precigen, Inc. f/k/a*
*Intrexon Corporation, Randal J. Kirk, and Rick L.*
*Sterling*

DATED:  December 7, 2020

THE ROSEN LAW FIRM, P.A.

/s/ Laurence M. Rosen
    LAURENCE M. ROSEN

355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Martin Joseph Abadilla*

3

STIP. & [PROPOSED] ORDER
EXTND. TIME TO RESPND. TO CMPLNT. &
RESCHDLG. CMC
CASE NO. 5:20-CV-06936

**[PROPOSED] ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1.     After the appointment of a lead plaintiff pursuant to 15 U.S.C. §78u-4(a)(3)(B), lead plaintiff and Defendants shall promptly meet and confer regarding a schedule for the filing of an amended complaint or designation of an operative complaint, and a briefing schedule for Defendants' anticipated motion(s) to dismiss.  The parties shall submit a joint stipulation with a proposed schedule no later than ten (10) business days following the appointment of lead plaintiff.

2.     The Initial CMC, currently scheduled for January 7, 2021, is continued until such time that the Court may determine;

3.     Defendants shall not be required to move, or otherwise respond to the Complaint in this action, and shall not be deemed to have waived any rights, arguments, or defenses by waiting to answer, until such time as Defendants are required to respond pursuant to the Court-approved schedule.

**IT IS SO ORDERED.**

DATED:     December 7, 2020

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER
EXTND. TIME TO RESPND. TO CMPLNT. &
RESCHDLG. CMC
CASE NO. 5:20-CV-06936

4

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

This certifies, pursuant to Local Rule 5-1(i)(3), that all signatories to this document, Laurence Rosen of The Rosen Law Firm, P.A., concur in its content and have authorized this filing.


DATED:  December 7, 2020                    /s/ Nina F. Locker
                                            NINA F. LOCKER

5