JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant Raju Shah*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br>   v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING, <br><br> Defendants. | Case No. 5:20-cv-06936-BLF <br><br> **RAJU SHAH'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** <br><br> Date:           May 13, 2021 <br> Time:          9:00 a.m. <br> Courtroom.:  3 – 5th Floor <br> Judge:         Hon. Beth Labson Freeman |
| GANG CHEN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br>   v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING, <br><br> Defendants. | Case No. 4:20-cv-07442-BLF |
| JOSEPH SEPPEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br>   v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, RICK L. STERLING, and JOEL LIFFMANN, <br><br> Defendants. | Case No. 3:20-cv-07586-BLF |

Lead Plaintiff movant and putative Class member Raju Shah respectfully submits this memorandum of law in opposition to the competing motions for appointment as lead plaintiff filed by Kenneth R. Clayton, M.D. ("Clayton") (ECF No. 16); Chris Lorino, Michael Lorino, George Shehata, and Harold B. Obstfeld (collectively, the "Group Movant") (ECF No. 21); and Joseph Seppen ("Seppen") (ECF No. 22).[1]

## SUMMARY OF ARGUMENT

Presently before the Court are four competing motions for appointment as lead plaintiff and approval of lead counsel. Under the PSLRA, the Court must select as lead plaintiff the movant with the largest financial interest as long as that movant is otherwise adequate and typical within the meaning of Rule 23. *See* 15 U.S.C. §78u-4(a)(3)(B)(iii)(I)(bb); *In re Cavanaugh*, 306 F.3d 726, 730 (9th Cir. 2002). Here, Shah is the presumptive lead plaintiff because his loss of $413,000 is the largest loss alleged by any movant. Shah has selected Scott+Scott, a national law firm with deep experience in securities litigation, as his counsel, and is otherwise adequate and typical within the meaning of Rule 23. Therefore, pursuant to the PSLRA, the Court must appoint Shah as lead plaintiff.

Accordingly, the Court should deny all competing lead plaintiff motions and grant Shah's motion in full.

## ARGUMENT

### A.　The PSLRA's Straightforward Leadership Test

The movant with the largest alleged loss is the presumptive lead and must be appointed lead if the plaintiff, or group of plaintiffs, is otherwise adequate and typical. *Cavanaugh*, 306 F.3d at 730. The Ninth Circuit has described the PSLRA's lead plaintiff framework as a "simple [] process" that "provides in categorical terms that the *only* basis on which a court may compare plaintiffs competing to serve as lead is the size of their financial stake in the controversy." *Id*. at

_____

[1]　　Unless otherwise defined herein, all capitalized terms shall maintain the same meaning as those set forth in Shah's motion (ECF No. 11).

RAJU SHAH'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 5:20-cv-06936-BLF

729, 732 (emphasis in original). Accordingly, "[o]nce it determines which [movant] has the biggest stake, the court must appoint that [movant] as lead, unless it finds that he does not satisfy the typicality or adequacy requirements." *Id*. at 732. In this case, there is no question that Shah has the largest financial interest.

**B.    Shah Has the Largest Financial Interest in This Case of Any Movant**

In assessing movants' respective financial interest, courts principally consider the movants' alleged losses. *Robb v. Fitbit Inc.*, No. 16-cv-00151-SI, 2016 WL 2654351, at *3 (N.D. Cal. May 10, 2016) (citing *In re Diamond Foods, Inc., Sec. Litig.*, 281 F.R.D. 405, 408 (N.D. Cal. 2012)). Here, Shah has the largest loss. *See* ECF Nos. 11-4, 23-3, 16-4, & 22 at 7 (in order of appearance in the chart below). Shah lost approximately $413,000, all on shares that he held through the end of the Class Period. ECF No. 11-4. The losses claimed by the other competing movants are smaller, as follows:

| Movant | Claimed Loss |
|---|---|
| **Shah** | **$ 413,484** |
| Group Movant | $ 405,156[2] |
| Clayton | $ 134,293 |
| Seppen | $  90,000 |

---

[2]    The Group Movant used a slightly lower look-back price ($5.23) than Shah ($5.26781) to value its shares that were retained as of the end of the Class Period. *See* ECF Nos. 11-4 and 23-3. Using Shah's higher look-back price, the Group Movant's loss is $402,315. Thus, on an "apples-to-apples" basis, Shah's loss is approximately $11,000 greater than the Group Movant's loss. The difference is even greater if only losses recoverable under the Supreme Court's decision in *Dura Pharms., Inc. v. Broudo* are considered. *See* 544 U.S. 336, 346-47 (2005) (losses suffered prior to a corrective disclosure are not compensable).

