DocuSign Envelope ID: D895D24E-137E-46FA-84C8-1C931D5041B3

JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant Raju Shah*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING, <br><br> Defendants. | Case No. 5:20-cv-06936-BLF <br><br> **DECLARATION OF RAJU SHAH IN FURTHER SUPPORT OF HIS MOTION FOR: (1) CONSOLIDATION; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL** <br><br> Date:          May 13, 2021 <br> Time:          9:00 a.m. <br> Courtroom.:   3 – 5th Floor <br> Judge:         Hon. Beth Labson Freeman |
| GANG CHEN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING, <br><br> Defendants. | Case No. 4:20-cv-07442-BLF |
| JOSEPH SEPPEN, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, RICK L. STERLING, and JOEL LIFFMANN, <br><br> Defendants. | Case No. 3:20-cv-07586-BLF |

DECLARATION OF RAJU SHAH IN FURTHER SUPPORT OF HIS MOTION FOR: (1) CONSOLIDATION;
(2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL
CASE NO. 5:20-cv-06936-BLF

I, Raju Shah, pursuant to 28 U.S.C. §1746, declare as follows:

1.    I was the purchaser of the shares of Precigen, Inc. that I previously certified to in connection with my lead plaintiff motion in this case (ECF No. 11-3) ("the shares").

2.    I purchased the shares with funds that I deposited into a joint account held with my wife, Rekha Shah.  The shares were and are held in the joint account.  Rekha Shah did not purchase the shares.

3.    Rekha Shah is aware of and supports my motion to be appointed lead plaintiff of this case.

I declare under penalty of perjury under the laws of the United States of America that the f oregoing is true and correct.

Executed this ___26th___ day of December, 2020, in _Washington State_____  (city, state).

DocuSigned by:

Raju Shah
A3908DBF86B2475...

RAJU SHAH

DECLARATION OF RAJU SHAH IN FURTHER SUPPORT OF HIS MOTION FOR: (1) CONSOLIDATION;
(2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF LEAD COUNSEL
CASE NO. 5:20-cv-06936-BLF

**CERTIFICATE OF SERVICE**

I hereby certify that on December 28, 2020, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on December 28, 2020, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

3