United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA,<br><br>Plaintiff,<br><br>v.<br><br>PRECIGEN, INC., et al.,<br><br>Defendants. | Case No. 20-cv-06936-BLF<br><br>**ORDER DIRECTING PARTIES TO FILE CHAMBERS COPIES** |
| GANG CHEN,<br><br>Plaintiff,<br><br>v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, et al.,<br><br>Defendants. | Case No. 20-cv-06936-BLF |
| JOSEPH SEPPEN,<br><br>Plaintiff,<br><br>v.<br><br>PRECIGEN, INC., et al.,<br><br>Defendants | Case No. 20-cv-07586-BLF |

The parties shall submit chambers copies of briefs and exhibits associated with all future motions on which the Court will hold a hearing, to include the motions to consolidate and to appoint lead counsel at ECF 22. *See* Judge Beth Labson Freeman's Standing Order for Civil Cases at 6-7. All exhibits shall be tabbed.

**IT IS SO ORDERED.**

Dated: February 4, 2021

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California