United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARTIN JOSEPH ABADILLA,<br><br>Plaintiff,<br><br>v.<br><br>PRECIGEN, INC., et al.,<br><br>Defendants. | Case No.  20-cv-06936-BLF<br><br>**ORDER GRANTING MOTIONS TO CONSOLIDATE** |
| GANG CHEN,<br><br>Plaintiff,<br><br>v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, et al.,<br><br>Defendants. | Case No.  20-cv-07442-BLF |
| JOSEPH SEPPEN,<br><br>Plaintiff,<br><br>v.<br><br>PRECIGEN, INC., et al.,<br><br>Defendants | Case No.  20-cv-07586-BLF |

Before the Court are multiple motions to consolidate the above-captioned related cases. *See* ECF 11, 16, 21, 22. The motions are unopposed. "If actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." Fed. R. Civ. P. 42(a). The "district court has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. U.S. Dist. Court for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir.

1989).  "In determining whether or not to consolidate cases, the Court should weigh the interest of judicial convenience against the potential for delay, confusion and prejudice." *Bodri v. Gopro, Inc.*, 2016 WL 1718217, at *1 (N.D. Cal. Apr. 28, 2016) (quoting *Zhu v. UCBH Holdings, Inc.*, 682 F. Supp. 2d 1049, 1052 (N.D. Cal. 2010).

In light of the parties' consensus and the common questions of law and fact in the relevant cases, the Court GRANTS the Motions to Consolidate the Related Cases. The Abadilla, Chen, and Seppen Actions are hereby CONSOLIDATED for all purposes, including trial and dispositive motions.  IT IS FURTHER ORDERED that:

(1)  The Clerk of Court shall administratively consolidate Case Nos. 20-cv-06936-BLF, 20-cv-07442-BLF, and 20-cv-07586-BLF;

(2)  The master docket and master file for the consolidated actions shall be Case No. 20-cv-06936-BLF and the consolidated action shall bear the caption *In re Precigen Securities Litigation;*

(3)  All orders, pleadings, motions, and other documents shall, when filed and docketed in the master file, be deemed filed and docketed in each individual case to the extent applicable; and

(4)  Plaintiffs shall file a consolidated complaint **on or before March 25, 2021**.

**IT IS SO ORDERED.**

Dated: March 4, 2021

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California

2