NINA F. LOCKER, State Bar No. 123838
JEROME F. BIRN, JR., State Bar No. 128561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
       nlocker@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation,*
*Randal J. Kirk, and Rick L. Sterling*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING,<br><br>Defendants. | CLASS ACTION<br><br>CASE NO.: 5:20-CV-06936-BLF<br><br>**REQUEST FOR CLARIFICATION** |

-1-

Defendants submit this Request for Clarification of the Court's Order Granting Motions to Consolidate, (the "Consolidation Order") issued on March 4, 2021.  ECF No. 51.  The Consolidation Order requires Plaintiffs to file a consolidated complaint on or before March 25, 2021.  *Id.*  However, the Court previously issued an Order granting the Parties' Stipulation to Extend Time to Respond to Complaint and Rescheduling Initial Case Management Conference (the "Initial Scheduling Order") providing that Plaintiffs are not required to file an amended complaint (or designate an operative complaint) until after the Court appoints a Lead Plaintiff.  ECF No. 32.  The hearing on the pending Lead Plaintiff motions is currently scheduled for May 13, 2021.  ECF No. 29.  Defendants therefore request that the Court delete the deadline for Plaintiffs to file a consolidated complaint from the Consolidation Order so that it is consistent with the prior Initial Scheduling Order (ECF No. 32).

Dated:  March 8, 2021

**WILSON SONSINI GOODRICH & ROSATI**
Professional Corporation

By: */s/ Nina (Nicki) F. Locker*
       Nina (Nicki) F. Locker

*Attorneys for Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling*

-2-