NINA F. LOCKER, State Bar No. 123838
JEROME F. BIRN, JR., State Bar No. 128561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
       nlocker@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation,*
*Randal J. Kirk, and Rick L. Sterling*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING,<br><br>                    Defendants. | CLASS ACTION<br><br>CASE NO.: 5:20-CV-06936-BLF<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR CLARIFICATION** |

Before the Court is Defendants Request for Clarification of the Order Granting Motions to Consolidate issued on March 4, 2021. ECF No. 51.

Having considered the Request, **IT IS HEREBY ORDERED** that Defendants' Request for Clarification is GRANTED. The deadline for Plaintiffs to file a consolidated complaint in the Order Granting Motions to Consolidate is hereby vacated.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HONORABLE BETH LABSON FREEMAN
United States District Judge

-1-

[PROPOSED] ORDER GRANTING REQUEST FOR CLARIFICATION
CASE NO. 5:20-CV-06936-BLF