**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Liaison Counsel for Movants and [Proposed]*
*Liaison Counsel for the Class*

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING, <br><br> Defendants. | Case No. 5:20-cv-06936-BLF <br><br> <u>CLASS ACTION</u> <br><br> **RESPONSE TO REQUEST FOR CLARIFICATION** |
| GANG CHEN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING, <br><br> Defendants. | Case No. 4:20-cv-07442-JST |

[*Additional caption on next page*]

| | |
|---|---|
| JOSEPH SEPPEN, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, RICK L. STERLING, and JOEL LIFFMANN,<br><br>        Defendants. | Case No. 3:20-cv-07586-JD |

Lead Plaintiff Movants Chris Lorino, Michael Lorino, George Shehata, and Harold B. Obstfeld, respectfully submit this Response in Support of Defendants' Request for Clarification of the Court's Order Granting Motions to Consolidate ("Consolidation Order") issued on March 4, 2021. ECF No. 52. Specifically, Lead Plaintiff Movants support Defendants' request that the Court delete the deadline for Plaintiffs to file a consolidated complaint by March 25, 2021 (*id*.), so that it is consistent with the Court's prior scheduling order (ECF No. 32), which extended the time to file a consolidated complaint until *after* the Court appoints a lead plaintiff.

Dated: March 8, 2021                    Respectfully submitted,


                                        **THE ROSEN LAW FIRM, P.A.**

                                        */s/Laurence M. Rosen*
                                        Laurence M. Rosen, Esq. (SBN 219683)
                                        355 South Grand Avenue, Suite 2450
                                        Los Angeles, CA 90071
                                        Telephone: (213) 785-2610
                                        Facsimile: (213) 226-4684
                                        Email: lrosen@rosenlegal.com

                                        *Liaison Counsel for Movants and [Proposed]*
                                        *Liaison Counsel for the Class*

                                        **POMERANTZ LLP**
                                        Jennifer Pafiti (SBN 282790)
                                        1100 Glendon Avenue, 15th Floor
                                        Los Angeles, California 90024
                                        Telephone: (310) 405-7190
                                        jpafiti@pomlaw.com

                                        **POMERANTZ LLP**
                                        Jeremy A. Lieberman
                                        J. Alexander Hood II
                                        600 Third Avenue, 20th Floor
                                        New York, NY 10016
                                        Telephone: (212) 661-1100
                                        Facsimile: (212) 661-8665
                                        jalieberman@pomlaw.com
                                        ahood@pomlaw.com

RESPONSE TO REQUEST FOR CLARIFICATION
5:20-cv-06936-BLF

**POMERANTZ LLP**
Patrick V. Dahlstrom
(*pro hac vice* application forthcoming)
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

**EDELSON LECHTZIN LLP**
Eric Lechtzin (SBN 248958)
Marc H. Edelson
(*pro hac vice* application forthcoming)
3 Terry Drive, Suite 205
Newtown, PA 18940
Telephone: 267-408-8445
elechtzin@edelson-law.com
medelson@edelson-law.com

*Counsel for Movants and [Proposed] Co-Lead
Counsel for the Class*

2

**BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC**
Peretz Bronstein
(pro hac vice application forthcoming)
60 East 42nd Street, Suite 4600
New York, NY 10165
Telephone: (212) 697-6484
peretz@bgandg.com

*Additional Counsel for Movants Chris Lorino and
Michael Lorino*

RESPONSE TO REQUEST FOR CLARIFICATION
5:20-cv-06936-BLF

**PROOF OF SERVICE**

I, Eric Lechtzin, hereby declare under penalty of perjury as follows:

I am a Managing Partner of Edelson Lechtzin LLP, with offices at 3 Terry Drive, Suite 205, Newtown, PA 18940. I am over the age of eighteen.

On March 8, 2021, I electronically filed the following **RESPONSE TO REQUEST FOR CLARIFICATION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

I certify under penalty of perjury under the laws of the United States of America that the foregoing in true and correct.

Executed on March 8, 2021.

*/s/Eric Lechtzin*
Eric Lechtzin

RESPONSE TO REQUEST FOR CLARIFICATION
5:20-cv-06936-BLF