JOHN T. JASNOCH (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619/233-4565
619/233-0508 (fax)
jjasnoch@scott-scott.com

*Attorneys for Lead Plaintiff Movant Raju Shah*
*and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING,<br><br>Defendants. | Case No. 5:20-cv-06936-BLF<br><br>**RESPONSE TO REQUEST FOR CLARIFICATION** |
| GANG CHEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, and RICK L. STERLING,<br><br>Defendants. | Case No. 4:20-cv-07442-BLF |
| JOSEPH SEPPEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>PRECIGEN, INC. F/K/A INTREXON CORPORATION, RANDAL J. KIRK, RICK L. STERLING, and JOEL LIFFMANN,<br><br>Defendants. | Case No. 3:20-cv-07586-BLF |

Lead Plaintiff Movant Raju Shah ("Shah"), respectfully submits this Response in Support of Defendants' Request for Clarification of the Court's Order Granting Motions to Consolidate issued on March 4, 2021.  *See* ECF Nos. 51-52.

Shah supports Defendants' request for the Court to vacate the March 25, 2021 deadline for Plaintiffs to file a consolidated complaint as a prior order of the Court, dated December 7, 2020, provided that the parties would file a joint proposed schedule regarding an amended complaint within ten days of the appointment of lead plaintiff.  *See* ECF No. 32 at  ¶3.  The hearing date for the pending lead plaintiff motions is currently May 13, 2021.  ECF No. 29.

Respectfully submitted,

DATED:  March 8, 2021

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

 *s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

THOMAS L. LAUGHLIN, IV (*pro hac vice*)
RHIANA L. SWARTZ (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212/233-6444
Facsimile:  212-233-6334
tlaughlin@scott-scott.com
rswartz@scott-scott.com

*Attorneys for Lead Plaintiff Movant Raju Shah and Proposed Lead Counsel for the Class*

BRIAN J. SCHALL
**THE SCHALL LAW FIRM**
1880 Century Park East, Suite 404
Los Angeles, CA 90067-1604
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Movant Raju Shah*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2021, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on March 8, 2021, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

RAJU SHAH'S RESPONSE TO REQUEST FOR CLARIFICATION
CASE NO. 5:20-cv-06936-BLF