**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, | Case No.  20-cv-06936-BLF |
| Plaintiff, | |
| v. | **ORDER VACATING DEADLINE TO FILE THE CONSOLIDATED COMPLAINT** |
| PRECIGEN, INC., et al., | |
| Defendants. | |

The Court VACATES the March 25, 2021 deadline to file the consolidated complaint. Plaintiffs SHALL file a consolidated complaint within 30 days of the Court's order on the pending motions to appoint lead plaintiff. *See* ECF 11, 16, 21, 22.

**IT IS SO ORDERED.**

Dated: March 8, 2021

_____
BETH LABSON FREEMAN
United States District Judge