Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Movant Kenneth R. Clayton, M.D.*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re PRECIGEN SECURITIES LITIGATION | Master Case No.  3:20-cv-06936-BLF |
|---|---|
| This Document Relates To:<br>      ALL ACTIONS | CLASS ACTION<br><br>**NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL** |

**TO: ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD**

PLEASE TAKE NOTICE that pursuant to Civ. L.R. 5-11, movant Kenneth R. Clayton, M.D.'s counsel (Reed R. Kathrein, Lucas E. Gilmore and Wesley A. Wong of Hagens Berman Sobol Shapiro LLP) hereby request to withdraw as counsel in this action. On April 8, 2021 this Court appointed Raju Shah as Lead Plaintiff and approved Lead Plaintiff's choice of Scott+Scott Attorneys at Law, LLP as Lead Counsel. *See* ECF No. 57. Dr. Clayton and his counsel have no representative role in the action and the putative class will be represented by Lead Plaintiff and their counsel. Please remove Hagens Berman Sobol Shapiro LLP from the docket as counsel of record, along with the above-named attorneys. A [Proposed] Order granting the withdrawal is submitted herewith as **Exhibit A**.

Respectfully submitted,

DATED: April 8, 2021

HAGENS BERMAN SOBOL SHAPIRO LLP

*/s/ Lucas E. Gilmore*
LUCAS E. GILMORE

Reed R. Kathrein (139304)
Lucas E. Gilmore (250893)
Wesley Wong (314652)
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
HAGENS BERMAN SOBOLS SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Movant Kenneth R. Clayton, M.D.*

NOTICE OF REQUEST FOR WITHDRAWAL OF COUNSEL - 1
Master Case No.: 3:20-cv-06936-BLF
010959-11/1435939 V1

# Exhibit A

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PRECIGEN SECURITIES LITIGATION | Master Case No.  3:20-cv-06936-BLF |
| | CLASS ACTION |
| This Document Relates To:<br>    ALL ACTIONS | **[PROPOSED] ORDER GRANTING REQUEST FOR WITHDRAWAL OF COUNSEL** |

Upon consideration of the Notice of Request for Withdrawal of Counsel, and for good cause shown, it is HEREBY ORDERED that Reed R. Kathrein, Lucas E. Gilmore and Wesley A. Wong of Hagens Berman Sobol Shapiro LLP are hereby withdrawn as counsel of record. The clerk is directed to remove the above-named attorneys and law firm from the docket as well as the ECF Service List.

**IT IS SO ORDERED.**

DATED: April 8, 2021

_____
HON. BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL
Master Case No.: 3:20-cv-02897-MMC

- 1