John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619-233-4565
Facsimile: 619-233-0508
jjasnoch@scott-scott.com

*Lead Counsel for the Putative Class and*
*Lead Plaintiff Raju Shah*

Jerome F. Birn, Jr. (CA 128561)
Nina F. Locker (CA 123838)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-493-9300
Facsimile:  650-565-5100
jbirn@wsgr.com
nlocker@wsgr.com

*Counsel for Defendants Precigen, Inc., f/k/a*
*Intrexon Corporation, Randal J. Kirk, and*
*Rick L. Sterling*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re PRECIGEN SECURITIES LITIGATION | Master Case No. 20-cv-06936-BLF |
| | <u>CLASS ACTION</u> |
| | |
| This Document Relates To:<br>        ALL ACTIONS | **STIPULATION AND [PROPOSED] SCHEDULING ORDER** |
| | Courtroom.:      3 – 5th Floor<br>Judge:            Hon. Beth Labson Freeman |

WHEREAS, on April 8, 2021, this Court granted Raju Shah's ("Shah") Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, and appointed Shah as Lead Plaintiff and Scott+Scott Attorneys at Law LLP as Lead Counsel, in the above-captioned putative class action (the "Action") against Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling (collectively, "Defendants");

WHEREAS, there are no pending motions in the Action; no substantive orders have been entered in the Action; no motions to dismiss or responsive pleadings have been filed in the Action; and no discovery has occurred in the Action;

WHEREAS, Lead Counsel for Lead Plaintiff and counsel for Defendants have conferred regarding a schedule for submission of a consolidated class action complaint ("Consolidated Complaint") and the briefing of any motion(s) to dismiss that may be filed, after taking into consideration the nature of the case and the schedules of the parties of the respective counsel;

**IT IS HEREBY STIPULATED AND AGREED**, by and among the parties, by and through their undersigned counsel, subject to Court approval, as follows:

1.     Lead Plaintiff will file his Consolidated Complaint in the Action, by **May 18, 2021**.

2.     Defendants will answer, move, or otherwise respond to the Consolidated Complaint in the Action, by **July 2, 2021**.

3.     In the event Defendants respond to the Consolidated Complaint by filing a motion to dismiss, Lead Plaintiff shall file any opposing papers by **August 17, 2021**, and Defendants will file any reply papers by **September 20, 2021**.

IT IS SO STIPULATED.

Dated: April 16, 2021

**SCOTT+SCOTT
  ATTORNEYS AT LAW LLP**

 _s/ John T. Jasnoch_
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (admitted *pro hac vice*)
William C. Fredericks (*pro hac vice* forthcoming)
Jeffrey P. Jacobson (*pro hac vice* forthcoming)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-233-6444
Facsimile:  212-233-6334
tlaughlin@scott-scott.com
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Lead Counsel for the Putative Class and for Lead Plaintiff Raju Shah*

Dated: April 16, 2021            **THE SCHALL LAW FIRM**

　*s/ Brian J. Schall*
Brian J. Schall (CA 290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067-1604
Telephone: 310-301-3335
Facsimile:  310-388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Raju Shah*

Dated: April 16, 2021            **WILSON SONSINI GOODRICH
    & ROSATI**

　*s/ Jerome F. Birn, Jr.*
Jerome F. Birn, Jr. (CA 128561)
Nina F. Locker (CA 123838)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-493-9300
Facsimile:  650-565-5100
jbirn@wsgr.com
nlocker@wsgr.com

*Counsel for Defendants Precigen, Inc., f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling*

3

**ATTESTATION OF CONCURRENCE IN FILING**

In accord with Northern District of California Local Rule 5.1(i)(3), I, John T. Jasnoch, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

Executed on this 16th day of April, 2021, in San Diego, California.

         *s/ John T. Jasnoch*
         JOHN T. JASNOCH (CA 281605)

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: _____April 19_____, 2021

Honorable Beth Labson Freeman
United States District Judge

5

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2021, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on April 16, 2021, at San Diego, California.


_s/ John T. Jasnoch_
JOHN T. JASNOCH (CA 281605)

STIPULATION AND [PROPOSED] SCHEDULING ORDER
Master Case No. 20-CV-06936-BLF