Robert V. Prongay (SBN 270796)
  *rprongay@glancylaw.com*
Charles Linehan (SBN 307439)
  *clinehan@glancylaw.com*
Pavithra Rajesh (SBN 323055)
  *prajesh@glancylaw.com*
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Joseph Seppen*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re PRECIGEN SECURITIES LITIGATION | Master Case No. 20-cv-06936-BLF |
| This Document Relates To:<br><br>    *Seppen v. Precigen Inc.*, Case No. 5:20-cv-07586-BLF | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)** |

NOTICE OF VOLUNTARY DISMISSAL
Case No. 20-cv-06936-BLF

675205.1

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Joseph Seppen ("Plaintiff") hereby voluntarily dismisses the action captioned *Seppen v. Precigen, Inc., et al.*, Case No. 5:20-cv-07586-BLF, without prejudice to his ability to participate as a class member in the substantially similar consolidated case captioned *In re Precigen Securities Litigation*. As grounds thereof, Plaintiff states that no opposing party has either served an answer or a motion for summary judgment.

DATED:  April 28, 2021

Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**
By:  */s/ Charles H. Linehan*
Robert V. Prongay
Charles H. Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Counsel for Plaintiff Joseph Seppen*

NOTICE OF VOLUNTARY DISMISSAL
Case No. 20-cv-06936-BLF

675205.1

1

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, say:

I am not a party to the above case and am over eighteen years old. On April 28, 2021, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Northern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 28, 2021 at Los Angeles, California.

*/s/ Charles H. Linehan*
Charles H. Linehan

NOTICE OF VOLUNTARY DISMISSAL
Case No. 20-cv-06936-BLF