NINA F. LOCKER, State Bar No. 123838
JEROME F. BIRN, JR., State Bar No. 128561
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
        nlocker@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation,*
*Randal J. Kirk, and Rick L. Sterling*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | CASE NO.: 5:20-cv-06936-BLF |
| | CLASS ACTION |
| | **STIPULATION AND [PROPOSED] ORDER TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
| | Hon. Beth Labson Freeman |

Lead Plaintiff Raju Shah ("Lead Plaintiff") and Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling ("Defendants," and together with Lead Plaintiff, the "Parties"), by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, the above-captioned putative class action (the "Action") is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*;

WHEREAS, on October 6, 2020, the Court issued an Order setting the following deadlines (ECF No. 5):

1. December 17, 2020 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2. December 31, 2020 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3. January 7, 2021 at 11:00 a.m. for an Initial Case Management Conference (the "Initial CMC");

WHEREAS, on December 7, 2020, the Initial CMC was taken off calendar and the deadlines related to the Initial CMC were vacated when the Court granted the Parties' stipulation to continue the Initial CMC (ECF No. 32);

WHEREAS, on December 8, 2020, the Court issued an Order (ECF No. 34) and posted a text-only docket entry setting the following deadlines (the "CMC Deadlines"):

1. June 3, 2021 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules

1

and ADR Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2. June 10, 2021 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3. June 17, 2021 at 11:00 a.m. for an Initial CMC;

WHEREAS, on April 8, 2021, the Court granted Lead Plaintiff's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, and appointed Raju Shah as Lead Plaintiff and Scott+Scott Attorneys at Law LLP as Lead Counsel (ECF No. 57);

WHEREAS, Lead Plaintiff intends to file an amended consolidated complaint (the "Consolidated Complaint") and Defendants intend to file a motion to dismiss in response to the Consolidated Complaint;

WHEREAS, on April 19, 2021, the Court granted the Parties' stipulation setting the following schedule for the anticipated Consolidated Complaint and motion to dismiss: Lead Plaintiff to file a Consolidated Complaint by May 18, 2021; Defendants to move to dismiss by July 2, 2021; (3) Lead Plaintiff to oppose by August 17, 2021; and Defendants to reply by September 20, 2021 (ECF No. 61);

WHEREAS, the Parties hereto have met and conferred, and have agreed that all discovery and related schedules and conferences in this Action should be stayed, including initial disclosures and the CMC Deadlines, until after such time as the Court has had an opportunity to rule on Defendants' anticipated motion to dismiss pursuant to 15 U.S.C. § 78u-4(b)(3)(B);

NOW THEREFORE, counsel for the Parties stipulate and agree to the following:

1. Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for June 17, 2021 is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset, if necessary, for a date as the Court shall determine to be appropriate. All associated ADR Program deadlines are likewise deferred.

2

2. All discovery is stayed pending a ruling on Defendants' anticipated motion to dismiss.

IT IS SO STIPULATED.

STIP. & [PROPOSED] ORDER
TO VACATE CMC &
RELATED DEADLINES
CASE NO. 5:20-CV-06936

DATED:  May 11, 2021

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

/s/ Nina F. Locker
    NINA F. LOCKER

Nina F. Locker
Jerome F. Birn, Jr.
650 Page Mill Road
Palo Alto, CA  94304
Telephone (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
      jbirn@wsgr.com

*Attorneys for Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling*

DATED:  May 11, 2021

SCOTT+SCOTT ATTORNEYS AT LAW LLP

/s/ John T. Jasnoch
    JOHN T. JASNOCH

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com

*Lead Counsel for the Putative Class and for Lead Plaintiff Raju Shah*

DATED:  May 11, 2021

THE SCHALL LAW FIRM

/s/ Brian J. Schall
    BRIAN J. SCHALL

1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Raju Shah*

4

STIP. & [PROPOSED] ORDER
TO VACATE CMC &
RELATED DEADLINES
CASE NO. 5:20-CV-06936

**[PROPOSED] ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that:

1. The Initial Case Management Conference scheduled for June 17, 2021 is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset for a date as the Court shall determine to be appropriate. All associated ADR Program deadlines are likewise deferred.

2. All discovery is stayed pending a ruling on Defendants' anticipated motion to dismiss.

**IT IS SO ORDERED.**

DATED: May 11, 2021

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

5

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3)**

This certifies, pursuant to Local Rule 5-1(i)(3), that all signatories to this document concur in its content and have authorized this filing.


DATED:  May 11, 2020                              /s/ Nina F. Locker
                                                 NINA F. LOCKER

6

STIP. & [PROPOSED] ORDER
TO VACATE CMC &
RELATED DEADLINES
CASE NO. 5:20-CV-06936