United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

MARTIN JOSEPH ABADILLA, et al.,

Plaintiffs,

v.

PRECIGEN, INC., et al.,

Defendants.

Case No.  20-cv-06936-BLF

**ORDER RESETTING CASE MANAGEMENT CONFERENCE**

The Court SETS a case management conference for **January 20, 2022 at 11am**.

**IT IS SO ORDERED.**

Dated: May 11, 2021

_____

BETH LABSON FREEMAN
United States District Judge