# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

MARTIN JOSEPH ABADILLA, et al.,

Plaintiffs,

v.

PRECIGEN, INC., et al.,

Defendants.

Case No.  20-cv-06936-BLF

**ORDER GRANTING IN PART AND DENYING IN PART SCHEDULING STIPULATION**

On June 21, 2021, the parties filed a stipulated amended scheduling order. ECF 77. The Court GRANTS the stipulation as to the proposed deadlines. The Court DENIES the stipulation as to the proposed page limits. Defendants shall file a single motion to dismiss no longer than 25 pages. The opposition brief shall not exceed 25 pages and the reply brief shall not exceed 15 pages.

**IT IS SO ORDERED.**

Dated: June 21, 2021

_____
BETH LABSON FREEMAN
United States District Judge