NINA F. LOCKER, State Bar No. 123838
JEROME F. BIRN, JR., State Bar No. 128561
LAURIE B. SMILAN, State Bar No. 116740
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: jbirn@wsgr.com
         nlocker@wsgr.com
         lsmilan@wsgr.com
         afrantela@wsgr.com

*Attorneys for Defendants Precigen, Inc.*
*f/k/a Intrexon Corporation, Randal J.*
*Kirk, Rick L. Sterling, and Andrew J. Last*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CASE NO.:  5:20-cv-06936-BLF <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF JEROME F. BIRN, JR. IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT** <br><br> Hon. Beth Labson Freeman |

I, Jerome F. Birn, Jr., make the following Declaration based on my personal knowledge of the matters set forth herein.  I am a partner at Wilson, Sonsini, Goodrich & Rosati P.C. and am counsel to Defendants Precigen, Inc. f/k/a Intrexon Corporation (the "Company"), Randal J. Kirk, Rick L. Sterling, and Andrew J. Last (collectively "Defendants") in this matter.  I submit this Declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint.  If called upon, I could and would testify competently to the following:

1.      Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Company's Form 10-K, filed with the United States Securities and Exchange Commission ("SEC") on March 1, 2017.

2.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Company's Form 10-K, filed with the SEC on March 1, 2018. Exhibit 2 is cited in the Amended Class Action Complaint ("Complaint") and forms the basis of Plaintiff's claims. ¶¶ 42, 118.

3.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Company's Form 10-K, filed with the SEC on March 1, 2019. Exhibit 3 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 44, 139, 140.

4.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Company's Form 10-K, filed with the SEC on March 2, 2020. Exhibit 4 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 44, 63, 93, 139-140.

5.      Attached hereto as Exhibit 5 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's May 10, 2017 Q1 2017 Earnings Conference Call. Exhibit 5 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 4, 35, 80, 96, 101-102.

6.      Attached hereto as Exhibit 6 is a true and correct copy of the Company's press release and slideshow dated May 10, 2017, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on May 10, 2017. Exhibit 6 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 4, 34-35, 96-100.

7.      Attached hereto as Exhibit 7 is a true and correct copy of the Company's press release and slideshow dated August 9, 2017, filed with the SEC as Exhibits 99.1 and 99.2

1

respectively to SEC Form 8-K on August 9, 2017. Exhibit 7 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 40, 106-108.

8.    Attached hereto as Exhibit 8 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's August 9, 2017 Q2 2017 Earnings Conference Call. Exhibit 8 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 40, 76, 106, 109-110.

9.    Attached hereto as Exhibit 9 is a true and correct copy of the Company's press release and slideshow dated November 9, 2017, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on November 9, 2017. Exhibit 9 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 41, 112-115.

10.    Attached hereto as Exhibit 10 is a true and correct copy of the Company's press release and slideshow dated August 9, 2018, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on August 9, 2018. Exhibit 10 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 126-128.

11.    Attached hereto as Exhibit 11 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's August 9, 2018 Q2 Guidance/Update Call. Exhibit 11 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 126, 129.

12.    Attached hereto as Exhibit 12 is a true and correct copy of the Company's press release and slideshow dated November 8, 2018, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on November 8, 2018. Exhibit 12 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 131-133.

13.    Attached hereto as Exhibit 13 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's November 8, 2018 Q3 2018 Earnings Conference Call. Exhibit 13 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 79, 131, 134.

14.    Attached hereto as Exhibit 14 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's November 9, 2017 Q3 2017 Earnings Conference Call. Exhibit 14 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 77, 112, 116.

2

BIRN DECL. ISO DEFS' MOT. TO DISMISS
CASE NO. 5:20-CV-06936-BLF

15.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the webpage titled "Natural gas explained," which appears on the website of the U.S. Energy Information Administration.  The webpage is publicly accessible at https://www.eia.gov/energyexplained/natural-gas/ (last accessed on August 2, 2021).

16.     Attached hereto as Exhibit 16 is a true and correct copy of Chapter 1.4 of the "AP-42, Fifth Edition Compilation of Air Pollutant Emissions Factors, Volume 1: Stationary Point and Area Sources" titled "Natural Gas Combustion," published by the Environmental Protection Agency.  The chapter is publicly available at https://www.epa.gov/sites/production/files/2020-09/documents/1.4_natural_gas_combustion.pdf (last accessed on August 2, 2021).

