# EXHIBIT 7

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): August 9, 2017**

# INTREXON CORPORATION
**(Exact Name of Registrant as Specified in Charter)**

| **Virginia** | **001-36042** | **26-0084895** |
|---|---|---|
| **(State or Other Jurisdiction** | **(Commission** | **(IRS Employer** |
| **of Incorporation)** | **File Number)** | **Identification No.)** |

**20374 Seneca Meadows Parkway, Germantown, Maryland 20876**
**(Address of Principal Executive Offices) (Zip Code)**

**(301) 556-9900**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 or Rule 12b-2 of the Securities Exchange Act of 1934.

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.      Results of Operations and Financial Condition.**

Attached as Exhibit 99.1 is a copy of a press release of Intrexon Corporation, dated August 9, 2017, reporting its financial results for the quarter ended June 30, 2017.

Such information, including the Exhibit attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth by specific reference in such filing.

**Item 7.01.      Regulation FD Disclosure.**

On August 9, 2017, Intrexon Corporation provided slides to accompany its earnings presentation. A copy of the slides is furnished as Exhibit 99.2 hereto.

Such information, including the Exhibit attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.      Financial Statements and Exhibits.**

(d)      Exhibits.

99.1      Press release dated August 9, 2017.

99.2      Slide presentation of Intrexon Corporation, dated August 9, 2017.

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: August 9, 2017

**INTREXON CORPORATION**

By:    /s/ Rick L. Sterling
Rick L. Sterling
Chief Financial Officer

3

**EXHIBIT INDEX**

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press release dated August 9, 2017. |
| 99.2 | Slide presentation of Intrexon Corporation, dated August 9, 2017. |

4

**Exhibit 99.1**



## Intrexon Announces Second Quarter and First Half 2017 Financial Results

*– Quarterly GAAP revenues of $54.4 million and net loss attributable to Intrexon of $18.7 million including non-cash charges of $17.4 million –*

*– Adjusted EBITDA of $(2.0) million –*

**GERMANTOWN, MD, August 9, 2017** – Intrexon Corporation (NYSE: XON), a leader in the engineering and industrialization of biology to improve the quality of life and health of the planet, today announced its second quarter and first half financial results for 2017.

**Business Highlights and Recent Developments:**

- Accelerated plans to move the healthcare business into Precigen, Inc., a wholly owned subsidiary of Intrexon transitioning into a fully-integrated biotherapeutics company and leading player in gene and cell therapy. The consolidation of health-related assets is ongoing and the Company is on track to complete this project by year-end 2017;

- After attaining commercially relevant yields on two high-value industrial molecules, isbobutyraldehyde and 2,3 butanediol (2,3 BDO), retained Moelis & Company to advise on strategic and financial options, later converting the assignment to a transactional objective;

- Announced EnviroFlight, LLC, Intrexon's joint venture with Darling Ingredients Inc. (NYSE: DAR), plans to build the largest commercial-scale black soldier (BSF) larvae production facility in the United States, significantly expanding the production of advanced ingredients for sustainable feed and nutrition derived from BSF with initial capacity expected in the first quarter of 2018;

- Entered into an exclusive collaboration with Johnson Matthey (LSE: JMAT), a global leader in science that enables cleaner air, improved health and more efficient use of natural resources, focused on the development of microbial strains for fermentative production of peptide-based active pharmaceutical ingredients;

- Entered into a research collaboration agreement with Huvepharma EOOD, a global pharmaceutical company, for the utilization and first commercial application of Intrexon's proprietary fungal expression platform to produce a novel animal feed enzyme;

- AquaBounty Technologies, Inc. (NASDAQ: AQB), a majority-owned subsidiary of Intrexon, entered into an agreement to purchase certain assets of Bell Fish Company, including its land-based farming facility in Albany, Indiana, and recently achieved a major milestone with the first sales of eco-friendly AquAdvantage® salmon in Canada;

- Completed the acquisition of GenVec, Inc. and announced plans to integrate GenVec's industry-leading gene delivery system with Intrexon's synthetic biology technologies to develop a next generation adenoviral platform with a significantly higher payload capacity that exceeds 30kb as compared to current viral delivery methods ranging from 4.5kb – 9kb;

- Announced development update on next-generation chimeric antigen receptor T cell (CAR-T) therapy for cancer in strategic collaboration with ZIOPHARM Oncology, Inc. (NASDAQ: ZIOP) and the biopharmaceutical division of Merck KGaA, Darmstadt, Germany, using *Sleeping Beauty* non-viral gene integration and the proprietary RheoSwitch Therapeutic System® (RTS®) platform to regulate expression of membrane-bound interleukin-15 co-expressed with CAR targets;

- Collaborator ZIOPHARM announced the initiation of enrollment in the stereotactic arm of its Phase 1 multicenter study of Ad-RTS-hIL-12 + veledimex in patients with recurrent glioblastoma (rGBM), which will serve as a lead-in to their next phase of development for this controlled IL-12 gene therapy in brain tumors, including planned anti-PD-1 combination therapy and pediatric studies;

- Collaborator ZIOPHARM announced updated positive Phase 1 results at the American Society of Clinical Oncology (ASCO) Annual Meeting for its lead gene therapy product candidate, Ad-RTS-hIL-12 + veledimex, for the treatment of rGBM with median overall survival in the expanded 20 mg cohort of 12.5 months, with a mean follow-up time of 9.2 months;

- Collaborator ZIOPHARM announced acceptance by the U.S. FDA of investigator-initiated Investigational New Drug application for a Phase 1 trial of CD33-specific CAR-T cell therapy targeting relapsed or refractory acute myeloid leukemia and expects the first patient to begin treatment in the third quarter of 2017;

- For second product candidate developed under the Exclusive Channel Collaboration with Intrexon, collaborator Fibrocell Science, Inc. (NASDAQ: FCSC) announced that the FDA has granted Rare Pediatric Disease Designation of FCX-013, which utilizes the RTS® platform, for the treatment of moderate to severe localized scleroderma, and highlighted pre-clinical data for FCX-013 at the 20th Annual Meeting of the American Society of Gene & Cell Therapy;

- Oxitec, a wholly owned subsidiary of Intrexon, announced a multi-year contract to launch the Friendly™ Aedes Project in Juiz de Fora, Brazil, the second Brazilian municipality and the first city in the state of Minas Gerais to deploy innovative Friendly™ Aedes in the fight against dangerous *Aedes aegypti* mosquitoes—the primary vector of dengue, Zika, chikungunya and yellow fever. The project will initially be implemented covering an area of 10,000 residents chosen because of the high prevalence of dengue. Subsequently, deployment will be expanded to cover 50,000 residents;

- Oxitec's Friendly™ Aedes received a positive technical evaluation based on standards from the European Food Safety Authority in relation to human health and the environment. The National Institute of Public Health and the Environment in the Netherlands concluded negligible risks releasing Friendly™ Aedes on the island of Saba. France's High Council for Biotechnology also published a supportive position;

- Oxitec and the Municipality of Santiago de Cali, Colombia announced a memorandum of understanding to deploy Friendly™ Aedes in the Comuna 16 region, which covers over 104,000 residents, to suppress populations of *Aedes aegypti* mosquitoes;

- Announced the addition of Vinita Gupta to Intrexon's Board of Directors, as well as several management appointments including Helen Sabzevari, Ph.D. as Head of Research and Development of Precigen, Inc. and as Senior Vice President of Intrexon Human Therapeutics, Dr. Mark Carnegie-Brown as CEO of Oxitec, Jorge Espanha as General Manager of Oxitec's Brazilian subsidiary, Oxitec do Brasil, and Hadyn Parry as Vice President, Corporate Development Europe, the Middle East, and Africa for Intrexon.

