# EXHIBIT 34

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# SCHEDULE 14A

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )**

Filed by the Registrant ☒ Filed by a party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement
☐ **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**
☒ Definitive Proxy Statement
☐ Definitive Additional Materials
☐ Soliciting Material Pursuant to §240.14a-12

# INTREXON CORPORATION
**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if Other Than The Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(l) and 0-11.

    (1) Title of each class of securities to which transaction applies:

    (2) Aggregate number of securities to which transaction applies:

    (3) Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

    (4) Proposed maximum aggregate value of transaction:

    (5) Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

    (1) Amount Previously Paid:

    (2) Form, Schedule or Registration Statement No.:

    (3) Filing Party:

    (4) Date Filed:

Table of Contents

**BENEFICIAL OWNERSHIP OF COMMON STOCK**

The following table sets forth information regarding beneficial ownership of our share capital as of March 31, 2017 by (1) each of our directors, (2) each of our named executive officers, (3) all of our directors and executive officers as a group, and (4) each person, or group of affiliated persons, known by us to beneficially own more than five percent of our shares of common stock.

The percentage ownership information is based on an aggregate 119,552,674 shares of common stock outstanding as of March 31, 2017.

Except as otherwise noted below, the address for each person or entity listed in the table is c/o Intrexon Corporation, 20374 Seneca Meadows Parkway, Germantown, Maryland 20876.

| Name of Beneficial Owner | Outstanding Shares Beneficially Owned(1) | Right to Acquire Beneficial Ownership(2) | Total Shares Beneficially Owned | Percentage of Shares Beneficially Owned |
|---|---|---|---|---|
| **Directors/director nominees** | | | | |
| Cesar Alvarez | 37,010 | 93,889 | 130,899 | * |
| Steven Frank | 43,041 | 93,889 | 136,930 | * |
| Vinita Gupta(3) | — | — | — | * |
| Fred Hassan | 9,706 | 30,060 | 39,766 | * |
| Jeffrey Kindler | 66,322 | 90,926 | 157,248 | * |
| Dean Mitchell | 13,103 | 90,921 | 104,024 | * |
| Robert Shapiro(4) | 123,273 | 90,926 | 214,199 | * |
| James Turley | 9,595 | 92,413 | 102,008 | * |
| **Named executive officers** | | | | |
| Randal Kirk(5) | 62,301,326 | — | 62,301,326 | 52.1% |
| Rick Sterling | 6,369 | 220,759 | 227,128 | * |
| Ena Cratsenburg(6) | — | — | — | * |
| Geno Germano | — | — | — | * |
| Andrew Last | — | — | — | * |
| Nir Nimrodi(7) | 4,000 | 779,457 | 783,457 | * |
| Executive officers and directors as a group (18 persons) | 63,209,839 | 2,463,371 | 68,673,210 | 56.3% |
| **Greater than 5% shareholders** | | | | |
| FMR, LLC(8) | 6,459,001 | — | 6,459,001 | 5.4% |

\*    Represents beneficial ownership of less than 1 percent of our outstanding shares of common stock

(1)    Beneficial ownership is determined in accordance with the rules and regulations of the SEC and includes sole or shared voting or investment power with respect to shares of our common stock. The information set forth in the table above is not necessarily indicative of beneficial ownership for any other purpose, and the inclusion of any shares deemed beneficially owned in this table does not constitute an admission of beneficial ownership of those shares. Except as otherwise noted, to our knowledge, the persons and entities named in the table above have sole voting and investment power with respect to all of the shares of common stock beneficially owned by them, subject to community property laws, where applicable.

(2)    Consists of shares of common stock subject to stock options exercisable as of, or within 60 days of March 31, 2017. Shares of common stock subject to stock options that are exercisable as of or within 60 days of March 31, 2017 are deemed to be outstanding and beneficially owned by the person holding the option for the purpose of calculating the percentage ownership of that person, but are not deemed outstanding for the purpose of calculating the percentage ownership of any other person.

(3)    Ms. Gupta joined the Board in April 2017 and upon appointment received the applicable director compensation as set forth under "DIRECTOR COMPENSATION," which includes 15,000 stock options

28

**Table of Contents**

## OTHER MATTERS

The Board is not aware of any other matters to be presented for action at the Annual Meeting other than as set forth in this Proxy Statement. However, if other matters properly come before the Annual Meeting, or any adjournment or postponement thereof, the person or persons voting the proxies will vote them in accordance with their best judgment.

By Order of the Board of Directors

DONALD P. LEHR
*Chief Legal Officer and Corporate Secretary*

Germantown, Maryland
May 1, 2017

79