John T. Jasnoch (CA 281605)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone:  619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

*Lead Counsel for the Putative Class and for*
*Lead Plaintiff Raju Shah*

Nina F. Locker (CA 123838)
Jerome F. Birn, Jr. (CA 128561)
**WILSON SONSINI GOODRICH & ROSATI**
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-493-9300
Facsimile:  650-565-5100
nlocker@wsgr.com
jbirn@wsgr.com

*Counsel for Defendants Precigen, Inc., f/k/a*
*Intrexon Corporation, Randal J. Kirk, Rick L. Sterling,*
*Robert F. Walsh, and Andrew J. Last*

[Additional counsel on signature page.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| In re PRECIGEN SECURITIES LITIGATION | Master Case No. 20-cv-06936-BLF |
| | <u>CLASS ACTION</u> |
| This Document Relates To:<br>     ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE: FILING OF AMENDED COMPLAINT PURSUANT TO F.R.C.P. 15(a), AND MOOTING PENDING MOTION TO DISMISS** |
| | Courtroom.:    3 – 5th Floor<br>Judge:         Hon. Beth Labson Freeman |

1

WHEREAS, on April 8, 2021, this Court granted Raju Shah's ("Lead Plaintiff") Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel, and appointed him as Lead Plaintiff and Scott+Scott Attorneys as Law LLP as Lead Counsel in the above-captioned putative securities fraud class action (the "Action") against Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling (the "Original Defendants") (ECF No. 57);

WHEREAS, on April 19, 2021, the Court granted the Parties' stipulation that the Consolidated Complaint would be filed by May 18, 2021, that the anticipated Motion to Dismiss would be filed by July 2, 2021, with the opposition due by August 17, 2021, and Defendants reply due by September 20, 2021 (ECF No. 61);

WHEREAS, on May 18, 2021, Lead Plaintiff filed said Consolidated Complaint, styled as Plaintiff's "Amended Class Action Complaint," which added two additional individual defendants, Andrew J. Last and Robert F. Walsh (together with the Original Defendants, the "Defendants") (ECF No. 71);

WHEREAS, on June 21, 2021 the Court granted the Parties' stipulation amending the scheduling order, ordering that the anticipated Motion to Dismiss be filed by August 2, 2021, with the opposition due by September 29, 2021, and Defendants reply due by October 29, 2021 (ECF No. 78)

WHEREAS, on August 2, 2021, Defendants filed their Motion to Dismiss the Amended Class Action Complaint;

WHEREAS, Lead Plaintiff's counsel has advised Defendants' counsel that Lead Plaintiff wishes to file a Second Amended Complaint rather than an opposition to the pending Motion to Dismiss;

WHEREAS, the Parties agree that it would be in the interests of judicial economy for Lead Plaintiff to promptly file its Second Amended Complaint, which will moot the pending Motion to Dismiss;

WHEREAS, F.R.C.P. Rule 15(a)(2) permits a party to amend its pleading with the consent of the opposing party;

2

WHEREAS, all Defendants herein have consented to allowing Lead Plaintiff to file the contemplated further amended complaint; and

WHEREAS, all Parties have further agreed to meet and confer promptly after the filing of the Second Amended Complaint to discuss a briefing schedule for Defendants' contemplated motion to dismiss and to submit a proposed schedule for the Court's approval within seven (7) days of the filing;

IT IS HEREBY STIPULATED AND AGREED, by and among the Parties, by and through their undersigned counsel as follows:

1.      Lead Plaintiff may file his Second Amended Complaint on or before September 27, 2021;

2.      Upon the filing of said Second Amended Complaint, Defendants' pending Motion to Dismiss the current Amended Complaint shall be deemed moot; and

3.      The Parties shall submit to the Court a proposed schedule for the briefing of a motion to dismiss the Second Amended Complaint within seven (7) days of the filing of said Second Amended Complaint.

IT IS SO STIPULATED.

Dated: September 21, 2021

**SCOTT+SCOTT**
  **ATTORNEYS AT LAW LLP**

  *s/ John T. Jasnoch*
John T. Jasnoch (CA 281605)
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
Facsimile:  619-233-0508
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV (*pro hac vice*)
William C. Fredericks (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-233-6444
Facsimile:  212-233-6334

tlaughlin@scott-scott.com
wfredericks@scott-scott.com
jjacobson@scott-scott.com

*Lead Counsel for the Putative Class and for Lead Plaintiff Raju Shah*

Dated: September 21, 2021          **THE SCHALL LAW FIRM**

   *s/ Brian J. Schall*_____
Brian J. Schall (CA 290685)
1880 Century Park East, Suite 404
Los Angeles, CA 90067-1604
Telephone: 310-301-3335
Facsimile:  310-388-0192
brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Raju Shah*

Dated: September 21, 2021          **WILSON SONSINI GOODRICH
   & ROSATI**

   *s/ Nina F. Locker*_____
Nina F. Locker (CA 123838)
Jerome F. Birn, Jr. (CA 128561)
650 Page Mill Road
Palo Alto, CA 94304
Telephone: 650-493-9300
Facsimile:  650-565-5100
nlocker@wsgr.com
jbirn@wsgr.com

*Counsel for Defendants Precigen, Inc., f/k/a Intrexon Corporation, Randal J. Kirk, Rick L. Sterling, Robert F. Walsh and Andrew J. Last*

Dated: September 21, 2021          **NORTON ROSE FULBRIGHT**

   *s/ Peter Stokes*_____
Peter Stokes
98 San Jacinto Blvd., Suite 1100
Austin, TX 78701
Telephone: 512-536-5287
brian@schallfirm.com

*Additional Counsel for Defendant Robert F. Walsh*

4

STIPULATION AND [PROPOSED] ORDER RE: FILING OF AMENDED COMPLAINT PURSUANT
TO F.R.C.P. 15(a), AND MOOTING PENDING MOTION TO DISMISS
Master Case No. 20-CV-06936-BLF

**ATTESTATION OF CONCURRENCE IN FILING**

In accord with Northern District of California Local Rule 5.1(i)(3), I, John T. Jasnoch, attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature page(s).

Executed on this 21st day of September, 2021, in San Diego, California.

 *s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

\*\*\*\*\*

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: September 22 , 2021

Honorable Beth Labson Freeman
United States District Judge

5

STIPULATION AND [PROPOSED] ORDER RE: FILING OF AMENDED COMPLAINT PURSUANT
TO F.R.C.P. 15(a), AND MOOTING PENDING MOTION TO DISMISS
Master Case No. 20-CV-06936-BLF

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2021, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on September 21, 2021, at San Diego, California.

*s/ John T. Jasnoch*
JOHN T. JASNOCH (CA 281605)

6