# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECIGEN, INC., et al., <br><br> Defendants. | Case No. 20-cv-06936-BLF <br><br> **ORDER TERMINATING MOTION TO DISMISS AS MOOT; VACATING HEARING; AND SETTING DEADLINE FOR PROPOSED BRIEFING SCHEDULE** |

The Motion to Dismiss filed by Defendants and set for hearing on December 16, 2021 is hereby TERMINATED AS MOOT in light of the filing of the Second Amended Complaint. ECF No. 88; *see* ECF No. 87. The hearing is VACATED. Plaintiff SHALL file a proposed schedule for the briefing of a motion to dismiss the Second Amended Complaint **on or before October 4, 2021**. ECF No. 87.

**IT IS SO ORDERED.**

Dated: September 27, 2021

_____
BETH LABSON FREEMAN
United States District Judge