# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

# FORM 8-K

### CURRENT REPORT
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): May 10, 2017**

# INTREXON CORPORATION
**(Exact Name of Registrant as Specified in Charter)**

| **Virginia** | **001-36042** | **26-0084895** |
|---|---|---|
| **(State or Other Jurisdiction** | **(Commission** | **(IRS Employer** |
| **of Incorporation)** | **File Number)** | **Identification No.)** |

**20374 Seneca Meadows Parkway, Germantown, Maryland 20876**
**(Address of Principal Executive Offices) (Zip Code)**

**(301) 556-9900**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.**    **Results of Operations and Financial Condition.**

Attached as Exhibit 99.1 is a copy of a press release of Intrexon Corporation, dated May 10, 2017, reporting its financial results for the quarter ended March 31, 2017.

Such information, including the Exhibit attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth by specific reference in such filing.

**Item 7.01.**    **Regulation FD Disclosure.**

On May 10, 2017, Intrexon Corporation provided slides to accompany its earnings presentation. A copy of the slides is furnished as Exhibit 99.2 hereto.

Such information, including the Exhibit attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.**    **Financial Statements and Exhibits.**

    (d)    Exhibits.

        99.1    Press release dated May 10, 2017.

        99.2    Slide presentation of Intrexon Corporation, dated May 10, 2017.

2

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: May 10, 2017

**INTREXON CORPORATION**

By:  /s/ Rick L. Sterling
Rick L. Sterling
Chief Financial Officer

3

**EXHIBIT INDEX**

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press release dated May 10, 2017. |
| 99.2 | Slide presentation of Intrexon Corporation, dated May 10, 2017. |

4

**Exhibit 99.1**



**Intrexon Announces First Quarter 2017 Financial Results**

*– Quarterly GAAP revenues of $53.7 million and net loss attributable to Intrexon of $31.4 million including non-cash charges of $24.7 million –*

*– Adjusted EBITDA of $(7.1) million –*

**GERMANTOWN, MD, May 10, 2017** – Intrexon Corporation (NYSE: XON), a leader in the engineering and industrialization of biology to improve the quality of life and health of the planet, today announced its first quarter financial results for 2017.

**Business Highlights and Recent Developments:**

- Intrexon's proprietary methanotroph bioconversion platform has achieved yields necessary for site selection on two molecules, isbobutyraldehyde and 2,3 butanediol (2,3 BDO), each of which represent a multi-billion dollar revenue opportunity for the Company. Yields for 2,3 BDO, a precursor to butadiene, increased by greater than 30% during the first quarter of 2017. This yield level produces a positive "in the money" gross margin based on current natural gas and product prices. While additional yield improvements and scaling milestones must be met, the current yields and business implications have led the Company to retain Moelis & Company to advise it on strategic and financial options with respect to its bioconversion platform and specific products;

- Announced formation of Precigen, Inc., a wholly owned subsidiary of the Company, to accelerate strategic evaluation of structural alternatives for consolidation of Intrexon's health-related assets to enhance shareholder value and maximize the potential of the Company's programs in health;

- Provided update on development of next-generation chimeric antigen receptor T cell (CAR-T) therapy for cancer in strategic collaboration with ZIOPHARM Oncology, Inc. (NASDAQ: ZIOP) and biopharmaceutical division of Merck KGaA, Darmstadt, Germany, announcing the approach for the previously chosen two targets will focus on use of the proprietary RheoSwitch Therapeutic System® (RTS®) platform to regulate expression of membrane-bound interleukin-15 (mbIL15) co-expressed with CARs and *Sleeping Beauty* non-viral gene integration;

- Entered into a definitive agreement to acquire GenVec, Inc. (NASDAQ: GNVC) and announced plans to develop a next generation adenoviral (AdV) platform with significantly higher payload capacity compared to current systems by combining GenVec's expertise in AdV vectors and cGMP drug product manufacturing with Intrexon's proficiency in viral and non-viral gene transfer;

- Signed a Cooperative Research and Development Agreement (CRADA) with the National Cancer Institute (NCI) in collaboration with ZIOPHARM for the development of adoptive cell transfer-based immunotherapies using autologous peripheral blood lymphocytes genetically modified using the *Sleeping Beauty* system to express T-cell receptors for the treatment of solid tumors in patients with advanced cancers;

- Collaborator ZIOPHARM announced U.S. Food and Drug Administration (FDA) acceptance of investigator-initiated Investigational New Drug (IND) application for a Phase 1 trial infusing the Company's CD33-specific CAR+ T therapy, which incorporates a kill switch, for relapsed or refractory acute myeloid leukemia (AML), with the first patient to be enrolled in the study expected to begin treatment in the third quarter of 2017;

- Collaborator ZIOPHARM reported successful end-of-phase 2 meeting with the FDA for Ad-RTS-hIL-12 + veledimex in recurrent glioblastoma and is assessing protocol design options for a pivotal Phase 3 trial in conjunction with its investigators and regulators;

- Collaborator ZIOPHARM announced improved production times in its ongoing Phase I trial of 2nd generation *Sleeping Beauty* CD19+ CAR-T cells and progress toward its "Point-of-Care" approach. One patient with multiple-relapsed acute lymphoblastic leukemia achieved a complete response and a patient with triple-hit non-Hodgkin lymphoma was treated with T cells manufactured in 2 weeks;

- Collaborator Fibrocell Science, Inc. (NASDAQ: FCSC) received fast track designation from the FDA for FCX-007 for treatment of recessive dystrophic epidermolysis bullosa (RDEB) and announced dosing of first patient in Phase I portion of Phase I/II clinical trial of FCX-007 gene therapy;

- Exemplar Genetics, a wholly-owned subsidiary of Intrexon, was awarded a subcontract to create genetically engineered miniswine models of sickle cell disease as part of a national resource that could lead to new treatments for the disorder;

- Oxitec, a wholly owned subsidiary of Intrexon, and the Municipality of Santiago de Cali, Colombia announced a memorandum of understanding to deploy Friendly™ Aedes in the Comuna 16 region, an area of over 104,000 residents, to control populations of the *Aedes aegypti* mosquito, the primary vector for dengue, chikungunya, Zika, and yellow fever;

