# EXHIBIT 9

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d)**
**of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): November 9, 2017**

# INTREXON CORPORATION

**(Exact Name of Registrant as Specified in Charter)**

| **Virginia** | **001-36042** | **26-0084895** |
|---|---|---|
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |

**20374 Seneca Meadows Parkway, Germantown, Maryland 20876**
**(Address of Principal Executive Offices) (Zip Code)**

**(301) 556-9900**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name or former address, if changed since last report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2. below):

☐   Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐   Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐   Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐   Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 or Rule 12b-2 of the Securities Exchange Act of 1934.

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02.          Results of Operations and Financial Condition.**

Attached as Exhibit 99.1 is a copy of a press release of Intrexon Corporation, dated November 9, 2017, reporting its financial results for the quarter ended September 30, 2017.

Such information, including the Exhibit attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth by specific reference in such filing.

**Item 7.01.          Regulation FD Disclosure.**

On November 9, 2017, Intrexon Corporation provided slides to accompany its earnings presentation. A copy of the slides is furnished as Exhibit 99.2 hereto.

Such information, including the Exhibit attached hereto, shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, except as shall be expressly set forth by specific reference in such filing.

**Item 9.01.          Financial Statements and Exhibits.**

(d)     Exhibits.

99.1     Press release dated November 9, 2017.

99.2     Slide presentation of Intrexon Corporation, dated November 9, 2017.

2

**EXHIBIT INDEX**

| Exhibit Number | Description |
| --- | --- |
| 99.1 | Press release dated November 9, 2017. |
| 99.2 | Slide presentation of Intrexon Corporation, dated November 9, 2017. |

3

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

Date: November 9, 2017

**INTREXON CORPORATION**

By: /s/ Rick L. Sterling
    Rick L. Sterling
    Chief Financial Officer

4

**Exhibit 99.1**



**Intrexon Announces Third Quarter 2017 Financial Results**

*– Quarterly GAAP revenues of $46.0 million and net loss attributable to Intrexon of $39.7 million
including non-cash charges of $24.0 million –*

*– Adjusted EBITDA of $(16.4) million –*

**GERMANTOWN, MD, November 9, 2017** – Intrexon Corporation (NYSE: XON), a leader in the engineering and industrialization of biology to improve the quality of life and health of the planet, today announced its third quarter financial results for 2017.

**Business Highlights and Recent Developments:**

- Xogenex, a majority-owned subsidiary of Intrexon, filed an Investigational New Drug application with the U.S. Food and Drug Administration for a Phase 1 trial of the gene therapy INXN-4001, the world's first multigene therapeutic candidate expressing proteins from three cardiac effector genes for the treatment of heart disease;

- Intrexon's proprietary methanotroph bioconversion platform continued to increase yield across multiple products including 2,3 butanediol, which increased approximately 15% during the quarter, and isobutanol, which increased 78%;

- Okanagan Specialty Fruits, a wholly-owned subsidiary of Intrexon, recently initiated the first commercial launch of its non-browning Arctic® Golden fresh sliced apples in stores across the mid-West and other regions;

- Collaborator ZIOPHARM Oncology, Inc. (Nasdaq: ZIOP) announced that the first patient has been dosed in a new Phase 1 study of its gene therapy Ad-RTS-hIL-12 + veledimex for the treatment of pediatric brain tumors;

- Collaborator Oragenics, Inc. (NYSE MKT: OGEN) dosed the first patient in its Phase 2 clinical trial of AG013, an ActoBiotics® therapeutic candidate, for the treatment of oral mucositis;

- Collaborator Fibrocell Science, Inc. (NASDAQ: FCSC) reported interim results in its Phase 1/2 clinical trial of its gene therapy FCX-007 for the treatment of recessive dystrophic epidermolysis bullosa with encouraging safety and positive early trends noted in wound healing and pharmacology signals;

- Intrexon Crop Protection announced the achievement of a key milestone in its collaboration with a leading agricultural company on the development of an eco-friendly fall armyworm solution utilizing Oxitec's self-limiting technology, the receipt of a milestone payment, and the continued advancement of the program. Native to the Americas, fall armyworm invaded Africa in 2016 and has rapidly spread to at least 28 countries causing an estimated $13.8 billion in losses of maize, sorghum, rice and sugarcane;

- Oxitec's innovative solution to suppress the diamondback moth (DBM), a major pest of brassica crops that costs farmers over $4 billion yearly in crop losses and control management, began field trials in the U.S. following the Finding of No Significant Impact issued by the U.S. Department of Agriculture. DBM is considered one of the most difficult pests to control because it has become resistant to dozens of chemical insecticides and has also evolved resistance in the field to *Bacillus thuringiensis* (Bt) proteins;

- Intrexon announced a collaboration with Arch Pharmalabs, Ltd. to develop microbial strains for fermentation-based production of an active pharmaceutical ingredient currently sourced from animals; and

- Intrexon entered into a Preferred Stock Equity Facility with an affiliate of Third Security, LLC, a venture capital firm founded by Randal J. Kirk, Intrexon's Chairman and Chief Executive Officer, under which Intrexon may, from time to time at its discretion, sell to the investor up to $100 million of newly issued Series A Redeemable Preferred Stock.

**Third Quarter 2017 Financial Highlights:**

- Total revenues of $46.0 million, a decrease of 6% from the third quarter of 2016;

- Net loss of $39.7 million attributable to Intrexon, or $(0.33) per basic share, including non-cash charges of $24.0 million;

- Adjusted EBITDA of $(16.4) million, or $(0.14) per basic share;

- The net change in deferred revenue related to upfront and milestone payments, which represents the cash and stock received from collaborators less the amount of revenue recognized during the period, was a decrease of $8.6 million compared to a decrease of $1.8 million in the third quarter of 2016; and

- Cash, cash equivalents, and short-term investments totaled $108.7 million, the value of preferred shares totaled $148.5 million, and the value of common equity securities totaled $26.6 million at September 30, 2017.