RAJU SHAH'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR
APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 5:20-cv-06936-BLF

In addition to not having the largest financial interest in the case, the Group Movant is made up of four individual investors who lack pre-existing relationships with each other and came together solely for this lead plaintiff motion.[3]  *See* ECF No. 23-4.  This Court has looked at the issue of group movants in PSLRA cases and stated that, "in appointing a group as lead plaintiff, courts must be wary of lawyers' attempts to group unrelated plaintiffs to ensure the lawyers get appointed as lead counsel."  *Veal v. LendingClub Corp.*, No. 18-CV-02599-BLF, 2018 WL 5879645, at *3 (N.D. Cal. Nov. 7, 2018) (citing *Bodri v. Gopro, Inc.*, No. 16-CV-00232-JST, 2016 WL 1718217, at *4 (N.D. Cal. Apr. 28, 2016)).  This Court further noted that "Northern District of California courts have generally found that appointing a group of unrelated investors undercuts the primary purpose of the PSLRA: to eliminate lawyer-driven litigation."  *Id.*[4]

### C.  Shah Is Otherwise Adequate and Typical

Because Shah has the largest financial interest in this case, he must be appointed lead plaintiff unless the Court is presented with evidence showing that he is not adequate and typical.  *Cavanaugh*, 306 F.3d at 730.  Here, no such evidence exists.  Shah is typical of the putative Class.  Like all members of the putative Class, he has Exchange Act claims that arise from the

---

[3]  Two of the movants in the group are brothers.  However, the other two investors in the group do not appear to have preexisting relationships with each other or with the brothers.

[4]  In addition to being comprised of unrelated investors, the Movant Group is purportedly represented by four law firms, two of which are seeking to be appointed co-lead counsel, one of which is seeking to be appointed liaison counsel, and an additional firm.  *See* ECF No. 21 at 11.  It is not clear from the Group Movant's moving papers why three firms are needed in the leadership structure.  For example, while The Rosen Law Firm, P.A. seeks designation as "liaison counsel," it does not have an office in the Northern District of California.  While The Rosen Law Firm has an office in Los Angeles, proposed lead counsel Pomerantz LLP also has offices in Los Angeles.

3

misrepresentations and omissions alleged in the related complaints. *See, e.g.*, *Russo v. Finisar Corp.*, No. 5:CV 11-01252-EJD, 2011 WL 5117560, at \*4 (N.D. Cal. Oct. 27, 2011). With respect to adequacy, Shah has no known conflicts of interest with the Class and is an experienced investor.

Shah has also demonstrated that he is an adequate representative by retaining competent and experienced counsel. Scott+Scott is an international law firm that specializes in securities class action cases throughout the country and has significant resources to litigate this complex case. Scott+Scott consists of over 110 team members, including 70 highly experienced attorneys and including a California office. Scott+Scott also includes a team of paralegals, legal assistants, and other support staff including in-house investigators and an e-discovery litigation support group.

Scott+Scott has a long track record of successfully litigating securities class actions in this District and other state and federal courts across the country. Most recently, last year, acting as sole lead counsel, Scott+Scott settled *In re SanDisk LLC Securities Litigation*, No. 3:15-cv-01455 (N.D. Cal.), for $50 million. In addition, Scott+Scott has litigated, and continues to litigate, many other securities class actions across the country. *See* ECF Nos. 11 at 9-10 and 11-6. Scott+Scott's resources and experience will well serve the putative Class.

## CONCLUSION

For all of the foregoing reasons, and the reasons set forth in his opening papers, Raju Shah respectfully requests that the Court grant his motion for consolidation and appointment of lead plaintiff and lead counsel in full, and deny all competing motions.

DATED: December 18, 2020

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

THOMAS L. LAUGHLIN, IV
(*pro hac vice*)

4

RHIANA L. SWARTZ
(*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/233-6444
Facsimile:  212-233-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Attorneys for Lead Plaintiff Movant Raju Shah and Proposed Lead Counsel*

BRIAN J. SCHALL
**THE SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, CA 90067-1604
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Raju Shah*

RAJU SHAH'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 5:20-cv-06936-BLF

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I caused the foregoing Raju Shah's Memorandum of Points & Authorities In Opposition To Competing Motions For Appointment As Lead Plaintiff and Approval of Lead Counsel to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on December 18, 2020, at San Diego, California.

_s/ John T. Jasnoch_
JOHN T. JASNOCH (CA 281605)

RAJU SHAH'S MEMORANDUM OF POINTS & AUTHORITIES IN OPPOSITION TO COMPETING MOTIONS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL
CASE NO. 5:20-cv-06936-BLF