17.     Attached hereto as Exhibit 17 is a true and correct copy of an article titled "Heterotrophic Bacteria Growing in Association with Methylococcuscapsulatus(Bath) in a Single Cell Protein Production Process" written by Harald Bothe, et al. and published in the peer reviewed journal "Applied Microbiology and Biotechnology" on April 4, 2002.  The article is publicly available at https://studyres.com/doc/8835261/applied-microbiology-and-biotechnology (last accessed on August 2, 2021).

18.     Attached hereto as Exhibit 18 is a true and correct copy of the Company's press release and slideshow dated May 10, 2018, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on May 10, 2018. Exhibit 18 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 120-22.

19.     Attached hereto as Exhibit 19 is a true and correct copy of the Company's press release and slideshow dated February 28, 2019, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on February 28, 2019. Exhibit 19 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 56, 137.

20.     Attached hereto as Exhibit 20 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's February 28, 2019 Q4 2018 Earnings Conference Call. Exhibit 20 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 56-57.

BIRN DECL. ISO DEFS' MOT. TO DISMISS
CASE NO. 5:20-CV-06936-BLF

21.    Attached hereto as Exhibit 21 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's May 6, 2020 Q1 2020 Earnings Conference Call. Exhibit 21 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 65-66.

22.    Attached hereto as Exhibit 22 is a true and correct copy of the Company's press release and slideshow dated May 6, 2020, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on May 6, 2020. Exhibit 22 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 65-66.

23.    Attached hereto as Exhibit 23 is a true and correct copy of excerpts of the Company's Form 10-Q, filed with the SEC on August 10, 2020. Exhibit 23 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶ 67.

24.    Attached hereto as Exhibit 24 is a true and correct copy of the "Order Instituting Cease-And-Desist Proceedings Pursuant to Section 21C of the Securities Exchange Act of 1934, Making Findings, and Imposing a Cease-and-Desist Order" issued by the SEC on September 25, 2020. Exhibit 24 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 5-6, 43, 71-72.

25.    Attached hereto as Exhibit 25 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's March 1, 2017 Q4 2016 Earnings Conference Call.

26.    Attached hereto as Exhibit 26 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's March 1, 2018 Q4 2017 Earnings Conference Call. Exhibit 26 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶ 78.

27.    Attached hereto as Exhibit 27 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's May 10, 2018 Q1 2018 Earnings Conference Call. Exhibit 27 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 120, 123-24.

28.    Attached hereto as Exhibit 28 is a true and correct copy of the Company's press release and slideshow dated August 8, 2019, filed with the SEC as Exhibits 99.1 and 99.2 respectively to SEC Form 8-K on August 8, 2019. Exhibit 28 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶ 60.

4

29.    Attached hereto as Exhibit 29 is a true and correct copy of excerpts of the Company's Form 10-Q, filed with the SEC on November 8, 2018. Exhibit 29 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 42, 44, 63, 91, 135.

30.    Attached hereto as Exhibit 30 is a compilation of true and correct copies of the SEC Form 4s filed by Randal J. Kirk between May 10, 2017 and September 25, 2020 (the "Class Period").

31.    Attached hereto as Exhibit 31 is a compilation of true and correct copies of the SEC Form 4s filed by Robert Walsh during the Class Period.

32.    Attached hereto as Exhibit 32 is a compilation of true and correct copies of the SEC Form 4s filed by Andrew J. Last during the Class Period.

33.    Attached hereto as Exhibit 33 is a compilation of true and correct copies of the SEC Form 4s filed by Rick L. Sterling during the Class Period.

34.    Attached hereto as Exhibit 34 is a true and correct copy of excerpts of the Company's Schedule 14A, filed with the SEC on May 1, 2017.

35.    Attached hereto as Exhibit 35 is a true and correct copy of excerpts of the Company's Schedule 14A, filed with the SEC on April 29, 2020.

36.    Attached hereto as Exhibit 36 is a true and correct copy of a transcript prepared by S&P Global Inc. of the Company's August 8, 2019 Q2 2019 Earnings Conference Call. Exhibit 36 is cited in the Complaint and forms the basis of Plaintiff's claims. ¶ 60.

DATED:  August 2, 2021                    WILSON SONSINI GOODRICH & ROSATI
                                          PROFESSIONAL CORPORATION

                                          /s/ *Jerome F. Birn, Jr.*
                                              Jerome F. Birn, Jr.

                                          *Attorneys for Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, Rick L. Sterling,* and *Andrew J. Last*

5