**Second Quarter 2017 Financial Highlights:**

- Total revenues of $54.4 million, an increase of 4% over the second quarter of 2016;

- Net loss of $18.7 million attributable to Intrexon, or $(0.16) per basic share, including non-cash charges of $17.4 million;

- Adjusted EBITDA of $(2.0) million, or $(0.02) per basic share;

- The net change in deferred revenue related to upfront and milestone payments, which represents the cash and stock received from collaborators less the amount of revenue recognized during the period, was a decrease of $9.4 million compared to a net increase of $116.1 million in the second quarter of 2016;

- Cash consideration received for reimbursement of research and development services covered 46% of cash operating expenses (exclusive of operating expenses of consolidated subsidiaries);

- Total consideration received for technology access fees, reimbursement of research and development services and products and services revenues covered 65% of consolidated cash operating expenses; and

- Cash, cash equivalents, and short-term investments totaled $157.2 million, the value of investments in preferred shares totaled $144.7 million, and the value of common equity securities totaled $23.9 million at June 30, 2017.

**First Half 2017 Financial Highlights:**

- Total revenues of $107.9 million, an increase of 13% over the first half of 2016;

- Net loss of $50.1 million attributable to Intrexon, or $(0.42) per basic share, including non-cash charges of $42.0 million;

- Adjusted EBITDA of $(9.1) million, or $(0.08) per basic share;

- The net change in deferred revenue related to upfront and milestone payments, which represents the cash and stock received from collaborators less the amount of revenue recognized during the period, was a decrease of $19.6 million compared to a net increase of $129.6 million in the first half of 2016;

- Cash consideration received for reimbursement of research and development services covered 50% of cash operating expenses (exclusive of operating expenses of consolidated subsidiaries); and

- Total consideration received for technology access fees, reimbursement of research and development services and products and services revenues covered 65% of consolidated cash operating expenses.

"Through the first half of 2017, the Company has furthered its leadership position in engineered biology, and its efforts have translated into a stable and persistent machine that draws from multiple, world-leading technology platforms to generate high-value solutions addressing significant needs across multiple sectors. That so much may be accomplished on a modest expenditure of our shareholder capital is a testament to our unique business and organizational models and to the quality and dedication of our team," commented Randal J. Kirk, Chairman and Chief Executive Officer of Intrexon.

"Looking to the remainder of this year, we expect to see accelerated rollout of our Friendly™ Aedes solution, the commercial launch of Arctic® apples, the initiation of additional innovative gene and cell therapy trials along with data from existing trials, and progress of several types in our methane bioconversion platform, in crop protection, in AquAdvantage® Salmon production as well as in numerous other areas in which our team is engaged. Moreover, while executing on our existing programs always is our top priority, we are very pleased by the resurgence of interest in our space and the shifting away from the incrementalism that has until recently featured so strongly among many commercial-stage companies that operate in the sectors in which we are active," concluded Mr. Kirk.

**Second Quarter 2017 Financial Results Compared to Prior Year Period**

Total revenues increased $1.9 million, or 4%, over the quarter ended June 30, 2016. Collaboration and licensing revenues increased $0.7 million from the quarter ended June 30, 2016 due to the recognition of deferred revenue associated with the payment received in June 2016 from ZIOPHARM to amend the collaborations between the parties which was partially offset by a decrease in research and development services as the Company temporarily redeployed certain resources towards supporting prospective new platforms and additional collaborations. Product revenues decreased $0.9 million, or 8%, primarily due to a decrease in the quantities of pregnant cows and live calves sold due to lower customer demand for these products. Gross margin on products improved in the current period primarily due to a decline in the average cost of cows. Service revenues increased $2.0 million, or 14%, due to an increase in the number of bovine in vitro fertilization cycles performed due to higher customer demand. Gross margin on services decreased slightly in the current period primarily due to an increase in royalties and commissions due to vendors.

Research and development expenses increased $5.6 million, or 20%, due primarily to increases in (i) salaries, benefits and other personnel costs for research and development employees, (ii) lab supplies and consulting expenses, and (iii) depreciation and amortization. Salaries, benefits and other personnel costs increased $2.2 million due to an increase in research and development headcount to support new, expanded and prospective collaborations, and to support additional platform technology development. Lab supplies and consulting expenses increased $1.7 million as a result of (i) the progression of certain programs into the preclinical and clinical phases with certain of Intrexon's collaborators, and (ii) the expansion or improvement of certain of the Company's platform technologies. Depreciation and amortization increased $1.0 million primarily as a result of the amortization of developed technology acquired from Oxitec. Selling, general and administrative (SG&A) expenses increased $8.6 million, or 28%. Salaries, benefits and other personnel costs increased $6.4 million primarily due to (i) increased headcount to support the Company's expanding operations and (ii) the reversal of previously recognized stock-based compensation expense for departed employees in the quarter ended June 30, 2016. Legal and professional fees increased $1.7 million primarily due to (i) increased legal fees to defend ongoing litigation and (ii) the Company's acquisition of GenVec that was completed in June 2017.

Total other income (expense), net, increased $40.5 million, or 181%. This increase was primarily attributable to (i) increases in fair market value of the Company's equity securities portfolio, investments in preferred stock and other convertible instruments and (ii) dividend income from the Company's investments in preferred stock.

**First Half 2017 Financial Results Compared to Prior Year Period**

Total revenues increased $12.0 million, or 13%, over the six months ended June 30, 2016. Collaboration and licensing revenues increased $9.7 million from the six months ended June 30, 2016, due to the recognition of deferred revenue associated with the payment received in June 2016 from ZIOPHARM to amend the collaborations between the parties. Product revenues decreased $1.3 million, or 7%, primarily due to a decrease in the quantities of pregnant cows and live calves sold due to lower customer demand for these products. Gross margin on products improved in the current period primarily due to a decline in the average cost of cows. Service revenues increased $3.3 million, or 14%, due to an increase in the number of bovine in vitro fertilization cycles performed due to higher customer demand. Gross margin on services decreased slightly in the current period primarily due to an increase in royalties and commissions due to vendors.