- In collaboration with Gangabishan Bhikulal Investment and Trading Limited, Oxitec initiated outdoor caged trials in India to demonstrate the efficacy of Oxitec's Friendly™ mosquitoes;

- Oxitec reported its Friendly™ Aedes achieved greater than 80% suppression of wild *Aedes aegypti* in CECAP/Eldorado in Piracicaba, Brazil, in the second year of the project, as well as 78% reduction in the São Judas neighborhood of Piracicaba only six months after initial releases;

- AquaBounty Technologies, Inc. (NASDAQ: AQB; AIM: ABTU), majority-owned subsidiary of Intrexon, completed the listing of its common shares on the NASDAQ Stock Market and finalized an equity subscription from Intrexon. In conjunction with the listing, Intrexon distributed a special stock dividend of shares of AquaBounty common stock it owned to its shareholders while maintaining majority ownership of AquaBounty's outstanding common stock;

- Announced appointment of Andy Bass as Senior Vice President, Consumer Sector, which will henceforth do business as BioPop, to lead the design and commercialization of new biologically-based products and applications across the consumer market; and

- Appointed leading pharma executive Vinita Gupta to Intrexon's Board of Directors.

**First Quarter Financial Highlights:**

- Total revenues of $53.7 million, an increase of 24% over the first quarter of 2016;

- Net loss of $31.4 million attributable to Intrexon, or $(0.26) per basic share, including non-cash charges of $24.7 million;

- Adjusted EBITDA of $(7.1) million, or $(0.06) per basic share;

- The net change in deferred revenue related to upfront and milestone payments, which represents the cash and stock received from collaborators less the amount of revenue recognized during the period, was a decrease of $10.2 million compared to a net increase of $13.5 million in the first quarter of 2016;

- Cash consideration received for reimbursement of research and development services covered 54% of cash operating expenses (exclusive of operating expenses of consolidated subsidiaries);

- Total consideration received for technology access fees, reimbursement of research and development services and products and services revenues covered 64% of consolidated cash operating expenses; and

- Cash, cash equivalents, and short-term investments totaled $205.2 million, the value of investments in preferred stock totaled $134.7 million, and the value of equity securities totaled $21.5 million at March 31, 2017.

"Considering the company's progress in the first quarter and year to date," commented Randal J. Kirk, Chairman and Chief Executive Officer of Intrexon, "I am gratified by the vision that underlies this company, by the business plan that has made it possible to do so much relative to such a modest expenditure of our shareholder's cash, by the confidence of our shareholders, our board and our team in that plan's ultimate feasibility and by the patience of all while our brilliant team would mature the company's technical assets and human capital into realizations that will make a great difference in the world."

Mr. Kirk concluded, "We believe that we quite clearly have before us a number of significant realizations – in health, in energy, in food, in environment and in consumer industries – and we are fully engaged upon them."

**First Quarter 2017 Financial Results Compared to Prior Year Period**

Total revenues increased $10.3 million, or 24%, over the quarter ended March 31, 2016. Collaboration and licensing revenues increased $9.0 million from the quarter ended March 31, 2016 due to (i) the recognition of deferred revenue for upfront payments received from collaborations signed by the Company between April 1, 2016 and March 31, 2017 and the recognition of the payment received in June 2016 from ZIOPHARM to amend the collaborations between us; and (ii) increased research and development services for these collaborations and for the progression of programs or the addition of new programs with previously existing collaborators. Product revenues decreased $0.4 million, or 5% primarily due to a decrease in the quantities of pregnant cows sold due to lower customer demand for these products. Gross margin on products was consistent period over period. Service revenues increased $1.4 million, or 13%, due to an increase in the number of bovine in vitro fertilization cycles performed due to higher customer demand. Gross margin on services decreased slightly in the current period primarily due to an increase in royalties and commissions due to vendors.

Research and development expenses increased $8.3 million, or 32%, due primarily to increases in (i) salaries, benefits and other personnel costs for research and development employees, (ii) lab supplies and consulting expenses, and (iii) depreciation and amortization. Salaries, benefits and other personnel costs increased $2.6 million due to an increase in research and development headcount to support new and expanded collaborations. Lab supplies and consulting expenses increased $3.4 million as a result of (i) the progression of certain programs into the preclinical and clinical phases with certain of Intrexon's collaborators, and (ii) the increased level of research and development services provided to Intrexon's collaborators. Depreciation and amortization increased $1.3 million primarily as a result of amortization of developed technology acquired from Oxitec Limited which began in November 2016 upon the completion of certain operational and regulatory events. Selling, general and administrative (SG&A) expenses decreased $7.7 million, or 18%. Salaries, benefits and other personnel costs decreased $4.9 million primarily due to the reversal of previously recognized stock-based compensation expense for stock options granted to a former employee. In 2016, the Company recorded $4.2 million in litigation expenses arising from the entrance of a court order in the Company's trial with XY, LLC. These SG&A decreases were offset by an increase of $2.1 million of legal and professional fees due to (i) expenses incurred to support domestic and international government affairs for regulatory and other approvals necessary to commercialize the Company's products and services; and (ii) increased legal fees to defend ongoing litigation.

Total other income (expense), net, increased $24.8 million, or 116%, from the quarter ended March 31, 2016. This increase was primarily attributable to (i) a decline in unrealized depreciation in the Company's equity securities portfolio of $20.3 million, and (ii) dividend income of $3.9 million from the Company's investments in preferred stock.

**Conference Call and Webcast**

The Company will host a conference call today Wednesday, May 10th, at 4:30 PM ET to discuss the first quarter 2017 financial results and provide a general business update. The conference call may be accessed by dialing 1-888-317-6003 (Domestic US), 1-866-284-3684 (Canada), and 1-412-317-6061 (International) and providing the number 0126057 to join the Intrexon Corporation Call. Participants may also access the live webcast through Intrexon's website in the Investors section at http://investors.dna.com/events.