**Year-to-Date 2017 Financial Highlights:**

- Total revenues of $154.0 million, an increase of 6% over the nine months ended September 30, 2016;

- Net loss of $89.8 million attributable to Intrexon, or $(0.75) per basic share, including non-cash charges of $66.0 million;

- Adjusted EBITDA of $(25.5) million, or $(0.21) per basic share; and

- The net change in deferred revenue related to upfront and milestone payments, which represents the cash and stock received from collaborators less the amount of revenue recognized during the period, was a decrease of $28.2 million compared to a net increase of $127.8 million in the nine months ended September 30, 2016.

"I am proud of our team for its astonishing number of significant accomplishments. We continue our transition from a company with substantial potential to one that is realizing that promise scientifically and commercially," commented Randal J. Kirk, Chairman and Chief Executive Officer of Intrexon. "Four years ago, we were focused almost exclusively on early stage programs but now are engaged in partnering efforts to capitalize on certain of our mature programs, including Methane Bioconversion Platform and Intrexon Crop Protection. We believe that these efforts will allow us to increase our investments in ground-breaking new programs while realizing, sometimes with partners, the available potential of our earlier work.

"Today, for example, with earlier-developed therapeutic candidates moving into Phase 3 and Phase 2 clinical trials, we mark a historic technical achievement in the fight against heart failure with the filing of an IND for the world's first multigenic gene therapy targeting the leading cause of human death. This candidate generated promising safety and efficacy data in large animal models, and we are hopeful that it will greatly improve the prospects for the many patients — 5.7M adults in the U.S. alone — with this grim diagnosis. We shall be introducing additional complex, multigenic therapies into the clinic, both through our partners and on behalf of Precigen, in the near future.

"We see a similar pattern in our Energy and Food portfolios and look forward to developing this in Environment and Consumer as well and so believe that the balance of this year and 2018 will be validating for our strategy and ambition," concluded Mr. Kirk.

**Third Quarter 2017 Financial Results Compared to Prior Year Period**

Total revenues decreased $3.0 million, or 6%, from the quarter ended September 30, 2016. Collaboration and licensing revenues decreased $2.4 million from the quarter ended September 30, 2016 due to a decrease in research and development services for certain of the Company's collaborations as the Company temporarily redeployed certain resources towards supporting prospective new platforms and partnering opportunities. Product revenues decreased $1.6 million, or 17%, primarily due to lower customer demand for cows and live calves. Gross margin on products also decreased in the current period primarily due to customer demand. Service revenues increased $1.3 million, or 15%, due to an increase in the number of bovine in vitro fertilization cycles performed due to higher customer demand. Gross margin on these services was consistent period over period.

Research and development expenses increased $7.4 million, or 26%, due primarily to increases in (i) salaries, benefits and other personnel costs for research and development employees, (ii) depreciation and amortization, (iii) rent and utilities expenses, and (iv) lab supplies and consulting expenses. Salaries, benefits and other personnel costs increased $2.6 million due to an increase in research and development headcount necessary to invest in current or expanding platforms and to develop new prospective collaborations and other partnering opportunities. Depreciation and amortization increased $2.0 million primarily as a result of (i) the amortization of developed technology acquired from Oxitec, which began in November 2016 upon the completion of certain operational and regulatory events, and (ii) the amortization of developed technology acquired from GenVec in June 2017. Rent and utilities expenses increased $1.4 million primarily due to the expansion of certain facilities to support the Company's increased headcount. Lab supplies and consulting expenses increased $1.1 million as a result of (i) the progression of certain programs into the preclinical and clinical phases with certain of Intrexon's collaborators and (ii) the expansion or improvement of certain of the Company's platform technologies. Selling, general and administrative (SG&A) expenses increased $5.5 million, or 16%. Salaries, benefits and other personnel costs increased $2.7 million primarily due to (i) increased headcount to support the Company's expanding operations and (ii) increased stock-based compensation expense resulting from grants to certain of the Company's officers in February 2017. Legal and professional fees increased $0.9 million primarily due to (i) increased legal fees to defend ongoing litigation and (ii) increased fees incurred for business development and prospective partnering efforts.

Total other income, net, increased $1.4 million, or 31%. This increase was primarily attributable to (i) increases in fair market value of the Company's equity securities portfolio and (ii) dividend income from the Company's investments in preferred stock.

Equity in net loss of affiliates, which includes the Company's pro-rata share of the net losses of its investments accounted for using the equity method of accounting, decreased $3.3 million, or 52%. This decrease was primarily due to the temporary redeployment of certain of the Company's resources away from these joint venture programs towards supporting prospective new platforms and additional collaborations.

**Year-to-Date 2017 Financial Results Compared to Prior Year Period**

Total revenues increased $9.0 million, or 6%, over the nine months ended September 30, 2016. Collaboration and licensing revenues increased $7.2 million, or 9%, over the nine months ended September 30, 2016, primarily due to the recognition of deferred revenue associated with the payment received in June 2016 from ZIOPHARM to amend the collaborations between the parties and increased revenues associated with collaborations entered into with the Harvest start-up entities in 2016. Product revenues decreased $2.9 million, or 10%, primarily due to lower customer demand for cows and live calves. Gross margin on products improved in the current period primarily due to a decline in the average cost of cows. Service revenues increased $4.6 million, or 14%, due to an increase in the number of bovine in vitro fertilization cycles performed due to higher customer demand. Gross margin on services decreased slightly in the current period primarily due to an increase in royalties and commissions due to vendors.