Research and development expenses increased $14.0 million, or 26%, due primarily to increases in (i) salaries, benefits and other personnel costs for research and development employees, (ii) lab supplies and consulting expenses, and (iii) depreciation and amortization. Salaries, benefits and other personnel costs increased $4.7 million due to an increase in research and development headcount to support new, expanded, and prospective collaborations, and to support additional platform technology development. Lab supplies and consulting expenses increased $5.2 million as a result of (i) the progression of certain programs into the preclinical and clinical phases with certain of Intrexon's collaborators, and (ii) the expansion or improvement of certain of the Company's platform technologies. Depreciation and amortization increased $2.3 million primarily as a result of the amortization of developed technology acquired from Oxitec. SG&A expenses increased $0.8 million, or 1%. Salaries, benefits and other personnel costs increased $1.5 million primarily due to increased headcount to support the Company's expanding operations. Legal and professional fees increased $3.9 million primarily due to (i) increased legal fees to defend ongoing litigation and (ii) the Company's acquisition of GenVec that was completed in June 2017. These increases were offset by $4.2 million in litigation expenses recorded in the prior period arising from the entrance of a court order in Trans Ova Genetics, L.C.'s trial with XY, LLC.

Total other income (expense), net, increased $65.3 million, or 149%. This increase was primarily attributable to (i) increases in fair market value of the Company's equity securities portfolio, investments in preferred stock and other convertible instruments and (ii) dividend income from the Company's investments in preferred stock.

**Conference Call and Webcast**

The Company will host a conference call today Wednesday, August 9th, at 5:30 PM ET to discuss the second quarter and first half 2017 financial results and provide a general business update. The conference call may be accessed by dialing 1-888-317-6003 (Domestic US), 1-866-284-3684 (Canada), and 1-412-317-6061 (International) and providing the number 4558525 to join the Intrexon Corporation Call. Participants may also access the live webcast through Intrexon's website in the Investors section at http://investors.dna.com/events.

**About Intrexon Corporation**

Intrexon Corporation (NYSE: XON) is Powering the Bioindustrial Revolution with Better DNA™ to create biologically-based products that improve the quality of life and the health of the planet. Intrexon's integrated technology suite provides its partners across diverse markets with industrial-scale design and development of complex biological systems delivering unprecedented control, quality, function, and performance of living cells. We call our synthetic biology approach Better DNA®, and we invite you to discover more at www.dna.com or follow us on Twitter at @Intrexon, on Facebook, and LinkedIn.

**Non-GAAP Financial Measures**

This press release presents Adjusted EBITDA and Adjusted EBITDA per share, which are non-GAAP financial measures within the meaning of applicable rules and regulations of the Securities and Exchange Commission (SEC). For a reconciliation of these measures to the most directly comparable financial measure calculated in accordance with generally accepted accounting principles and for a discussion of the reasons why the company believes that these non-GAAP financial measures provide information that is useful to investors see the tables below under "Reconciliation of GAAP to Non-GAAP Measures." Such information is provided as additional information, not as an alternative to Intrexon's consolidated financial statements presented in accordance with GAAP, and is intended to enhance an overall understanding of the Intrexon's current financial performance.

**Trademarks**

Intrexon, Friendly, RheoSwitch Therapeutic System, RTS, Powering the Bioindustrial Revolution with Better DNA, and Better DNA are trademarks of Intrexon and/or its affiliates. Other names may be trademarks of their respective owners.

**Safe Harbor Statement**

Some of the statements made in this press release are forward-looking statements that involve a number of risks and uncertainties and are made pursuant to the Safe Harbor Provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based upon Intrexon's current expectations and projections about future events and generally relate to Intrexon's plans, objectives and expectations for the development of Intrexon's business. Although management believes that the plans and objectives reflected in or suggested by these forward-looking statements are reasonable, all forward-looking statements involve risks and uncertainties and actual future results may be materially different from the plans, objectives and expectations expressed in this press release. These risks and uncertainties include, but are not limited to, (i) Intrexon's current and future ECCs and joint ventures; (ii) Intrexon's ability to successfully enter new markets or develop additional products, whether with its collaborators or independently; (iii) actual or anticipated variations in Intrexon's operating results; (iv) actual or anticipated fluctuations in Intrexon's competitors' or its collaborators' operating results or changes in their respective growth rates; (v) Intrexon's cash position; (vi) market conditions in Intrexon's industry; (vii) the volatility of Intrexon's stock price; (viii) Intrexon's ability, and the ability of its collaborators, to protect Intrexon's intellectual property and other proprietary rights and technologies; (ix) Intrexon's ability, and the ability of its collaborators, to adapt to changes in laws or regulations and policies; (x) the outcomes of pending or future litigation; (xi) the rate and degree of market acceptance of any products developed by a collaborator under an ECC or through a joint venture; (xii) Intrexon's ability to retain and recruit key personnel; (xiii) Intrexon's expectations related to the use of proceeds from its public offerings and other financing efforts; (xiv) Intrexon's estimates regarding expenses, future revenue, capital requirements and needs for additional financing; and (xv) Intrexon's expectations relating to its subsidiaries and other affiliates. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Intrexon's actual results to differ from those contained in the forward-looking statements, see the section entitled "Risk Factors" in Intrexon's Annual Report on Form 10-K, as well as discussions of potential risks, uncertainties, and other important factors in Intrexon's subsequent filings with the Securities and Exchange Commission. All information in this press release is as of the date of the release, and Intrexon undertakes no duty to update this information unless required by law.

###

**For more information regarding Intrexon Corporation, contact:**

**Investor Contact:**
Christopher Basta
Vice President, Investor Relations
Tel: +1 (561) 410-7052
investors@intrexon.com

**Corporate Contact:**
Marie Rossi, Ph.D.
Director, Technical Communications
Tel: +1 (301) 556-9850
publicrelations@intrexon.com