**About Intrexon Corporation**

Intrexon Corporation (NYSE: XON) is Powering the Bioindustrial Revolution with Better DNA™ to create biologically-based products that improve the quality of life and the health of the planet. Intrexon's integrated technology suite provides its partners across diverse markets with industrial-scale design and development of complex biological systems delivering unprecedented control, quality, function, and performance of living cells. We call our synthetic biology approach Better DNA®, and we invite you to discover more at www.dna.com or follow us on Twitter at @Intrexon, on Facebook, and LinkedIn.

**Non-GAAP Financial Measures**

This press release presents Adjusted EBITDA and Adjusted EBITDA per share, which are non-GAAP financial measures within the meaning of applicable rules and regulations of the Securities and Exchange Commission (SEC). For a reconciliation of these measures to the most directly comparable financial measure calculated in accordance with generally accepted accounting principles and for a discussion of the reasons why the company believes that these non-GAAP financial measures provide information that is useful to investors see the tables below under "Reconciliation of GAAP to Non-GAAP Measures." Such information is provided as additional information, not as an alternative to Intrexon's consolidated financial statements presented in accordance with GAAP, and is intended to enhance an overall understanding of the Intrexon's current financial performance.

**Trademarks**

Intrexon, Friendly, RheoSwitch Therapeutic System, RTS, Powering the Bioindustrial Revolution with Better DNA, and Better DNA are trademarks of Intrexon and/or its affiliates. Other names may be trademarks of their respective owners.

**Safe Harbor Statement**

Some of the statements made in this press release are forward-looking statements that involve a number of risks and uncertainties and are made pursuant to the Safe Harbor Provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based upon Intrexon's current expectations and projections about future events and generally relate to Intrexon's plans, objectives and expectations for the development of Intrexon's business. Although management believes that the plans and objectives reflected in or suggested by these forward-looking statements are reasonable, all forward-looking statements involve risks and uncertainties and actual future results may be materially different from the plans, objectives and expectations expressed in this press release. These risks and uncertainties include, but are not limited to, (i) Intrexon's current and future ECCs and joint ventures; (ii) Intrexon's ability to successfully enter new markets or develop additional products, whether with its collaborators or independently; (iii) actual or anticipated variations in Intrexon's operating results; (iv) actual or anticipated fluctuations in Intrexon's competitors' or its collaborators' operating results or changes in their respective growth rates; (v) Intrexon's cash position; (vi) market conditions in Intrexon's industry; (vii) the volatility of Intrexon's stock price; (viii) Intrexon's ability, and the ability of its collaborators, to protect Intrexon's intellectual property and other proprietary rights and technologies; (ix) Intrexon's ability, and the ability of its collaborators, to adapt to changes in laws or regulations and policies; (x) the outcomes of pending or future litigation; (xi) the rate and degree of market acceptance of any products developed by a collaborator under an ECC or through a joint venture; (xii) Intrexon's ability to retain and recruit key personnel; (xiii) Intrexon's expectations related to the use of proceeds from its public offerings and other financing efforts; (xiv) Intrexon's estimates regarding expenses, future revenue, capital requirements and needs for additional financing; and (xv) Intrexon's expectations relating to its subsidiaries and other affiliates. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Intrexon's actual results to differ from those contained in the forward-looking statements, see the section entitled "Risk Factors" in Intrexon's Annual Report on Form 10-K, as well as discussions of potential risks, uncertainties, and other important factors in Intrexon's subsequent filings with the Securities and Exchange Commission. All information in this press release is as of the date of the release, and Intrexon undertakes no duty to update this information unless required by law.

###

**For more information regarding Intrexon Corporation, contact:**

| Investor Contact: | Corporate Contact: |
|---|---|
| Christopher Basta | Marie Rossi, Ph.D. |
| Vice President, Investor Relations | Director, Technical Communications |
| Tel: +1 (561) 410-7052 | Tel: +1 (301) 556-9850 |
| investors@intrexon.com | publicrelations@intrexon.com |

**Intrexon Corporation and Subsidiaries**
**Consolidated Balance Sheets**
**(Unaudited)**

| (Amounts in thousands) | March 31, 2017 | December 31, 2016 |
|---|---|---|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 69,852 | $ 62,607 |
| Restricted cash | 6,987 | 6,987 |
| Short-term investments | 135,377 | 174,602 |
| Receivables | | |
| Trade, net | 19,698 | 21,637 |
| Related parties | 21,787 | 16,793 |
| Notes, net | — | 1,500 |
| Other | 1,716 | 2,555 |
| Inventory | 19,083 | 21,139 |
| Prepaid expenses and other | 7,170 | 7,361 |
| Total current assets | 281,670 | 315,181 |
| Long-term investments | — | 5,993 |
| Equity securities | 21,476 | 23,522 |
| Investments in preferred stock | 134,661 | 129,545 |
| Property, plant and equipment, net | 68,328 | 64,672 |
| Intangible assets, net | 223,074 | 225,615 |
| Goodwill | 157,825 | 157,175 |
| Investments in affiliates | 23,951 | 23,655 |
| Other assets | 4,943 | 3,710 |
| Total assets | $ 915,928 | $ 949,068 |
| **Liabilities and Total Equity** | | |
| Current liabilities | | |
| Accounts payable | $ 7,950 | $ 8,478 |
| Accrued compensation and benefits | 7,480 | 6,540 |
| Other accrued liabilities | 16,581 | 15,776 |
| Deferred revenue | 50,333 | 53,364 |
| Lines of credit | 410 | 820 |
| Current portion of long term debt | 388 | 386 |
| Deferred consideration | 6,887 | 8,801 |
| Related party payables | 621 | 440 |
| Total current liabilities | 90,650 | 94,605 |
| Long term debt, net of current portion | 7,608 | 7,562 |
| Deferred revenue, net of current portion | 246,958 | 256,778 |
| Deferred tax liabilities | 16,504 | 17,007 |
| Other long term liabilities | 4,047 | 3,868 |
| Total liabilities | 365,767 | 379,820 |
| Commitments and contingencies | | |
| Total equity | | |
| Common stock | — | — |
| Additional paid-in capital | 1,323,706 | 1,325,780 |
| Accumulated deficit | (762,201) | (729,341) |
| Accumulated other comprehensive loss | (32,967) | (36,202) |
| Total Intrexon shareholders' equity | 528,538 | 560,237 |
| Noncontrolling interests | 21,623 | 9,011 |
| Total equity | 550,161 | 569,248 |
| Total liabilities and total equity | $ 915,928 | $ 949,068 |