Research and development expenses increased $21.4 million, or 26%, due primarily to increases in (i) salaries, benefits and other personnel costs for research and development employees, (ii) lab supplies and consulting expenses, (iii) depreciation and amortization, and (iv) rent and utilities expenses. Salaries, benefits and other personnel costs increased $7.4 million due to an increase in research and development headcount necessary to invest in current or expanding platforms and to develop new prospective collaborations and other partnering opportunities. Lab supplies and consulting expenses increased $6.3 million as a result of (i) the progression of certain programs into the preclinical and clinical phases with certain of Intrexon's collaborators and (ii) the expansion or improvement of certain of the Company's platform technologies. Depreciation and amortization increased $4.3 million primarily as a result of (i) the amortization of developed technology acquired from Oxitec, which began in November 2016 upon the completion of certain operational and regulatory events, and (ii) the amortization of developed technology acquired from GenVec in June 2017. Rent and utilities expenses increased $2.5 million due to the expansion of certain facilities to support the Company's increased headcount. SG&A expenses increased $6.3 million, or 6%. Salaries, benefits and other personnel costs increased $4.2 million primarily due to (i) increased headcount to support the Company's expanding operations and (ii) increased stock-based compensation expense resulting from grants to certain of the Company's officers in February 2017. Legal and professional fees increased $4.7 million primarily due to (i) increased legal fees to defend ongoing litigation, (ii) increased business development and public relations consulting expenses, and (iii) the Company's acquisition of GenVec that was completed in June 2017. These increases were offset by $4.2 million in litigation expenses recorded in the prior period arising from the entrance of a court order in Trans Ova Genetics, L.C.'s trial with XY, LLC.

Total other income (expense), net, increased $66.8 million, or 171%. This increase was primarily attributable to (i) increases in fair market value of the Company's equity securities portfolio, investments in preferred stock and other convertible instruments and (ii) dividend income from the Company's investments in preferred stock.

Equity in net loss of affiliates, which includes the Company's pro-rata share of the net losses of its investments accounted for using the equity method of accounting, decreased $5.7 million, or 33%. This decrease was primarily due to the temporary redeployment of certain of the Company's resources away from these joint venture programs towards supporting prospective new platforms and additional collaborations.

**Conference Call and Webcast**

The Company will host a conference call today Thursday, November 9th, at 5:30 PM ET to discuss the third quarter 2017 financial results and provide a general business update. The conference call may be accessed by dialing 1-888-317-6003 (Domestic US), 1-866-284-3684 (Canada), and 1-412-317-6061 (International) and providing the number 7741944 to join the Intrexon Corporation Call. Participants may also access the live webcast through Intrexon's website in the Investors section at http://investors.dna.com/events.

**About Intrexon Corporation**

Intrexon Corporation (NYSE: XON) is Powering the Bioindustrial Revolution with Better DNA™ to create biologically-based products that improve the quality of life and the health of the planet. Intrexon's integrated technology suite provides its partners across diverse markets with industrial-scale design and development of complex biological systems delivering unprecedented control, quality, function, and performance of living cells. We call our synthetic biology approach Better DNA®, and we invite you to discover more at www.dna.com or follow us on Twitter at @Intrexon, on Facebook, and LinkedIn.

**Non-GAAP Financial Measures**

This press release presents Adjusted EBITDA and Adjusted EBITDA per share, which are non-GAAP financial measures within the meaning of applicable rules and regulations of the Securities and Exchange Commission (SEC). For a reconciliation of these measures to the most directly comparable financial measure calculated in accordance with generally accepted accounting principles and for a discussion of the reasons why the company

believes that these non-GAAP financial measures provide information that is useful to investors see the tables below under "Reconciliation of GAAP to Non-GAAP Measures." Such information is provided as additional information, not as an alternative to Intrexon's consolidated financial statements presented in accordance with GAAP, and is intended to enhance an overall understanding of the Intrexon's current financial performance.

**Trademarks**

Intrexon, Arctic, ActoBiotics, RTS, Powering the Bioindustrial Revolution with Better DNA, and Better DNA are trademarks of Intrexon and/or its affiliates. Other names may be trademarks of their respective owners.

**Safe Harbor Statement**

Some of the statements made in this press release are forward-looking statements that involve a number of risks and uncertainties and are made pursuant to the Safe Harbor Provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based upon Intrexon's current expectations and projections about future events and generally relate to Intrexon's plans, objectives and expectations for the development of Intrexon's business. Although management believes that the plans and objectives reflected in or suggested by these forward-looking statements are reasonable, all forward-looking statements involve risks and uncertainties and actual future results may be materially different from the plans, objectives and expectations expressed in this press release. These risks and uncertainties include, but are not limited to, (i) Intrexon's current and future collaborations and joint ventures; (ii) Intrexon's ability to successfully enter new markets or develop additional products, whether with its collaborators or independently; (iii) actual or anticipated variations in Intrexon's operating results; (iv) actual or anticipated fluctuations in Intrexon's competitors' or its collaborators' operating results or changes in their respective growth rates; (v) Intrexon's cash position; (vi) market conditions in Intrexon's industry; (vii) the volatility of Intrexon's stock price; (viii) Intrexon's ability, and the ability of its collaborators, to protect Intrexon's intellectual property and other proprietary rights and technologies; (ix) Intrexon's ability, and the ability of its collaborators, to adapt to changes in laws or regulations and policies; (x) the outcomes of pending or future litigation; (xi) the rate and degree of market acceptance of any products developed by a collaborator under an ECC or through a joint venture; (xii) Intrexon's ability to retain and recruit key personnel; (xiii) Intrexon's expectations related to the use of proceeds from its public offerings and other financing efforts; (xiv) Intrexon's estimates regarding expenses, future revenue, capital requirements and needs for additional financing; and (xv) Intrexon's expectations relating to its subsidiaries and other affiliates. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Intrexon's actual results to differ from those contained in the forward-looking statements, see the section entitled "Risk Factors" in Intrexon's Annual Report on Form 10-K, as well as discussions of potential risks, uncertainties, and other important factors in Intrexon's subsequent filings with the Securities and Exchange Commission. All information in this press release is as of the date of the release, and Intrexon undertakes no duty to update this information unless required by law.