**Intrexon Corporation and Subsidiaries**
**Consolidated Balance Sheets**
**(Unaudited)**

| (Amounts in thousands) | June 30, 2017 | December 31, 2016 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 64,360 | $ 62,607 |
| Restricted cash | 6,987 | 6,987 |
| Short-term investments | 92,804 | 174,602 |
| Receivables | | |
| Trade, net | 22,833 | 21,637 |
| Related parties | 18,728 | 16,793 |
| Notes, net | — | 1,500 |
| Other | 2,076 | 2,555 |
| Inventory | 19,146 | 21,139 |
| Prepaid expenses and other | 7,183 | 7,361 |
| Total current assets | 234,117 | 315,181 |
| Long-term investments | — | 5,993 |
| Equity securities | 23,901 | 23,522 |
| Investments in preferred stock | 144,742 | 129,545 |
| Property, plant and equipment, net | 92,880 | 64,672 |
| Intangible assets, net | 240,360 | 225,615 |
| Goodwill | 164,931 | 157,175 |
| Investments in affiliates | 21,904 | 23,655 |
| Other assets | 11,151 | 3,710 |
| Total assets | $ 933,986 | $ 949,068 |
| **Liabilities and Total Equity** | | |
| Current liabilities | | |
| Accounts payable | $ 8,221 | $ 8,478 |
| Accrued compensation and benefits | 9,098 | 6,540 |
| Other accrued liabilities | 22,275 | 15,776 |
| Deferred revenue | 47,662 | 53,364 |
| Lines of credit | 285 | 820 |
| Current portion of long term debt | 434 | 386 |
| Deferred consideration | 6,967 | 8,801 |
| Related party payables | 744 | 440 |
| Total current liabilities | 95,686 | 94,605 |
| Long term debt, net of current portion | 7,684 | 7,562 |
| Deferred revenue, net of current portion | 237,656 | 256,778 |
| Deferred tax liabilities | 16,266 | 17,007 |
| Other long term liabilities | 5,144 | 3,868 |
| Total liabilities | 362,436 | 379,820 |
| Commitments and contingencies | | |
| Total equity | | |
| Common stock | — | — |
| Additional paid-in capital | 1,355,956 | 1,325,780 |
| Accumulated deficit | (780,865) | (729,341) |
| Accumulated other comprehensive loss | (24,221) | (36,202) |
| Total Intrexon shareholders' equity | 550,870 | 560,237 |
| Noncontrolling interests | 20,680 | 9,011 |
| Total equity | 571,550 | 569,248 |
| Total liabilities and total equity | $ 933,986 | $ 949,068 |

**Intrexon Corporation and Subsidiaries**
**Consolidated Statements of Operations**
**(Unaudited)**

| (Amounts in thousands, except share and per share data) | Three months ended June 30, | | | | Six months ended June 30, | | | |
|---|---|---|---|---|---|---|---|---|
| | 2017 | | 2016 | | 2017 | | 2016 | |
| **Revenues** | | | | | | | | |
| Collaboration and licensing revenues | $ | 28,164 | $ | 27,481 | $ | 61,229 | $ | 51,554 |
| Product revenues | | 9,980 | | 10,884 | | 18,110 | | 19,439 |
| Service revenues | | 15,884 | | 13,927 | | 27,915 | | 24,592 |
| Other revenues | | 405 | | 209 | | 683 | | 354 |
| Total revenues | | 54,433 | | 52,501 | | 107,937 | | 95,939 |
| **Operating Expenses** | | | | | | | | |
| Cost of products | | 8,861 | | 10,753 | | 17,624 | | 20,315 |
| Cost of services | | 7,988 | | 6,332 | | 14,792 | | 12,004 |
| Research and development | | 34,011 | | 28,375 | | 68,191 | | 54,231 |
| Selling, general and administrative | | 38,843 | | 30,263 | | 73,981 | | 73,144 |
| Total operating expenses | | 89,703 | | 75,723 | | 174,588 | | 159,694 |
| Operating loss | | (35,270) | | (23,222) | | (66,651) | | (63,755) |
| **Other Income (Expense), Net** | | | | | | | | |
| Unrealized and realized appreciation (depreciation) in fair value of equity securities and preferred stock | | 8,687 | | (23,469) | | 7,065 | | (45,800) |
| Interest expense | | (181) | | (267) | | (360) | | (532) |
| Interest and dividend income | | 4,743 | | 713 | | 9,367 | | 1,323 |
| Other income, net | | 4,879 | | 676 | | 5,474 | | 1,237 |
| Total other income (expense), net | | 18,128 | | (22,347) | | 21,546 | | (43,772) |
| Equity in net loss of affiliates | | (3,333) | | (5,053) | | (8,280) | | (10,696) |
| Loss before income taxes | | (20,475) | | (50,622) | | (53,385) | | (118,223) |
| Income tax benefit | | 813 | | 591 | | 1,346 | | 2,872 |
| Net loss | $ | (19,662) | $ | (50,031) | $ | (52,039) | $ | (115,351) |
| Net loss attributable to the noncontrolling interests | | 998 | | 967 | | 1,976 | | 1,858 |
| Net loss attributable to Intrexon | $ | (18,664) | $ | (49,064) | $ | (50,063) | $ | (113,493) |
| Net loss per share, basic and diluted | $ | (0.16) | $ | (0.42) | $ | (0.42) | $ | (0.97) |
| Weighted average shares outstanding, basic and diluted | | 119,731,042 | | 118,141,377 | | 119,346,050 | | 117,501,264 |

**Intrexon Corporation and Subsidiaries**
**Reconciliation of GAAP to Non-GAAP Measures**
**(Unaudited)**

*Adjusted EBITDA and Adjusted EBITDA per share.* To supplement Intrexon's financial information presented in accordance with U.S. generally accepted accounting principles ("GAAP"), Intrexon presents Adjusted EBITDA and Adjusted EBITDA per share. A reconciliation of Adjusted EBITDA to net income or loss attributable to Intrexon under GAAP appears below. Adjusted EBITDA is a non-GAAP financial measure that Intrexon calculates as net income or loss attributable to Intrexon adjusted for income tax expense or benefit, interest expense, depreciation and amortization, stock-based compensation, shares issued as compensation for services, bad debt expense, litigation expense, realized and unrealized appreciation or depreciation in the fair value of equity securities and preferred stock, and equity in net loss of affiliates. Adjusted EBITDA and Adjusted EBITDA per share are key metrics for Intrexon's management and Board of Directors for evaluating the Company's financial and operating performance, generating future operating plans and making strategic decisions about the allocation of capital. Management and the Board of Directors believe that Adjusted EBITDA and Adjusted EBITDA per share are useful to understand the long-term performance of Intrexon's core business and facilitate comparisons of the Company's operating results over multiple reporting periods. Intrexon is providing this information to investors and others to assist them in understanding and evaluating the Company's operating results in a manner similar to how its management and Board of Directors evaluate operating results (except for the impact of the change in deferred revenue related to upfront and milestone payments, which is adjusted in the measures evaluated by management and the Board of Directors as discussed below). While Intrexon believes that its non-GAAP financial measures are useful in evaluating its business, and may be of use to investors, this information should be considered as supplemental in nature and is not meant as a substitute for the related financial information prepared in accordance with GAAP. In addition, these non-GAAP financial measures may not be the same as non-GAAP financial measures presented by other companies. Adjusted EBITDA and Adjusted EBITDA per share are not measures of financial performance under GAAP, and are not intended to represent cash flows from operations nor earnings per share under GAAP and should not be used as an alternative to net income or loss as an indicator of operating performance or to represent cash flows from operating, investing or financing activities as a measure of liquidity. Intrexon compensates for the limitations of Adjusted EBITDA and Adjusted EBITDA per share by using them only to supplement the Company's GAAP results to provide a more complete understanding of the factors and trends affecting the Company's business. Adjusted EBITDA and Adjusted EBITDA per share have limitations as an analytical tool and you should not consider them in isolation or as a substitute for analysis of Intrexon's results as reported under GAAP.