**Intrexon Corporation and Subsidiaries**
**Consolidated Statements of Operations**
**(Unaudited)**

| (Amounts in thousands, except share and per share data) | Three months ended March 31, 2017 | 2016 |
|---|---:|---:|
| **Revenues** | | |
| Collaboration and licensing revenues | $ 33,065 | 24,073 |
| Product revenues | 8,130 | 8,555 |
| Service revenues | 12,031 | 10,665 |
| Other revenues | 521 | 145 |
| Total revenues | 53,747 | 43,438 |
| **Operating Expenses** | | |
| Cost of products | 9,006 | 9,562 |
| Cost of services | 6,804 | 5,672 |
| Research and development | 34,180 | 25,856 |
| Selling, general and administrative | 35,138 | 42,881 |
| Total operating expenses | 85,128 | 83,971 |
| Operating loss | (31,381) | (40,533) |
| **Other Income (Expense), Net** | | |
| Unrealized depreciation in fair value of equity securities and preferred stock | (1,622) | (22,331) |
| Interest expense | (179) | (265) |
| Interest and dividend income | 4,624 | 610 |
| Other income, net | 595 | 561 |
| Total other income (expense), net | 3,418 | (21,425) |
| Equity in net loss of affiliates | (4,947) | (5,643) |
| Loss before income taxes | (32,910) | (67,601) |
| Income tax benefit | 533 | 2,281 |
| Net loss | $ (32,377) | (65,320) |
| Net loss attributable to the noncontrolling interests | 978 | 891 |
| Net loss attributable to Intrexon | $ (31,399) | (64,429) |
| Net loss per share, basic and diluted | $ (0.26) | (0.55) |
| Weighted average shares outstanding, basic and diluted | 118,956,780 | 116,861,151 |

**Intrexon Corporation and Subsidiaries**
**Reconciliation of GAAP to Non-GAAP Measures**
**(Unaudited)**

*Adjusted EBITDA and Adjusted EBITDA per share.* To supplement Intrexon's financial information presented in accordance with U.S. generally accepted accounting principles ("GAAP"), Intrexon presents Adjusted EBITDA and Adjusted EBITDA per share. A reconciliation of Adjusted EBITDA to net income or loss attributable to Intrexon under GAAP appears below. Adjusted EBITDA is a non-GAAP financial measure that Intrexon calculates as net income or loss attributable to Intrexon adjusted for income tax expense or benefit, interest expense, depreciation and amortization, stock-based compensation, shares issued as compensation for services, bad debt expense, litigation expenses, realized and unrealized appreciation or depreciation in the fair value of equity securities and preferred stock, and equity in net loss of affiliates. Adjusted EBITDA and Adjusted EBITDA per share are key metrics for Intrexon's management and Board of Directors for evaluating the Company's financial and operating performance, generating future operating plans and making strategic decisions about the allocation of capital. Management and the Board of Directors believe that Adjusted EBITDA and Adjusted EBITDA per share are useful to understand the long-term performance of Intrexon's core business and facilitate comparisons of the Company's operating results over multiple reporting periods. Intrexon is providing this information to investors and others to assist them in understanding and evaluating the Company's operating results in a manner similar to how its management and Board of Directors evaluate operating results (except for the impact of the change in deferred revenue related to upfront and milestone payments, which is adjusted in the measures evaluated by management and the Board of Directors as discussed below). While Intrexon believes that its non-GAAP financial measures are useful in evaluating its business, and may be of use to investors, this information should be considered as supplemental in nature and is not meant as a substitute for the related financial information prepared in accordance with GAAP. In addition, these non-GAAP financial measures may not be the same as non-GAAP financial measures presented by other companies. Adjusted EBITDA and Adjusted EBITDA per share are not measures of financial performance under GAAP, and are not intended to represent cash flows from operations nor earnings per share under GAAP and should not be used as an alternative to net income or loss as an indicator of operating performance or to represent cash flows from operating, investing or financing activities as a measure of liquidity. Intrexon compensates for the limitations of Adjusted EBITDA and Adjusted EBITDA per share by using them only to supplement the Company's GAAP results to provide a more complete understanding of the factors and trends affecting the Company's business. Adjusted EBITDA and Adjusted EBITDA per share have limitations as an analytical tool and you should not consider them in isolation or as a substitute for analysis of Intrexon's results as reported under GAAP.

In addition to the reasons stated above, which are generally applicable to each of the items Intrexon excludes from its non-GAAP financial measure, Intrexon believes it is appropriate to exclude certain items from the definition of Adjusted EBITDA for the following reasons:

- Interest expense may be subject to changes in interest rates which are beyond Intrexon's control;

- Depreciation of Intrexon's property and equipment and amortization of acquired identifiable intangibles can be affected by the timing and magnitude of business combinations and capital asset purchases;

- Stock-based compensation expense is a noncash expense and may vary significantly based on the timing, size and nature of awards granted and also because the value is determined using formulas which incorporate variables, such as market volatility;

- Shares issued as compensation for services and bad debt expense are noncash expenses which Intrexon excludes in evaluating its financial and operating performance;

- Unrealized and realized appreciation or depreciation in the fair value of securities which Intrexon holds in its collaborators may be significantly impacted by market volatility and other factors which are outside of the Company's control in the short term and Intrexon intends to hold these securities over the long term except as provided above;

- Equity in net loss of affiliate reflects Intrexon's proportionate share of the income or loss of entities over which the Company has significant influence, but not control, and accounts for using the equity method of accounting. Intrexon believes excluding the impact of such losses or gains on these types of strategic investments from its operating results is important to facilitate comparisons between periods; and

- Litigation expenses are an estimate of the net amount due, including prejudgment interest, as a result of the final court order from Intrexon's trial with XY, LLC. Intrexon believes it has compelling grounds to overturn the adverse rulings of the court order through appellate action and that, as a result, the amount of the damages could be reduced or eliminated.