###

**For more information regarding Intrexon Corporation, contact:**

| **Investor Contact:** | **Corporate Contact:** |
|---|---|
| Christopher Basta | Marie Rossi, Ph.D. |
| Vice President, Investor Relations | Director, Technical Communications |
| Tel: +1 (561) 410-7052 | Tel: +1 (301) 556-9850 |
| investors@intrexon.com | publicrelations@intrexon.com |

**Intrexon Corporation and Subsidiaries**
**Consolidated Balance Sheets**
**(Unaudited)**

| (Amounts in thousands) | September 30, 2017 | December 31, 2016 |
|---|---:|---:|
| **Assets** | | |
| Current assets | | |
| Cash and cash equivalents | $ 64,216 | $ 62,607 |
| Restricted cash | 6,987 | 6,987 |
| Short-term investments | 44,502 | 174,602 |
| Receivables | | |
| Trade, net | 18,134 | 21,637 |
| Related parties | 17,866 | 16,793 |
| Notes, net | — | 1,500 |
| Other | 2,253 | 2,555 |
| Inventory | 17,730 | 21,139 |
| Prepaid expenses and other | 8,052 | 7,361 |
| Total current assets | 179,740 | 315,181 |
| Long-term investments | — | 5,993 |
| Equity securities | 26,642 | 23,522 |
| Investments in preferred stock | 148,499 | 129,545 |
| Property, plant and equipment, net | 102,876 | 64,672 |
| Intangible assets, net | 240,897 | 225,615 |
| Goodwill | 166,821 | 157,175 |
| Investments in affiliates | 22,942 | 23,655 |
| Other assets | 9,844 | 3,710 |
| Total assets | $ 898,261 | $ 949,068 |
| Current liabilities | | |
| Accounts payable | $ 7,852 | $ 8,478 |
| Accrued compensation and benefits | 11,206 | 6,540 |
| Other accrued liabilities | 18,960 | 15,776 |
| Deferred revenue | 48,289 | 53,364 |
| Lines of credit | 234 | 820 |
| Current portion of long term debt | 439 | 386 |
| Deferred consideration | — | 8,801 |
| Related party payables | 816 | 440 |
| Total current liabilities | 87,796 | 94,605 |
| Long term debt, net of current portion | 7,673 | 7,562 |
| Deferred revenue, net of current portion | 227,998 | 256,778 |
| Deferred tax liabilities | 15,868 | 17,007 |
| Other long term liabilities | 5,747 | 3,868 |
| Total liabilities | 345,082 | 379,820 |
| Commitments and contingencies | | |
| Total equity | | |
| Common stock | — | — |
| Additional paid-in capital | 1,370,917 | 1,325,780 |
| Accumulated deficit | (820,554) | (729,341) |
| Accumulated other comprehensive loss | (16,750) | (36,202) |
| Total Intrexon shareholders' equity | 533,613 | 560,237 |
| Noncontrolling interests | 19,566 | 9,011 |
| Total equity | 553,179 | 569,248 |
| Total liabilities and total equity | $ 898,261 | $ 949,068 |

**Intrexon Corporation and Subsidiaries**
**Consolidated Statements of Operations**
**(Unaudited)**

| (Amounts in thousands, except share and per share data) | Three months ended September 30, | | Nine months ended September 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| **Revenues** | | | | |
| Collaboration and licensing revenues | $ 28,155 | $ 30,590 | $ 89,384 | $ 82,144 |
| Product revenues | 7,670 | 9,260 | 25,780 | 28,699 |
| Service revenues | 9,975 | 8,706 | 37,890 | 33,298 |
| Other revenues | 216 | 429 | 899 | 783 |
| Total revenues | 46,016 | 48,985 | 153,953 | 144,924 |
| **Operating Expenses** | | | | |
| Cost of products | 8,001 | 9,156 | 25,625 | 29,471 |
| Cost of services | 7,013 | 5,803 | 21,805 | 17,807 |
| Research and development | 36,472 | 29,035 | 104,663 | 83,266 |
| Selling, general and administrative | 39,277 | 33,812 | 113,258 | 106,956 |
| Total operating expenses | 90,763 | 77,806 | 265,351 | 237,500 |
| Operating loss | (44,747) | (28,821) | (111,398) | (92,576) |
| **Other Income (Expense), Net** | | | | |
| Unrealized and realized appreciation (depreciation) in fair value of equity securities and preferred stock | 2,175 | 412 | 9,240 | (45,388) |
| Interest expense | (138) | (227) | (498) | (759) |
| Interest and dividend income | 5,070 | 4,494 | 14,437 | 5,817 |
| Other income, net | (1,021) | (32) | 4,453 | 1,205 |
| Total other income (expense), net | 6,086 | 4,647 | 27,632 | (39,125) |
| Equity in net loss of affiliates | (2,993) | (6,255) | (11,273) | (16,951) |
| Loss before income taxes | (41,654) | (30,429) | (95,039) | (148,652) |
| Income tax benefit | 818 | 418 | 2,164 | 3,290 |
| Net loss | $ (40,836) | $ (30,011) | $ (92,875) | $ (145,362) |
| Net loss attributable to the noncontrolling interests | 1,147 | 1,029 | 3,123 | 2,887 |
| Net loss attributable to Intrexon | $ (39,689) | $ (28,982) | $ (89,752) | $ (142,475) |
| Net loss per share, basic and diluted | $ (0.33) | $ (0.24) | $ (0.75) | $ (1.21) |
| Weighted average shares outstanding, basic and diluted | 120,518,885 | 118,346,782 | 119,741,291 | 117,785,160 |