In addition to the reasons stated above, which are generally applicable to each of the items Intrexon excludes from its non-GAAP financial measure, Intrexon believes it is appropriate to exclude certain items from the definition of Adjusted EBITDA for the following reasons:

- Interest expense may be subject to changes in interest rates which are beyond Intrexon's control;

- Depreciation of Intrexon's property and equipment and amortization of acquired identifiable intangibles can be affected by the timing and magnitude of business combinations and capital asset purchases;

- Stock-based compensation expense is a noncash expense and may vary significantly based on the timing, size and nature of awards granted and also because the value is determined using formulas which incorporate variables, such as market volatility;

- Shares issued as compensation for services and bad debt expense are noncash expenses which Intrexon excludes in evaluating its financial and operating performance;

- Unrealized and realized appreciation or depreciation in the fair value of securities which Intrexon holds in its collaborators may be significantly impacted by market volatility and other factors which are outside of the Company's control in the short term and Intrexon intends to hold these securities over the long term, except as otherwise disclosed;

- Equity in net loss of affiliate reflects Intrexon's proportionate share of the income or loss of entities over which the Company has significant influence, but not control, and accounts for using the equity method of accounting. Intrexon believes excluding the impact of such losses or gains on these types of strategic investments from its operating results is important to facilitate comparisons between periods; and

- Litigation expense is an estimate of the net amount due, including prejudgment interest, as a result of the final court order from Trans Ova's trial with XY, LLC. Intrexon believes it has compelling grounds to overturn the adverse rulings of the court order through appellate action and that, as a result, the amount of the damages could be reduced or eliminated.

Furthermore, supplemental information about the impact of the change in deferred revenue related to upfront and milestone payments is provided below. GAAP requires Intrexon to account for its collaborations as multiple-element arrangements. As a result, the Company initially defers certain collaboration revenues because certain of its performance obligations cannot be separated and must be accounted for as one unit of accounting. The collaboration revenues that Intrexon so defers arise from upfront and milestone payments received from the Company's collaborators, which Intrexon recognizes over the future performance period even though the Company's right to such consideration is neither contingent on the results of Intrexon's future performance nor refundable in the event of nonperformance. The supplemental information about the change in deferred revenue removes the noncash revenue recognized during the period and includes the cash and stock received from collaborators for upfront and milestone payments during the period. Management and the Board of Directors consider this information in evaluating Intrexon's operating performance as they believe it permits the quarterly and annual comparisons of the Company's ability to consummate new collaborations or to achieve significant milestones with existing collaborators.

The following table presents a reconciliation of net income (loss) attributable to Intrexon to EBITDA and also to Adjusted EBITDA, as well as the calculation of Adjusted EBITDA per share, for each of the periods indicated:

| | Three months ended June 30, | | Six months ended June 30, | |
| --- | --- | --- | --- | --- |
| | 2017 | 2016 | 2017 | 2016 |
| | (In thousands) | | | |
| Net loss attributable to Intrexon | $ (18,664) | $ (49,064) | $ (50,063) | $ (113,493) |
| Interest expense | 165 | 217 | 329 | 456 |
| Income tax benefit | (813) | (591) | (1,346) | (2,872) |
| Depreciation and amortization | 7,366 | 5,905 | 14,636 | 11,434 |
| EBITDA | $ (11,946) | $ (43,533) | (36,444) | (104,475) |
| Stock-based compensation | 11,982 | 6,631 | 19,871 | 19,797 |
| Shares issued as payment for services | 2,795 | 2,606 | 5,710 | 5,689 |
| Bad debt expense | 573 | 343 | 582 | 1,183 |
| Litigation expense | — | — | — | 4,228 |
| Unrealized and realized (appreciation) depreciation in fair value of equity securities and preferred stock | (8,687) | 23,469 | (7,065) | 45,800 |
| Equity in net loss of affiliates | 3,333 | 5,053 | 8,280 | 10,696 |
| Adjusted EBITDA | $ (1,950) | $ (5,431) | $ (9,066) | (17,082) |
| Weighted average shares outstanding, basic and diluted | 119,731,042 | 118,141,377 | 119,346,050 | 117,501,264 |
| Adjusted EBITDA per share, basic and diluted | $ (0.02) | $ (0.05) | $ (0.08) | $ (0.15) |
| Supplemental information: | | | | |
| Impact of change in deferred revenue related to upfront and milestone payments | $ (9,415) | $ 116,088 | $ (19,605) | $ 129,606 |

Exhibit 99.2





Second Quarter 2017 Financial Results and Business Update

August 9, 2017

# Forward-Looking Statements

**Safe Harbor Statement**

Some of the statements made in this presentation are forward-looking statements that involve a number of risks and uncertainties and are made pursuant to the Safe harbor Provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based upon Intrexon's current expectations and projections about future events and generally relate to Intrexon's plans, objectives and expectations for the development of Intrexon's business. Although management believes that the plans and objectives reflected in or suggested by these forward-looking statements are reasonable, all forward-looking statements involve risks and uncertainties and actual future results may be materially different from the plans, objectives and expectations expressed in this presentation. These risks and uncertainties include, but are not limited to, (i) Intrexon's current and future ECCs and joint ventures; (ii) Intrexon's ability to successfully enter new markets or develop additional products, whether with its collaborators or independently; (iii) actual or anticipated variations in Intrexon's operating results; (iv) actual or anticipated fluctuations in Intrexon's competitors' or its collaborators' operating results or changes in their respective growth rates; (v) Intrexon's cash position; (vi) market conditions in Intrexon's industry; (vii) the volatility of Intrexon's stock price; (viii) Intrexon's ability, and the ability of its collaborators, to protect Intrexon's intellectual property and other proprietary rights and technologies; (ix) Intrexon's ability, and the ability of its collaborators, to adapt to changes in laws or regulations and policies; (x) the outcomes of pending and future litigation; (xi) the rate and degree of market acceptance of any products developed by a collaborator under an ECC or through a joint venture; (xii) Intrexon's ability to retain and recruit key personnel; (xiii) Intrexon's expectations related to the use of proceeds from its public offerings and other financing efforts; (xiv) Intrexon's estimates regarding expenses, future revenue, capital requirements and needs for additional financing; and (xv) Intrexon's expectations relating to its subsidiaries and other affiliates. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Intrexon's actual results to differ from those contained in the forward-looking statements, see the section entitled "Risk Factors" in Intrexon's Annual Report on Form 10-K, as well as discussions of potential risks, uncertainties, and other important factors in Intrexon's subsequent filings with the Securities and Exchange Commission. All information in this presentation is as of the date of the release, and Intrexon undertakes no duty to update this information unless required by law.