Furthermore, supplemental information about the impact of the change in deferred revenue related to upfront and milestone payments is provided below. GAAP requires Intrexon to account for its collaborations as multiple-element arrangements. As a result, the Company initially defers certain collaboration revenues because certain of its performance obligations cannot be separated and must be accounted for as one unit of accounting. The collaboration revenues that Intrexon so defers arise from upfront and milestone payments received from the Company's collaborators, which Intrexon recognizes over the future performance period even though the Company's right to such consideration is neither contingent on the results of Intrexon's future performance nor refundable in the event of nonperformance. The supplemental information about the change in deferred revenue removes the noncash revenue recognized during the period and includes the cash and stock received from collaborators for upfront and milestone payments during the period. Management and the Board of Directors consider this information in evaluating Intrexon's operating performance as they believe it permits the quarterly and annual comparisons of the Company's ability to consummate new collaborations or to achieve significant milestones with existing collaborators.

The following table presents a reconciliation of net income (loss) attributable to Intrexon to EBITDA and also to Adjusted EBITDA, as well as the calculation of Adjusted EBITDA per share, for each of the periods indicated:

| | Three months ended March 31, | |
| | 2017 | 2016 |
| | (In thousands) | |
|---|---|---|
| Net loss attributable to Intrexon | $ (31,399) | $ (64,429) |
| Interest expense | 164 | 239 |
| Income tax benefit | (533) | (2,281) |
| Depreciation and amortization | 7,270 | 5,529 |
| EBITDA | $ (24,498) | $ (60,942) |
| Stock-based compensation | 7,889 | 13,166 |
| Shares issued as payment for services | 2,915 | 3,083 |
| Bad debt expense | 9 | 840 |
| Litigation expense | — | 4,228 |
| Unrealized depreciation in fair value of equity securities and preferred stock | 1,622 | 22,331 |
| Equity in net loss of affiliates | 4,947 | 5,643 |
| Adjusted EBITDA | $ (7,116) | $ (11,651) |
| Weighted average shares outstanding, basic and diluted | 118,956,780 | 116,861,151 |
| Adjusted EBITDA per share, basic and diluted | $ (0.06) | $ (0.10) |
| Supplemental information: | | |
| Impact of change in deferred revenue related to upfront and milestone payments | $ (10,190) | $ 13,518 |

Exhibit 99.2



# Forward-Looking Statements

**Safe Harbor Statement**

Some of the statements made in this presentation are forward-looking statements that involve a number of risks and uncertainties and are made pursuant to the Safe harbor Provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based upon Intrexon's current expectations and projections about future events and generally relate to Intrexon's plans, objectives and expectations for the development of Intrexon's business. Although management believes that the plans and objectives reflected in or suggested by these forward-looking statements are reasonable, all forward-looking statements involve risks and uncertainties and actual future results may be materially different from the plans, objectives and expectations expressed in this presentation. These risks and uncertainties include, but are not limited to, (i) Intrexon's current and future ECCs and joint ventures; (ii) Intrexon's ability to successfully enter new markets or develop additional products, whether with its collaborators or independently; (iii) actual or anticipated variations in Intrexon's operating results; (iv) actual or anticipated fluctuations in Intrexon's competitors' or its collaborators' operating results or changes in their respective growth rates; (v) Intrexon's cash position; (vi) market conditions in Intrexon's industry; (vii) the volatility of Intrexon's stock price; (viii) Intrexon's ability, and the ability of its collaborators, to protect Intrexon's intellectual property and other proprietary rights and technologies; (ix) Intrexon's ability, and the ability of its collaborators, to adapt to changes in laws or regulations and policies; (x) the outcomes of pending and future litigation; (xi) the rate and degree of market acceptance of any products developed by a collaborator under an ECC or through a joint venture; (xii) Intrexon's ability to retain and recruit key personnel; (xiii) Intrexon's expectations related to the use of proceeds from its public offerings and other financing efforts; (xiv) Intrexon's estimates regarding expenses, future revenue, capital requirements and needs for additional financing; and (xv) Intrexon's expectations relating to its subsidiaries and other affiliates. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Intrexon's actual results to differ from those contained in the forward-looking statements, see the section entitled "Risk Factors" in Intrexon's Annual Report on Form 10-K, as well as discussions of potential risks, uncertainties, and other important factors in Intrexon's subsequent filings with the Securities and Exchange Commission. All information in this presentation is as of the date of the release, and Intrexon undertakes no duty to update this information unless required by law.

**Non-GAAP Financial Measures**

This presentation presents Adjusted EBITDA, which are non-GAAP financial measures within the meaning of applicable rules and regulations of the Securities and Exchange Commission (SEC). For a reconciliation of Adjusted EBITDA to net loss attributable to Intrexon in accordance with generally accepted accounting principles and for a discussion of the reasons why the company believes that these non-GAAP financial measures provide information that is useful to investors see the tables below under "Reconciliation of GAAP to Non-GAAP Measures." Such information is provided as additional information, not as an alternative to Intrexon's consolidated financial statements presented in accordance with GAAP, and is intended to enhance an overall understanding of the Company's current financial performance.

© 2017 Intrexon Corp. All rights reserved. Intrexon Corporation is sharing the following materials for informational purposes only. Such materials do not constitute an offer to sell or the solicitation of an offer to buy any securities of Intrexon. Any offer and sale of Intrexon's securities will be made, if at all, only upon the registration and qualification of such securities under all applicable federal and state securities laws or pursuant to an exemption from such requirements. The attached information has been prepared in good faith by Intrexon. However, Intrexon makes no representations or warranties as to the completeness or accuracy of any such information. Any representations or warranties as to Intrexon shall be limited exclusively to any agreements that may be entered into by Intrexon and to such representations and warranties as may arise under law upon distribution of any prospectus or similar offering document by Intrexon.