**Intrexon Corporation and Subsidiaries**
**Reconciliation of GAAP to Non-GAAP Measures**
**(Unaudited)**

*Adjusted EBITDA and Adjusted EBITDA per share.* To supplement Intrexon's financial information presented in accordance with U.S. generally accepted accounting principles ("GAAP"), Intrexon presents Adjusted EBITDA and Adjusted EBITDA per share. A reconciliation of Adjusted EBITDA to net income or loss attributable to Intrexon under GAAP appears below. Adjusted EBITDA is a non-GAAP financial measure that Intrexon calculates as net income or loss attributable to Intrexon adjusted for income tax expense or benefit, interest expense, depreciation and amortization, stock-based compensation, shares issued as compensation for services, bad debt expense, litigation expense, realized and unrealized appreciation or depreciation in the fair value of equity securities and preferred stock, and equity in net loss of affiliates. Adjusted EBITDA and Adjusted EBITDA per share are key metrics for Intrexon's management and Board of Directors for evaluating the Company's financial and operating performance, generating future operating plans and making strategic decisions about the allocation of capital. Management and the Board of Directors believe that Adjusted EBITDA and Adjusted EBITDA per share are useful to understand the long-term performance of Intrexon's core business and facilitate comparisons of the Company's operating results over multiple reporting periods. Intrexon is providing this information to investors and others to assist them in understanding and evaluating the Company's operating results in a manner similar to how its management and Board of Directors evaluate operating results (except for the impact of the change in deferred revenue related to upfront and milestone payments, which is adjusted in the measures evaluated by management and the Board of Directors as discussed below). While Intrexon believes that its non-GAAP financial measures are useful in evaluating its business, and may be of use to investors, this information should be considered as supplemental in nature and is not meant as a substitute for the related financial information prepared in accordance with GAAP. In addition, these non-GAAP financial measures may not be the same as non-GAAP financial measures presented by other companies. Adjusted EBITDA and Adjusted EBITDA per share are not measures of financial performance under GAAP, and are not intended to represent cash flows from operations nor earnings per share under GAAP and should not be used as an alternative to net income or loss as an indicator of operating performance or to represent cash flows from operating, investing or financing activities as a measure of liquidity. Intrexon compensates for the limitations of Adjusted EBITDA and Adjusted EBITDA per share by using them only to supplement the Company's GAAP results to provide a more complete understanding of the factors and trends affecting the Company's business. Adjusted EBITDA and Adjusted EBITDA per share have limitations as an analytical tool and you should not consider them in isolation or as a substitute for analysis of Intrexon's results as reported under GAAP.

In addition to the reasons stated above, which are generally applicable to each of the items Intrexon excludes from its non-GAAP financial measure, Intrexon believes it is appropriate to exclude certain items from the definition of Adjusted EBITDA for the following reasons:

- Interest expense may be subject to changes in interest rates which are beyond Intrexon's control;

- Depreciation of Intrexon's property and equipment and amortization of acquired identifiable intangibles can be affected by the timing and magnitude of business combinations and capital asset purchases;

- Stock-based compensation expense is a noncash expense and may vary significantly based on the timing, size and nature of awards granted and also because the value is determined using formulas which incorporate variables, such as market volatility;

- Shares issued as compensation for services and bad debt expense are noncash expenses which Intrexon excludes in evaluating its financial and operating performance;

- Unrealized and realized appreciation or depreciation in the fair value of securities which Intrexon holds in its collaborators may be significantly impacted by market volatility and other factors which are outside of the Company's control in the short term and Intrexon intends to hold these securities over the long term, except as otherwise disclosed;

- Equity in net loss of affiliate reflects Intrexon's proportionate share of the income or loss of entities over which the Company has significant influence, but not control, and accounts for using the equity method of accounting. Intrexon believes excluding the impact of such losses or gains on these types of strategic investments from its operating results is important to facilitate comparisons between periods; and

- Litigation expense is an estimate of the net amount due, including prejudgment interest, as a result of the final court order from Trans Ova's trial with XY, LLC. Intrexon believes it has compelling grounds to overturn the adverse rulings of the court order through appellate action and that, as a result, the amount of the damages could be reduced or eliminated.

Furthermore, supplemental information about the impact of the change in deferred revenue related to upfront and milestone payments is provided below. GAAP requires Intrexon to account for its collaborations as multiple-element arrangements. As a result, the Company initially defers certain collaboration revenues because certain of its performance obligations cannot be separated and must be accounted for as one unit of accounting. The collaboration revenues that Intrexon so defers arise from upfront and milestone payments received from the Company's collaborators, which Intrexon recognizes over the future performance period even though the Company's right to such consideration is neither contingent on the results of Intrexon's future performance nor refundable in the event of nonperformance. The supplemental information about the change in deferred revenue removes the noncash revenue recognized during the period and includes the cash and stock received from collaborators for upfront and milestone payments during the period. Management and the Board of Directors consider this information in evaluating Intrexon's operating performance as they believe it permits the quarterly and annual comparisons of the Company's ability to consummate new collaborations or to achieve significant milestones with existing collaborators.

The following table presents a reconciliation of net income (loss) attributable to Intrexon to EBITDA and also to Adjusted EBITDA, as well as the calculation of Adjusted EBITDA per share, for each of the periods indicated:

| | Three months ended September 30, | | Nine months ended September 30, | |
|---|---|---|---|---|
| | 2017 | 2016 | 2017 | 2016 |
| | (In thousands) | | | |
| Net loss attributable to Intrexon | $ (39,689) | $ (28,982) | $ (89,752) | $ (142,475) |
| Interest expense | 122 | 159 | 451 | 615 |
| Income tax benefit | (818) | (418) | (2,164) | (3,290) |
| Depreciation and amortization | 7,866 | 5,858 | 22,502 | 17,292 |
| EBITDA | $ (32,519) | $ (23,383) | (68,963) | (127,858) |
| Stock-based compensation | 12,042 | 10,772 | 31,913 | 30,569 |
| Shares issued as payment for services | 2,730 | 2,595 | 8,440 | 8,284 |
| Bad debt expense | 511 | 426 | 1,093 | 1,609 |
| Litigation expense | — | — | — | 4,228 |
| Unrealized and realized (appreciation) depreciation in fair value of equity securities and preferred stock | (2,175) | (412) | (9,240) | 45,388 |
| Equity in net loss of affiliates | 2,993 | 6,255 | 11,273 | 16,951 |
| Adjusted EBITDA | $ (16,418) | $ (3,747) | $ (25,484) | (20,829) |
| Weighted average shares outstanding, basic and diluted | 120,518,885 | 118,346,782 | 119,741,291 | 117,785,160 |
| Adjusted EBITDA per share, basic and diluted | $ (0.14) | $ (0.03) | $ (0.21) | $ (0.18) |
| Supplemental information: | | | | |
| Impact of change in deferred revenue related to upfront and milestone payments | $ (8,613) | $ (1,811) | $ (28,218) | $ 127,795 |