**Non-GAAP Financial Measures**

This presentation presents Adjusted EBITDA, which are non-GAAP financial measures within the meaning of applicable rules and regulations of the Securities and Exchange Commission (SEC). For a reconciliation of Adjusted EBITDA to net loss attributable to Intrexon in accordance with generally accepted accounting principles and for a discussion of the reasons why the company believes that these non-GAAP financial measures provide information that is useful to investors see the tables below under "Reconciliation of GAAP to Non-GAAP Measures." Such information is provided as additional information, not as an alternative to Intrexon's consolidated financial statements presented in accordance with GAAP, and is intended to enhance an overall understanding of the Company's current financial performance.

© 2017 Intrexon Corp. All rights reserved. Intrexon Corporation is sharing the following materials for informational purposes only. Such materials do not constitute an offer to sell or the solicitation of an offer to buy any securities of Intrexon. Any offer and sale of Intrexon's securities will be made, if at all, only upon the registration and qualification of such securities under all applicable federal and state securities laws or pursuant to an exemption from such requirements. The attached information has been prepared in good faith by Intrexon. However, Intrexon makes no representations or warranties as to the completeness or accuracy of any such information. Any representations or warranties as to Intrexon shall be limited exclusively to any agreements that may be entered into by Intrexon and to such representations and warranties as may arise under law upon distribution of any prospectus or similar offering document by Intrexon.



© 2017 Intrexon Corp. All rights reserved.



# Precigen: Biotech 2.0 Platform for Human Health

- **Intrexon has assembled the world's leading technology platform for programming and engineering the most pervasive code on the planet**

- **Precigen will utilize platform to build next generation therapeutic products faster and cost effectively**

- **Broad pipeline of clinical and pre-clinical programs, both partnered and un-partnered**



INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

# New Collaborations: Microbial Expression Platforms



**June 2017 - Entered into an exclusive collaboration with Johnson Matthey (LSE: JMAT)**, a global leader in science that enables cleaner air, improved health and more efficient use of natural resources, focused on the development of microbial strains for fermentative production of peptide-based active pharmaceutical ingredients



**May 2017 - Entered into a research collaboration agreement with Huvepharma EOOD**, a global pharmaceutical company with a focus on developing, manufacturing, and marketing human and animal health products, for the utilization and first commercial application of Intrexon's proprietary fungal expression platform to produce a new animal feed enzyme developed by Huvepharma



© 2017 Intrexon Corp.  All rights reserved.

# EnviroFlight: BSF Larvae Production Facility in US





- **EnviroFlight - a Joint Venture between Intrexon & Darling Ingredients (NYSE:DAR)**
  - Construction of largest commercial-scale black soldier fly (BSF) larvae production facility in US began in May 2017
  - Significantly expand production of advanced ingredients for sustainable feed and nutrition derived from BSF larvae
  - Supports development of sustainable high-nutrition BSF ingredients for the $60B global animal feed industry

- **Initial capacity from US plant expected in Q1'2018**
  - Production will be targeted toward livestock, pet food and aquaculture markets



© 2017 Intrexon Corp. All rights reserved.

# AquAdvantage® Salmon





**AquAdvantage® Salmon**

First engineered food animal approved by US FDA/Health Canada

- **AquaBounty entered into an agreement to purchase certain assets of Bell Fish Company**
  - o Land-based farming facility in Albany, Indiana
  - o Expected annual capacity of 1200 metric tons → >$10 million a year in potential sales with potential for expansion
  - o AquaBounty evaluating additional opportunities for larger production facilities in US and Canada
- **Advantages of AquAdvantage® platform**
  - o Lower production cost driven by faster growth rate and less feed requirement
  - o No vaccines or antibiotics
  - o Land-based production enables *"production anywhere"*
  - o Potential for lower supply fluctuations and steady prices
- **Atlantic salmon market in U.S. estimated at >$2 billion**
  - o Almost all commercially available Atlantic salmon is farmed
  - o US alone imports over 200,000 tons of farmed Atlantic salmon annually



© 2017 Intrexon Corp.  All rights reserved.

7

# Commercial Launch in Fall 2017



**Commercial launch of fresh sliced Arctic® apples in US in Fall of 2017**

*Non-chemical, preservative-free approach to non-browning*

*No change to apple taste/texture*

*Fresh sliced apple market in US estimated at ~$500 million in sales*



© 2017 Intrexon Corp.  All rights reserved.

# Arctic® Non-browning Platform





**Arctic® Apple**

First USDA approved non-browning apple without use of chemical or antioxidant treatments

- **Planting progress and outlook:**
  - Anticipate planting over 250,000 Arctic® apple trees during 2017 and over 500,000 in 2018
  - Planning for 4 million Arctic® apple trees to be planted by year end 2020

- **Commitment to development:**
  - Completed 2017 staffing and lab facility build-out plans to support tissue culture and molecular biology activities

- **Expanding applications of non-browning platform:**
  - Production cost advantage given no need for preservative coatings
  - Additional fruits (*cherries, pears and avocados*)
  - Vegetables (*lettuce*)


© 2017 Intrexon Corp.  All rights reserved.

# Broad Application of Innovative Arctic® Solution



- Unique Arctic Advantage™ solution creates benefits for commercial tree fruit varieties across the entire supply chain, from growers to consumers
- Convenience drives consumer purchase selection, especially in healthy snack market
- Positively impact food waste, lessening the current 40% of apples wasted



INTREXON®

© 2017 Intrexon Corp.  All rights reserved.

# Friendly™ Aedes





**Friendly™ Aedes**

Scalable enviro-friendly mosquito solution to suppress the disease-carrying *Aedes aegypti*

- **Received positive evaluation for European Standard in relation to human health and the environment**
  - The National Institute of Public Health and the Environment, Netherlands (RIVM) published report concluding Oxitec's Friendly™ mosquitoes would pose negligible risks to human health and the environment
  - France's High Council for Biotechnology published supportive position
- **Ongoing geographic expansion in 2017**
  - *Brazil* – Signed multi-year contract in Juiz de Fora, the second Brazilian municipality & first city in Minas Gerais
  - *Colombia* - Announced MOU in Comuna 16 region, an area of >104,000 residents in Municipality of Santiago de Cali
  - *India* – Initiated outdoor caged trials to demonstrate the efficacy of Friendly™ mosquitoes in collaboration with Gangabishan Bhikulal Investment and Trading Limited
  - Expect to initiate new deployments in existing & new regions



© 2017 Intrexon Corp. All rights reserved.

# Durable Suppression with Oxitec's Solution



**Aedes aegypti wild larvae**
(Larvae/trap; 4 week average)

*Over 80% suppression of Aedes aegypti in CECAP/Eldorado Piracicaba, Brazil maintained in second year with release of nearly 60% less Oxitec mosquitoes as compared to year one*

*Level of control illustrative of strength and durability of Oxitec's solution*

*Favorable public opinion with 93% of citizens supporting Oxitec's solutions**



*CW7 Market Research Institute survey

© 2017 Intrexon Corp. All rights reserved.