© 2017 Intrexon Corp. All rights reserved.



# The Next-Generation of Industrial Factories



Intrexon's platform encompasses the next-generation of biofactories to tackle numerous challenges & deliver on the promise of synthetic biology



© 2017 Intrexon Corp.  All rights reserved.

# Marketable Products

  

  

**Arctic® Apple**

First USDA approved non-browning apple without use of chemical or antioxidant treatments

**Friendly™ Aedes**

Scalable enviro-friendly mosquito solution to suppress the disease-carrying *Aedes aegypti*

**AquAdvantage® Salmon**

First engineered food animal approved by US FDA/Health Canada



**INTREXON®**
© 2017 Intrexon Corp. All rights reserved.

*Marketable Products*

# Advantages of the Arctic® Apple



- Arctic® apples drive benefits across the entire supply chain
- Convenience for consumer major driver of value in rapidly growing healthy snack market
- Potential to impact estimated 40% of apples wasted each year

**INTREXON®**
© 2017 Intrexon Corp. All rights reserved.

# Arctic® Non-browning Platform





**Arctic® Apple**

First USDA approved non-browning apple without use of chemical or antioxidant treatments

- ○ **Commercial launch of fresh sliced Arctic® apples in U.S. in Fall of 2017**
  - ○ US sliced apple market estimated at ~$500 million in sales
  - ○ Non-chemical, preservative-free approach to non-browning
  - ○ No change to apple taste or texture
  - ○ Anticipate substantial production cost advantage (up to ~40%) for fresh slice Arctic® apples given no need for preservative coatings
- ○ **Anticipate planting over 250,000 Arctic® apple trees during 2017 and over 500,000 in 2018**
- ○ **Planning for 4 million Arctic® apple trees to be planted by year end 2020**
- ○ **Expanding applications of non-browning platform:**
  - ○ Additional fruits (*cherries, pears and avocados*)
  - ○ Vegetables (*lettuce*)



© 2017 Intrexon Corp.  All rights reserved.

*Marketable Products*

# Friendly™ Aedes





**Friendly™ Aedes**

Scalable enviro-friendly mosquito solution to suppress the disease-carrying *Aedes aegypti*

- ○ **Ongoing geographic expansion in 2017:**
  - ○ *India* – Initiated outdoor caged trials in India to demonstrate the efficacy of Friendly™ mosquitoes in collaboration with Gangabishan Bhikulal Investment and Trading Limited
  - ○ *Colombia* - Announced memorandum of understanding to deploy Friendly™ Aedes in the Comuna 16 region, an area of over 104,000 residents, in the Municipality of Santiago de Cali, Colombia
  - ○ Expect to initiate new deployments for Friendly™ Aedes in multiple new countries including the United States
- ○ **Working to broaden engagements in existing countries for Friendly™ Aedes including:**
  - ○ *Brazil* – Expand into new states/cities/municipalities
  - ○ *Cayman Islands* – Expand to island-wide deployment on Grand Cayman
  - ○ *India* – Move from large cage to open field trials during late 2017 / early 2018



© 2017 Intrexon Corp.  All rights reserved.

*Marketable Products*

# Durable Suppression with Oxitec's Solution

## *Aedes aegypti* wild larvae
(Larvae/trap; 4 weeks average)





**Infestation Map** — Wild larvae per trap (Low / High) — • Ovitraps

### *CECAP/Eldorado Piracicaba, Brazil*

- \>80% suppression of *Aedes aegypti* maintained in second year with release of nearly 60% less Oxitec mosquitoes as compared to year one

- Level of control illustrative of strength and durability of Oxitec's solution and indicative of superiority over conventional approaches

- Favorable public opinion with 93% of citizens supporting Oxitec's solutions (CW7 Market Research Institute survey)



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# AquAdvantage® Salmon





### AquAdvantage® Salmon

First engineered food animal approved by US FDA/Health Canada

- ○ **Advantages of AquAdvantage® platform**
  - ○ Lower production cost driven by faster growth rate and ~25% less feed requirement
  - ○ No vaccines or antibiotics
  - ○ Land-based production enables *"production anywhere"*
  - ○ Potential for lower supply fluctuations and steady prices
- ○ **Intrexon's majority-owned subsidiary AquaBounty Technologies, Inc. (NASDAQ: AQB):**
  - ○ Completed listing on NASDAQ
  - ○ Intrexon distributed special stock dividend to shareholders while maintaining majority ownership in AquaBounty
- ○ **Atlantic salmon market in U.S. estimated at >$2 billion (~50% food service / ~50% direct retail)**
  - ○ Almost all commercially available Atlantic salmon is farmed
  - ○ US alone imports over 200,000 tons of farmed Atlantic Salmon annually



© 2017 Intrexon Corp.  All rights reserved.

*Marketable Products*

# AquAdvantage® Approach in Aquaculture



**$157 Billion**
World Aquaculture Production 2013*

**$2 Billion**
Atlantic Salmon Market in U.S.*

AquAdvantage® approach provides a healthy, more sustainable protein source bringing productivity and environmental benefits to the aquaculture industry including reducing pressure on marine ecosystems.