Exhibit 99.2



Third Quarter 2017 Financial Results and Business Update

November 9, 2017

# Forward-Looking Statements

**Safe Harbor Statement**

Some of the statements made in this presentation are forward-looking statements that involve a number of risks and uncertainties and are made pursuant to the Safe harbor Provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based upon Intrexon's current expectations and projections about future events and generally relate to Intrexon's plans, objectives and expectations for the development of Intrexon's business. Although management believes that the plans and objectives reflected in or suggested by these forward-looking statements are reasonable, all forward-looking statements involve risks and uncertainties and actual future results may be materially different from the plans, objectives and expectations expressed in this presentation. These risks and uncertainties include, but are not limited to, (i) Intrexon's current and future collaborations and joint ventures; (ii) Intrexon's ability to successfully enter new markets or develop additional products, whether with its collaborators or independently; (iii) actual or anticipated variations in Intrexon's operating results; (iv) actual or anticipated fluctuations in Intrexon's competitors' or its collaborators' operating results or changes in their respective growth rates; (v) Intrexon's cash position; (vi) market conditions in Intrexon's industry; (vii) the volatility of Intrexon's stock price; (viii) Intrexon's ability, and the ability of its collaborators, to protect Intrexon's intellectual property and other proprietary rights and technologies; (ix) Intrexon's ability, and the ability of its collaborators, to adapt to changes in laws or regulations and policies; (x) the outcomes of pending and future litigation; (xi) the rate and degree of market acceptance of any products developed by Intrexon or its collaborators; (xii) Intrexon's ability to retain and recruit key personnel; (xiii) Intrexon's expectations related to the use of proceeds from its public offerings and other financing efforts; (xiv) Intrexon's estimates regarding expenses, future revenue, capital requirements and needs for additional financing; and (xv) Intrexon's expectations relating to its subsidiaries and other affiliates. For a discussion of other risks and uncertainties, and other important factors, any of which could cause Intrexon's actual results to differ from those contained in the forward-looking statements, see the section entitled "Risk Factors" in Intrexon's Annual Report on Form 10-K, as well as discussions of potential risks, uncertainties, and other important factors in Intrexon's subsequent filings with the Securities and Exchange Commission. All information in this presentation is as of the date of the release, and Intrexon undertakes no duty to update this information unless required by law.

**Non-GAAP Financial Measures**

This presentation presents Adjusted EBITDA, which is a non-GAAP financial measure within the meaning of applicable rules and regulations of the Securities and Exchange Commission (SEC). For a reconciliation of Adjusted EBITDA to net loss attributable to Intrexon in accordance with generally accepted accounting principles and for a discussion of the reasons why the company believes that these non-GAAP financial measures provide information that is useful to investors see the tables below under "Reconciliation of GAAP to Non-GAAP Measures." Such information is provided as additional information, not as an alternative to Intrexon's consolidated financial statements presented in accordance with GAAP, and is intended to enhance an overall understanding of the Company's current financial performance.

© 2017 Intrexon Corp. All rights reserved. Intrexon Corporation is sharing the following materials for informational purposes only. Such materials do not constitute an offer to sell or the solicitation of an offer to buy any securities of Intrexon. Any offer and sale of Intrexon's securities will be made, if at all, only upon the registration and qualification of such securities under all applicable federal and state securities laws or pursuant to an exemption from such requirements. The attached information has been prepared in good faith by Intrexon. However, Intrexon makes no representations or warranties as to the completeness or accuracy of any such information. Any representations or warranties as to Intrexon shall be limited exclusively to any agreements that may be entered into by Intrexon and to such representations and warranties as may arise under law upon distribution of any prospectus or similar offering document by Intrexon.



© 2017 Intrexon Corp. All rights reserved.

INTREXON®

**Business Update**

Andrew Last, Ph.D. – Chief Operating Officer

# Expanding Biotechnology's Reach and Impact



**Health**
- Gene and cell therapies targeting numerous disease indications including cancer, cardiac disease, rare disorders, among others
- Bio-effectors for human/animal health
- APIs and enzymes

**Food**
- Non-browning fruits and vegetables
- High-throughput plant regeneration
- Bovine reproduction
- Aquaculture

**Energy**
- Fuels & chemicals
- Lubricants

**Biotech 2.0**
INTREXON®

**Consumer**
- Skincare

**Environment**
- Insect control
- Crop protection
- Flowering control

Representative list of target markets for collaborations/subsidiaries; not complete list



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# Changing the Treatment Paradigm in CAR-T Therapy

## Viral CART

CAR-T integration/delivery into patients using time-consuming and costly method

*Time to treat patients 16 to 29 days*



## Non-Viral CART

CAR-T integration/delivery into patients using fast and cost effective method

*Time to treat patients less than 2 days*





INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

# Advancing Point-of-Care CAR-T



**Sleeping Beauty CAR**



**Sleeping Beauty POC-mbIL15-CAR**

*CAR engagement provides T-cell activation and co-stimulation signals while mbIL15 provides a 3rd stimulatory signal*

Advancing Point-of-Care (POC) *Sleeping Beauty (SB)* CAR+ mbIL15+ Switch+ T cells administered in less than 2 days into patients

POC solutions will help lower cost and expand access to innovative CAR T-cell therapies

Anticipate entering clinic in 2018



Potent anti-tumor activity of P-O-C mbIL15 CAR+ T cells[*]



6    *ASH 2016, Publication 2807 - POC CAR generated with SB and administered in <2 days against CD19+ leukemia in mouse models

**INTREXON**®

© 2017 Intrexon Corp.  All rights reserved.