# Intrexon Methane Bioconversion Platform

**Intrexon has developed disruptive MBP technology that enables the profitable use of low cost natural gas to replace oil as the feedstock for several high value industrial products.**

  

| Gas-to-liquids conversion currently relies on costly, energy-intensive processes | Oil supplies destined for depletion<br>Negative eco-impact from gas flaring | Need for cleaner burning fuels in automotive and other industries |



© 2017 Intrexon Corp.  All rights reserved.

# Significant Gas-to-Liquids Opportunity through MBP

MBP platform has achieved six different molecules to date.
The four molecules actively under development (*) with Intrexon's MBP technology
have a cumulative **Total Addressable Market of over $100 billion.**



**Chemicals achieved:**
- *2,3 Butanediol\**
- *Isobutyraldehyde\**
- *1,4 Butanediol\**
- *Isoprene*

**Fuels achieved:**
- *Isobutanol\**
- *Farnesene*

INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# 2,3 Butanediol (BDO) Progress Update





*Intrexon's on-purpose butadiene process anticipated to have COGS sub $1,000 per metric ton*

*Intrexon's 500L Pilot Plant*

- Observed 30% increase in 2,3 BDO yields on top of 30% increase achieved during the first quarter

- 2,3 BDO test production runs completed in pilot plant

- Providing 2,3 BDO produced to chemical catalyst companies for conversion to butadiene and quality testing

- Anticipate site selection for small-scale facility by year end and subsequently initiating design of plant with projected ground breaking in 2018



© 2017 Intrexon Corp. All rights reserved.

# Harvest Intrexon Enterprise Fund

→ **AD Skincare, Inc.**
*Advanced topical delivery system to improve skin elasticity, firmness and reduction of fine lines and wrinkles*

→ **CRS Bio, Inc.**
*Targeted delivery of antibodies for treatment of chronic rhinosinusitis*

→ **Exotech Bio, Inc.**
*Innovative exosome platform for delivering therapeutic RNA using select targets*

→ **Genten Therapeutics, Inc.**
*ActoBiotics® expression of gluten peptides to treat celiac disease*

→ **Relieve Genetics, Inc.**
*Non-opioid gene therapy approach for neuropathic pain resultant from cancer*

→ **Thrive Agrobiotics, Inc.**
*ActoBiotics® to express nutritive proteins to support intestinal maturation and function and enhance nutrient absorption in early weaned pigs*



© 2017 Intrexon Corp.  All rights reserved.

# Thrive Agrobiotics: Nutrition for Weanling Pigs

**The Problem:**

- By 2050 global consumption of animal protein will be two-thirds higher than current levels

**The Opportunity:**

- Pork is the most widely eaten meat in the world today accounting for 36% of global meat consumption
- Worldwide production of indigenous pig meat in 2010 was $168 billion
- Healthy production will be vital to meet growing demand in a sustainable manner

**Our Solution:**

Utilize Intrexon's ActoBiotics® platform to develop a cost-effective biologic that easily integrates into current commercial pork production systems enabling:

- *Increased growth performance*
- *Improved feed efficacy*
- *A more sustainable food supply*



Sources: http://www.fao.org/news/story/en/item/116937/icode/; http://www.fao.org/ag/againfo/themes/en/meat/backgr_sources.html; http://www.fao.org/docrep/019/i3440e/i3440e.pdf

INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

# Leveraging ActoBiotics® to Improve Feed Efficiency



**Total Weight Gain During Treatment**



■ Negative Control    ■ Formulation #1    ■ Formulation #2

**Goal:**

To develop an advanced feed additive for improved gut health and piglet weaning outcomes

**Approach:**

Utilize ActoBiotics® platform to express nutritive proteins targeted for the gastrointestinal tract

**2017 Milestones:**

○ Positive data from an *in vivo* animal study; 9.6% to 12.4% more total weight gain over 3 week dosing period in pigs

○ Completed development of commercially relevant formulation with favorable cost of goods

**Next steps:**

○ Large pig study using cost-effective formulation as a feed additive



© 2017 Intrexon Corp.  All rights reserved.

# INTREXON®

## Health Sector

Andrew Last, Ph.D. – Chief Operating Officer

# Clinical Development Outlook for 2017

| Indication | Gene/Cell Therapy | Patient # | Phase | XON Cost | XON Economics |
|---|---|---|---|---|---|
| Recurrent Glioblastoma | Ad-RTS-IL12 | >10,000* | Phase 3** | 0 | 20% Op Profits |
| Recessive Dystrophic EB | FCX-007 | 2,500 | Phase 1/2 | 0 | 14% Net Sales |
| Adv. Lymphoid Malignancies | Non-viral SB CD19+ CAR T | >80,000* | Phase 1 | 0 | 20% Op Profits |
| Relapsed/Refractory AML | Viral CD33+ CAR T | <8,000* | Phase 1 | 0 | 20% Op Profits |
| Pediatric Brain Tumors | Ad-RTS-IL12 | >3,000 | Phase 1 | 0 | 20% Op Profits |
| Recurrent Glioblastoma | Ad-RTS-IL12 & Checkpoint | >10,000* | Phase 1 | 0 | 20% Op Profits |

## Up to 8 additional INDs filed by year end 2017



| Indication | Gene/Cell Therapy | Patient # | IND | XON Cost | XON Economics |
|---|---|---|---|---|---|
| AML | Off-the-Shelf NK | ~20,000* | 2017 | 0 | 20% Op Profits |
| Linear Scleroderma | FCX-013 | ~40,000 | 2017 | 0 | 14% Net Sales |
| Oral Mucositis | ActoBiotics AG013 | ~500,000 | 2017 | 0 | 12% Net Sales |
| Clostridium difficile | Lantibiotics OG716 | ~500,000* | 2017 | 0 | 25% Op Profits |
| Solid Tumors | Sleeping Beauty TCR | n/a | 2017 | n/a | n/a |
| Wet AMD | AAV-RTS | >1 million | 2017 | 50% (JV) | >50% Op Profits |
| T1 Diabetes | ActoBiotics | >1.25 million | 2017 | 50% (JV) | 50% Op Profits |
| Cardiac Disease | pXoX Multi-Gene | >20 million | 2017 | 75% (Sub) | 75% Op Profits |

Patient population # based on United States only; * Estimated new cases per year; **ZIOPHARM plans to initiate pivotal trial in 2017



© 2017 Intrexon Corp.  All rights reserved.