## Additional high value finfish targets:

- Tilapia ranked within top 3 volume aquaculture species; estimated global production >$2.5 billion

- Targeted homozygous null tilapia demonstrate growth phenotype compared to wild type and increased fillet weight of 53%



Wild Type



Homozygous Null



* Sources: http://www.fao.org/3/a-i4899e.pdf; https://www.ers.usda.gov/data-products/aquaculture-data.aspx

**INTREXON®**
© 2017 Intrexon Corp. All rights reserved.






*Precigen*

# Health – Clinical Development Outlook for 2017

| Indication | Gene/Cell Therapy | Patient # | Phase | *XON Cost* | *XON Economics* |
|---|---|---|---|---|---|
| Recessive Dystrophic EB | FCX-007 | 1,000-2,500 | Phase 1/2 | 0 | 14% Net Sales |
| Recurrent Glioblastoma | Ad-RTS-IL12 | >10,000* | Phase 3 | 0 | 20% Op Profits |
| Adv. Lymphoid Malignancies | Non-viral SB CD19+ CAR T | >80,000* | Phase 1 | 0 | 20% Op Profits |
| Relapsed/Refractory AML | Viral CD33+ CAR T | ~2,000-8,000* | Phase 1 | 0 | 20% Op Profits |



| Indication | Gene/Cell Therapy | Patient # | IND | *XON Cost* | *XON Economics* |
|---|---|---|---|---|---|
| Pediatric Brain Tumors | Ad-RTS-IL12 | >3,000 | IND 1H'2017 | 0 | 20% Op Profits |
| Recurrent Glioblastoma | Ad-RTS-IL12 & Checkpoint | >10,000* | IND 1H'2017 | 0 | 20% Op Profits |
| AML | Off-the-Shelf NK | ~20,000* | IND 2017 | 0 | 20% Op Profits |
| Linear Scleroderma | FCX-013 | ~40,000 | IND 2H'2017 | 0 | 14% Net Sales |
| Oral Mucositis | ActoBiotics AG013 | ~500,000 | IND/P2 2017 | 0 | 12% Net Sales |
| *Clostridium difficile* | Lantibiotics OG716 | ~500,000* | IND 2H'2017 | 0 | 25% Op Profits |
| Solid Tumors | Sleeping Beauty TCR | n/a | IND 2H'2017 | n/a | n/a |
| Wet AMD | AAV-RTS | >1 million | IND 2H'2017 | 50% (JV) | >50% Op Profits |
| T1 Diabetes | ActoBiotics | >1.25 million | IND 2H'2017 | 50% (JV) | 50% Op Profits |
| Cardiac Disease | pXoX Multi-Gene | >20 million | IND 2H'2017 | 75% (Sub) | 75% Op Profits |



Patient population # based on United States only; * Estimated new cases per year

© 2017 Intrexon Corp.  All rights reserved.

*Precigen*

# Next-Gen CAR+ T Platform under RTS® Control

- Intrexon, ZIOPHARM Oncology, and biopharmaceutical business of Merck KGaA advancing unique approach to develop therapeutic candidates for two CAR+ T targets expressed on a wide range of tumor types, including hematologic malignancies and solid tumors

- Distinctive method centers on proprietary RTS® platform to regulate expression of membrane-bound interleukin-15 co-expressed with CARs and *Sleeping Beauty* non-viral gene integration

- IL-15 is key driver of therapeutic effect in CAR+ T therapy*

- RTS® gene switch regulates expression of mbIL15 in CAR-modified T cells, providing a new paradigm in controlling T cells after administration

- Anticipate entering the clinic in 2018

*J Clin Oncol. 2017 Mar 14:JCO2016713024: Lymphoma remissions caused by CD19-specific CAR+ T cells are associated with elevated serum interleukin-15 levels



© 2017 Intrexon Corp.  All rights reserved.



*Precigen*

# Targeting Neoantigens in Solid Tumors

*January 2017*

 

**Targeting Neoantigens in Solid Tumors With TCR-Modified T Cells Using Non-Viral *Sleeping Beauty* System**



ZIOPHARM and Intrexon Announce CRADA with National Cancer Institute (NCI) Utilizing *Sleeping Beauty* System to Generate T cells Targeting Neoantigens

*June 2016*

**Stable, Nonviral Expression of Mutated Tumor Neoantigen-specific T-cell Receptors Using the *Sleeping Beauty* Transposon/Transposase System**

Drew C Deniger[1], Anna Pasetto[1], Eric Tran[1], Maria R Parkhurst[1], Cyrille J Cohen[2], Paul F Robbins[1], Laurence JN Cooper[3,4] and Steven A Rosenberg[1]





*January 2016*

Prospects for gene-engineered T cell immunotherapy for solid cancers

Christopher A Klebanoff, Steven A Rosenberg & Nicholas P Restifo



Nat Med. 2016 Jan;22(1):26-36; Mol Ther. 2016 Jun;24(6):1078-89

© 2017 Intrexon Corp. All rights reserved.




*Precigen*

# Progressing Point-of-Care with CD19 CAR+ T cells

**ZIOPHARM Oncology** Progressing Point-of-Care With CD19-Specific CAR+ T cells

**Producing CAR+RTS-mbIL15+T cells in <2 days**

❶ Leukapheresis
❷ Sleeping Beauty (non-viral) with CAR & RTS-mbIL15
❸ Gene Transfer
❹ Infusion
❺ Expansion & control via RTS-mbIL15
❻ Veledimex

<2 days

**mbIL15 augments antitumor activity of CAR+ T cells\***

mbIL15-CAR+ T cells display potent antitumor activity against CD19+ leukemia

Longitudinal bioluminescent imaging was performed to monitor NALM-6 tumor cell persistence.

**Conditional expression under RTS® gene switch**

mbIL15 expression can be turned ON, OFF and back ON by addition/removal of veledimex, as shown preclinically

Fold Change in mbIL-15 mRNA over CAR only control




\* Proc Natl Acad Sci U S A. 2016 Nov 29;113(48):E7788-E7797 & ASH 2016, Publication Number 2807

**INTREXON**®
© 2017 Intrexon Corp. All rights reserved.

*Precigen*

# Clinical Trials Update

## Intra-tumoral IL-12 RheoSwitch® program (Ad-RTS-hIL-12 + veledimex):

- In collaboration with investigators and regulators, ZIOPHARM assessing protocol design options for pivotal trial of Ad-RTS-hIL-12 + veledimex in recurrent glioblastoma (GBM) and details of pivotal Phase 3 trial will be made available following evaluation and completion of discussions with clinical advisors and regulators

- Update on clinical data from Phase 1 of Ad-RTS-hIL-12 + veledimex for recurrent GBM at ASCO in June

## CAR+ T programs (2nd Gen Non-viral CD19-specific CAR+ T and CD33-specific CAR+ T):

- Continue Phase 1 second-generation *Sleeping Beauty* non-viral clinical study of CD19-specific CAR+ T for lymphoid malignancies

- Initiating Phase 1 study of CD33-specific CAR+ T for relapsed/refractory acute myeloid leukemia (AML) with first patient expected to begin treatment in Q3'2017

## Rare Disease program (FCX-007):

- Collaborator Fibrocell Science, Inc. received fast track designation from FDA for FCX-007 for treatment of recessive dystrophic epidermolysis bullosa (RDEB)

- Announced dosing of first patient in Phase I/II clinical trial of FCX-007 gene therapy in February

- Data from multiple patients treated in the trial are expected in the third quarter



© 2017 Intrexon Corp.  All rights reserved.