# Collaborations for Non-viral CARs & TCRs



### CARs:

- Utilizing *Sleeping Beauty* non-viral gene integration and RTS® platform to regulate expression of mbIL15 co-expressed with CARs
- Two selected CAR targets are expressed on a wide range of cancers
- Anticipate entering clinic in 2018



### TCRs:

- CRADA with NCI and Dr. Steven Rosenberg for the development of ACT-based immunotherapies genetically modified using *Sleeping Beauty* system
- Express neoantigen-specific TCRs to develop immunotherapies for patients with solid tumors
- Anticipate IND filing in Q1 2018



© 2017 Intrexon Corp. All rights reserved.

# Precigen: Biotech 2.0 Platform for Human Health



- Precigen will utilize Intrexon's world leading platform to build next-gen therapeutic products faster and cost effectively

- Broad pipeline of clinical and pre-clinical programs, both partnered and un-partnered

- Expansion of internal portfolio into various therapeutic areas with initial focus on combinatorial approaches

- Leading position in single and multigene programming with limited off-target effects

Representative list of areas; not complete list



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# Heart Disease – High Unmet Need

Xogenex* has developed a multigene cardiac disease therapy expressing proteins from three cardiac effector genes involved in heart failure

*IND filed November 2017*



**25 Million**
Patients with heart failure worldwide

Heart Disease is
**#1 cause of death** in the US.

**610,000**
People in the US die of heart disease each year

**5 Million**
Patients in U.S.

**1 in every 6**
health care dollars is spent on cardiovascular disease

**$317 billion**
Health care costs and lost productivity in 2011



**INTREXON**®

9  *Xogenex is a majority-owned subsidiary of Intrexon; Stats: Ambrosy *et al. J Am Coll Cardiol* (2014) 63:1123–1133; CDC; Million Hearts   © 2017 Intrexon Corp.  All rights reserved.

# Innovative Multigene Approach to Cardiac Disease





## Favorable Pre-clinical Data:

- Demonstrated reversal of established cardiac disease in rat model after a single pXoX treatment (** *P<0.001*)

- Mitotic marker confirmed regeneration of cardiomyocytes



© 2017 Intrexon Corp.  All rights reserved.

# T1D Partners – ActoBiotics® Therapeutics for Type 1 Diabetes

**ActoBiotics® based antigen-specific immunotherapy to treat type 1 diabetes**

*Expect to file IND in early 2018*



**Pre-clinical animal models show remission rates of 80-90% in new onset diabetic mice***



Therapy for **early-stage patients** before becoming insulin-dependent; also applicable in **late-stage patients**



## 1.25 million

**children + adults** affected in the U.S. alone



## $14 billion

Estimated treatment market by 2023

*Takiishi *et al. Diabetes* (2017) 66: 448-459.Stats - http://www.diabetes.org; Market Research reports



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# Clinical Development Outlook

| Indication | Gene/Cell Therapy | Patient # | Phase |
|---|---|---|---|
| Recurrent Glioblastoma | Ad-RTS-IL12 | >10,000* | Phase 3** |
| Oral Mucositis | ActoBiotics AG013 | ~500,000 | Phase 2 |
| Recessive Dystrophic EB | FCX-007 | 2,500 | Phase 1/2 |
| Adv. Lymphoid Malignancies | Sleeping Beauty CD19+ CAR T | >80,000* | Phase 1 |
| Relapsed/Refractory AML | Viral CD33+ CAR T | <8,000* | Phase 1 |
| Pediatric Brain Tumors | Ad-RTS-IL12 | >3,000 | Phase 1 |
| Recurrent Glioblastoma | Ad-RTS-IL12 & Checkpoint | >10,000* | Phase 1** |



| Indication | Gene/Cell Therapy | Patient # | IND |
|---|---|---|---|
| Cardiac Disease | pXoX Multi-Gene | >20 million | IND Filed in November 2017 |
| Linear Scleroderma | FCX-013 | ~40,000 | Q4 2017 |
| T1 Diabetes | ActoBiotics | >1.25 million | Q1 2018 |
| Solid Tumors | Sleeping Beauty TCR | n/a | Q1 2018 |
| Friedreich's ataxia | Adeno-associated Virus | ~5,000-10,000 | Q1 2018 |
| Adv. Lymphoid Malignancies | Sleeping Beauty CD19+ POC CAR T | >80,000* | 2018 |
| Liquid and/or Solid Tumors | Sleeping Beauty CAR T | n/a | 2018 |

Patient population # based on US only; * Estimated new cases per year; **ZIOPHARM plans to initiate pivotal trial in Q4 2017



INTREXON®
© 2017 Intrexon Corp. All rights reserved.

# Broad Application of Innovative Arctic® Solution



**45%**
**FRUIT & VEGETABLES**
**FOOD LOSSES**

Along with roots and tubers, fruit and vegetables have the highest wastage rates of any food products; almost half of all the fruit and vegetables produced are wasted.

**3.7 Trillion Apples**

- Agriculture
- Distribution
- Processing
- Post-harvest
- Consumption

- Almost half of all fruits and vegetables are wasted

- Unique Arctic Advantage™ solution creates benefits for commercial tree fruit varieties & vegetables across the entire supply chain – from growers to consumers – reducing food waste

- First target is apples, 40% of which are wasted - much from superficial bruising & browning



Conventional Golden | Arctic® Golden | Conventional Granny | Arctic® Granny

13    FAO - http://www.fao.org/save-food/resources/keyfindings/infographics/fruit/en/

**INTREXON®**
© 2017 Intrexon Corp. All rights reserved.

# Commercial Launch Underway



## US Commercial launch of fresh sliced Arctic® apples underway in Q4'2017

*Non-chemical, preservative-free approach to non-browning*

*No change to apple taste/texture*

*Fresh sliced apple market in US estimated at ~$500 million in sales*



© 2017 Intrexon Corp. All rights reserved.