# Utilizing *Sleeping Beauty* System in T-Cell Therapies

**Targeting Neoantigens in Solid Tumors With TCR-Modified T Cells Using Non-Viral *Sleeping Beauty* System**





## CARs: Intrexon, ZIOPHARM, & Merck KGaA

- Distinctive method centers on proprietary RTS® platform to regulate expression of membrane-bound interleukin-15 co-expressed with CARs and *Sleeping Beauty* non-viral gene integration

- IL-15 is key driver of therapeutic effect in CAR+ T therapy*

- CAR targets are expressed on a wide range of cancers, including hematologic and solid tumors

## TCRs: Intrexon, ZIOPHARM, & NCI

- CRADA with NCI for the development of ACT-based immunotherapies genetically modified using the *Sleeping Beauty* system to express TCRs for the treatment of solid tumors

- *Sleeping Beauty* used to express neoantigen-specific TCRs to develop individualized immunotherapies for patients with cancer

*Journal of Clinical Oncology. 2017 Mar 14:JCO2016713024: Lymphoma remissions caused by CD19-specific CAR⁺ T cells are associated with elevated serum interleukin-15 levels; Nature Medicine 22, 26–36 (2016; Molecular Therapeutics. 2016 Jun;24(6):1078-89



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# Q2 Progress in Oncology Gene & Cell Therapies

**ZIOPHARM Phase 1 study for recurrent glioblastoma (rGBM)**

- Update at ASCO reported median overall survival of 12.5 months, with mean follow-up of 9.2 months (20 mg cohort, N=15)

- Compares favorably to historical controls

**Enrollment in stereotactic arm has begun**

- Patients not scheduled for resection

- Runway to pediatric & anti-PD-1 combination studies

**ZIOPHARM announced acceptance of IND for CD-33 specific CAR T cell therapy**

- Expects to treat 1st patient in Q3'2017





INTREXON®

© 2017 Intrexon Corp. All rights reserved.

# Rare Diseases

## FCX-007 Rare Skin Disease Gene Therapy (Fibrocell Science):

- Data Safety Monitoring Board recommended continuation of Phase 1/2 clinical trial for treatment of recessive epidermolysis bullosa (RDEB) following planned review of safety data from first adult patient dosed
- Completed dosing of first cohort of three adult patients in Phase 1 portion of the clinical trial

## FCX-013 Rare Skin Disease Gene Therapy (Fibrocell Science):

- Granted Rare Disease Designation for FCX-013 for the treatment of moderate to severe linear scleroderma
- Highlighted pre-clinical data for FCX-013 at the 20th Annual Meeting of the American Society of Gene & Cell Therapy



INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

# Completion of GenVec Acquisition

→ Developing a next generation viral platform with significantly higher payload capacity (exceeding 30kb) compared to current viral delivery methods (4.5kb – 9kb)

→ Will further advance the field of gene-based medicine by enabling delivery of multiple therapeutic effectors not possible with current viral delivery systems

→ RTS® platform combined with GenVec's AdV-based technology is projected to accelerate cutting-edge gene therapies that regulate *in vivo* expression



### AdenoVerse™ Strengths

- Vectors with no or very low seroprevalence in the human population
- Non-integrating transgene limits probability of disturbance of vital cellular genes
- Efficient transduction in dividing cells and non-dividing cells
- Large packaging capability (up to 12 kb) with multiple expression cassettes
- Improved safety with multiple deletions in vector genomes
- Administered to over 3,000 clinical study subjects
- Scalable platform with efficient manufacturing process and attractive cost of goods



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# Evolution of Precigen: New Model for Bio Pharma



**Precigen Technology Platform**

**Precise & Controlled Therapy**

- *Unique position among Pharma and Biotech*

- *Comprehensive suite of technology platforms, through invention and acquisition, under one roof*

- *Creation of unique internal portfolio for R&D in various therapeutic areas based on combinations of platforms including biologics, genetic engineering, immunology, microbiome, vaccines, among others*

- *Leading position in single and multigene programming with limited off-target effects*

- *Well positioned to capitalize on the substantial promise of engineering biology to solve critical issues in human health and personalized care*



INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

# CAR-T Therapy: Early Promise and Challenges



Kenderian et al., Cancer Research, 2014

- Cutting edge of cancer immunotherapy
  - o First FDA approval expected in 2017 for hematological malignancy
- CAR-T cells expand in patients upon engagement with antigen expressing tumor/normal cells
- Major challenge of current approaches is significant toxicity due to lack of control
  - o Cytokine Release Syndrome (CRS)
  - o Tumor Lysis Syndrome
  - o Neurotoxicity
- Limitations of current approaches
  - o Expression of antigen on normal tissues
  - o Antigen loss and heterogeneous expression of antigen



© 2017 Intrexon Corp. All rights reserved.

# Regulating CAR-T Cells: RheoSwitch® and Kill Switch

Intrexon's platform enabling control over efficacy
and safety of CAR-T cells

Transgene expression can be turned
ON and OFF in dose dependent manner

RTS® controlled
expression of CAR

RTS® controlled
co-expression of cytokines

Kill Switch for selective
depletion of CAR-T cells



© 2017 Intrexon Corp. All rights reserved.



# Improved Persistence with RTS® Controlled mbIL-15



**Veledimex OFF**          **Veledimex ON**

- **Veledimex dose dependent expression of mbIL-15 can be turned ON and OFF**

- **Improved persistence of CAR-T cells by co-expression of mbIL-15 only in presence of veledimex**







© 2017 Intrexon Corp.  All rights reserved.

# Tregs Play A Major Role In Autoimmune Diseases



- Regulatory T Cells (Tregs) are critical for control of immune system
- Tregs have impaired functionality in autoimmune diseases where patient's immune system is unleashed



© 2017 Intrexon Corp.  All rights reserved.

# Intrexon's eTregs: Change of Paradigm



**Tregs**

- Overcoming limitations of naturally derived Tregs
- *In vitro* studies demonstrate potent suppression of proliferation of effector T cells through engineered Tregs (eTregs)
- Potential for new wave of therapeutics for various autoimmune diseases





INTREXON®
© 2017 Intrexon Corp. All rights reserved.

INTREXON®

**Financial Overview**

Joel Liffmann – Senior Vice President, Finance

# Second Quarter Financial Performance

| Select Financial Highlights | 2Q 2017 | 2Q 2016 |
|---|---|---|
| Revenues | $54.4 M | $52.5 M |
| Collaboration and Licensing Revenues | $28.2 M | $27.5 M |
| Product & Services and Other Revenues | $26.2 M | $25.0 M |
| Adjusted EBITDA | $(2.0) M* | $(5.4)* |
| Impact of change in deferred revenue related to upfront and milestone payments | $(9.4) M | $116.1M |
| Basic EPS | $(0.16) | $(0.42) |
| Total Equity & Preferred Stock Securities In Connection With ECCs | $168.6 M | $159.0 M |
| Cash, Cash Equivalents, and Short- and Long-Term Investments | $157.2 M | $321.2M |

* Non-GAAP financial measure.



© 2017 Intrexon Corp.  All rights reserved.



## Summary



✓ Over 30 collaborations in place capitalizing on our leadership position in the engineering of biology

✓ Strong cash position with $157 million in cash, cash equivalents, and short-term investments, and equity securities and preferred stock valued at $168 million

✓ Developing high value bio-solutions with our collaborators in large established markets with built-in demand

✓ Positioned to deliver meaningful returns to our shareholders through our scalable, capital efficient model and successful execution of current & future opportunities



© 2017 Intrexon Corp.  All rights reserved.