# Cardiac Disease: A Significant Unmet Medical Need

*Precigen*

- Angiogenesis
- Cell Homing
- Energetics
- Scar Remodeling

25 Million Patients Worldwide

5 Million Patients in U.S.

Source: http://www.cdc.gov/dhdsp/data_statistics/fact_sheets/fs_heart_failure.htm

 INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

Precigen

# Xogenex's Unique Three-Gene Approach





**Echocardiographic measurements demonstrated reversal of established ADM cardiomyopathy after a single pXoX treatment in rat model**
*** P<0.001**

**Nuclear localization of phosphohistone H3 (PHH3) mitotic marker confirms cardiomyocytes regeneration**



© 2017 Intrexon Corp.  All rights reserved.



Methanotroph Bioconversion Platform (MBP)

Robert Walsh – Senior Vice President, Head of Energy Sector








*Industrial Products Division*

# Natural Gas: Exceptional Source of Carbon

- Natural gas (NG) is one of the cheapest sources of carbon available today

- U.S. EIA estimates over 300 Trillion cubic feet of proven domestic NG reserves

- Use of NG to liquids has been constrained by old technology platforms that require massive capex and substantial NG input to achieve slim margins

Source: Bloomberg, Ministry of Economy, Trade and Industry of Japan

**INTREXON**®
© 2017 Intrexon Corp.  All rights reserved.

# Optimal Biological Factory for NG Bioconversion

- Methanotroph is a unique organism that naturally consumes methane
- Intrexon has built proprietary genetic toolbox for MBP
- Superior industrial-scale production of valuable fuels and chemicals through a single-step fermentation process
- 500-liter pilot production facility in South San Francisco

| Intrexon's Methanotroph Genetic Tools | 2014 | Present |
|---|---|---|
| DNA Transformation | n/a | ✔ |
| DNA Integration & Marker Recycling | n/a | ✔ |
| Multiple Plasmid Vectors | n/a | ✔ |
| Multiple Promoters & Regulatory Elements | n/a | ✔ |
| Advanced Genome Editing | n/a | ✔ |
| 'Omics Technologies | n/a | ✔ |
| High-throughput Strain Construction & Screening | n/a | ✔ |

Natural gas feedstock

Single-step Fermentation

High Value Products



**INTREXON**®
© 2017 Intrexon Corp.  All rights reserved.





# Butadiene: $22B Addressable Market with MBP

**Intrexon's on-purpose butadiene process:**

Natural gas → *Methane bioconversion* → 2,3 butanediol → *Catalytic conversion* → Butadiene

**Butadiene Market:**

- Global demand for butadiene estimated to be 10.8M metric tons per year in 2015, and projected to reach 12.4M tons by 2020. Total market of butadiene is approximately $22B

- Synthetic rubber production accounts for 62% of consumption.

- >95% of butadiene supply comes from byproduct of ethylene production by steam cracking of naphtha.

- The US shale revolution has caused US ethylene producers to switch to the cheaper ethane feedstock, which produces much less butadiene as a co-product.



© 2017 Intrexon Corp. All rights reserved.

26   SOURCE:  ICIS, IHS reports

# MMA: $7B Addressable Market with MBP

**Intrexon's on-purpose MMA process:**



**Methyl methacrylate Market:**

- Methyl methacrylate (MMA) is a $7B market with a price of $1600-$2200/MT.

- The principal application is polymethyl methacrylate acrylic plastics (PMMA).

- PMMA is a resin with high transparency and weather resistance, which makes it an excellent material for lighting equipment, automotive parts, and light diffusion plates for flat panel displays.

- In addition to PMMA, MMA is also used as a comonomer in coatings, adhesives and plastic modifiers.



© 2017 Intrexon Corp. All rights reserved.

27   SOURCE:  ICIS, IHS reports

*Financials*

# First Quarter Financial Performance

| Select Financial Highlights | 1Q 2017 | 1Q 2016 |
|---|---|---|
| Revenues | $53.7 M | $43.4 M |
|     Collaboration and Licensing Revenues | $33.1 M | $24.1 M |
|     Product & Services and Other Revenues | $20.6 M | $19.3 M |
| Adjusted EBITDA | $(7.1) M[*] | $(11.7)[*] |
| Impact of change in deferred revenue related to upfront and milestone payments | $(10.2) M | $13.5 M |
| Basic EPS | $(0.26) | $(0.55) |
| Total Equity & Preferred Stock Securities In Connection With ECCs | $156.1 M | $61.3 M |
| Cash, Cash Equivalents & Short- and Long-Term Investments | $205.2 M | $336.0 M |

\* Non-GAAP financial measure.



© 2017 Intrexon Corp.  All rights reserved.



# Summary



✓ Over 30 collaborations in place capitalizing on our leadership position in the engineering of biology

✓ Strong cash position with $205 million in cash, cash equivalents, and short-term investments, and equity securities and preferred stock valued at $156 million

✓ Developing high value bio-solutions with our collaborators in large established markets with built-in demand

✓ Positioned to deliver meaningful returns to our shareholders through our scalable, capital efficient model and successful execution of current & future opportunities



© 2017 Intrexon Corp.  All rights reserved.