# Large Market Opportunity in Fruits & Vegetables

Arctic® fresh sliced apples represent Intrexon's initial non-browning product launch into the commercial marketplace:



**Projected outlook for Arctic® fresh apple slices**

**2020**
$20 million sales

**2022**
$100 million sales
>50% GMs

**2026**
$500 million sales
>50% GMs
$200 million EBITDA

Non-browning fruits & vegetables under development at Intrexon:

Avocados          Pears          Cherries          Lettuce





**INTREXON**®
© 2017 Intrexon Corp. All rights reserved.

# ICP: Targeted Biological Control of Ag Pests

**Intrexon Crop Protection Achieves Milestone in Development of Pioneering Self-Limiting Fall Armyworm Solution**
October 2017

**Destructive march of fall armyworm across Africa since arrival in 2016**



Confirmed presence of FAW

Suspected presence/awaiting confirmation

**28 COUNTRIES** Confirmed presence

**$14 BILLION** Estimated loss of maize, sorghum, rice, and sugarcane as of Apr 2017

**UP TO 67% CROP LOSS** Due to fall armyworm in Ghana alone

**Oxitec's Innovative Solution to Tackle Growing Diamondback Moth Pest Issue Begins Field Trials**
September 2017


**USDA** Animal and Plant Health Inspection Service
**Finding of No Significant Impact**


DBM is highly invasive pest resistant to many insecticides and *Bt* crops. DBM costs farmers over $4 billion annually

Diamondback moth damage on cauliflower in India

Diamondback moth damage on cabbage in NY State

CABI Fall Armyworm Statistics - 2017; Zalucki *et al. Journal of Economic Entomology (2012)* 105: 1115-1129.

**INTREXON**
© 2017 Intrexon Corp. All rights reserved.

# Rising Resistance - Enormous Challenge in Crop Protection

## THE RISE OF RESISTANCE

The number of pests (including insect and plant species) resistant to at least one form of synthetic pesticide has been steadily on the rise for decades, as has the cost of developing such chemicals.





Over $16 Billion spent annually on insecticides

10% - 16% global food production lost in major crops to insect crop damage



Over $15 Billion spent annually on fungicides

13% - 15% global food production lost in major crops to fungal pathogens

17   When Pesticides Run Out, Borel, 2017; EPA, Pesticides Industry Sales and Usage 2008-2012



INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

# Strong Suppression Results with Our Eco-Friendly Solution



*J Econ Entomol 105: 1115-1129; J Appl Entomol 137: 1–15; PLOS ONE 10: e0126702; https://www.nimss.org/projects/view/mrp/outline/18372; ICP estimates; Harvey-Samuel et al. BMC Biology (2015) 13: 49; Ant et al. (2012) BMC Biology; Trials conducted in collaboration with Universities of Oxford & Crete.

INTREXON®
© 2017 Intrexon Corp.  All rights reserved.

# Friendly™ Aedes – A Biopesticide for Mosquitoes





Our Friendly™ Aedes solution shows superior control of wild Aedes aegypti, an invasive species found in over 125 countries and a primary vector for transmitting dangerous arboviruses including dengue, Zika, yellow fever and chikungunya, which presents numerous challenges for current control methods

- **Regulatory designation as a biopesticide in Oct 2017**
  - o Jurisdiction transferred to Environmental Protection Agency (EPA) based on new guidance issued by the U.S. Food and Drug Administration's Center for Veterinary Medicine
  - o Preparing to submit application to the EPA

- **Ongoing geographic expansion in 2017**
  - o *Brazil* – Second Brazil contract announced in Juiz de Fora; first contract in the Minas Gerais state
  - o *India* – Outdoor caged trials to demonstrate efficacy of Friendly™ mosquitoes on schedule to be completed in Q4'2017
  - o Expect to initiate new deployments in existing & new regions

- **Technology recognized for innovation and impact**
  - o Received the Empreendetec award recognizing results of Oxitec's technology and its contribution to the Piracicaba community and Brazil



© 2017 Intrexon Corp. All rights reserved.

# Intrexon's Methane Bioconversion Platform (MBP)



*Replaces costly, energy-intensive processes*



*Fulfills demand for cleaner burning fuels*



*Offsets negative eco-impact from gas flaring*

**Intrexon has developed disruptive MBP technology enabling profitable use of natural gas to produce high value industrial products via fermentation**

→ MBP has achieved six different high value chemicals with a total addressable market that exceeds $100 billion

→ Commercially relevant yields for 2,3 Butanediol and isobutyraldehyde attained

→ Moelis & Co engaged to advise on strategic/financial options for MBP and its products



**INTREXON**®
© 2017 Intrexon Corp.  All rights reserved.

# 2,3 Butanediol (BDO) and Isobutanol Progress Update



**Market Size: c.$22bn**

*Intrexon's on-purpose 2,3 BDO process anticipated to have COGS sub $1,000 per metric ton*

## 2,3 BDO

- Yield increased by 15% during Q3 reaching over 60% of first commercial scale plant target
- Commercial robustness of strain demonstrated with continuous production runs >400 hours
- Purity >99% for 2,3 BDO produced in 500 liter pilot plant
- Site selection for small scale 2,3 BDO plant underway and expect construction to begin in 2018



**Market Size: c.$80bn**

## Isobutanol

- Increased yield by 78% during 3Q



© 2017 Intrexon Corp.  All rights reserved.

21    ICIS, HIS Reports

# Third Quarter Financial Performance

| Select Financial Highlights | 3Q 2017 | 3Q 2016 |
|---|---|---|
| Revenues | $46.0 M | $49.0 M |
| Collaboration and Licensing Revenues | $28.1 M | $30.6 M |
| Product & Services and Other Revenues | $17.9 M | $18.4 M |
| Adjusted EBITDA | $(16.4) M* | $(3.7) M* |
| Impact of change in deferred revenue related to upfront and milestone payments | $(8.6) M | $(1.8) M |
| Basic EPS | $(0.33) | $(0.24) |
| Total Equity & Preferred Stock Securities In Connection With ECCs | $175.1 M | $163.1 M |
| Cash, Cash Equivalents, and Short- and Long-Term Investments | $108.7 M | $280.7 M |

\* Non-GAAP financial measure.



© 2017 Intrexon Corp.  All rights reserved.

