# EXHIBIT 23

**Table of Contents**

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# FORM 10-Q

☒    **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the quarterly period ended June 30, 2020**

**OR**

☐    **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to .**

**Commission File Number: 001-36042**

# PRECIGEN, INC.
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Virginia** | **26-0084895** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |
| **20374 Seneca Meadows Parkway** | |
| **Germantown, Maryland** | **20876** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**(301) 556-9900**
**(Registrant's telephone number, including area code)**

**N/A**
**(Former name, former address and former fiscal year, if changed since last report date)**

Securities registered pursuant to Section 12(b) of the Exchange Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, no par value | PGEN | Nasdaq Global Select Market |

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes ☒ No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | | |
|---|---|---|---|---|
| Large accelerated filer | ☒ | Accelerated filer | | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | | ☐ |
| | | Emerging growth company | | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No ☒

Table of Contents

**9.**
**Property, Plant and Equipment, Net**

Property, plant and equipment consist of the following:

| | June 30, 2020 | | December 31, 2019 | |
|---|---|---|---|---|
| Land and land improvements | $ | 9,814 | $ | 9,814 |
| Buildings and building improvements | | 11,765 | | 11,765 |
| Furniture and fixtures | | 1,293 | | 1,315 |
| Equipment | | 47,456 | | 54,448 |
| Leasehold improvements | | 9,016 | | 12,821 |
| Breeding stock | | 5,587 | | 5,191 |
| Computer hardware and software | | 8,922 | | 9,434 |
| Construction and other assets in progress | | 4,799 | | 5,313 |
| | | 98,652 | | 110,101 |
| Less: Accumulated depreciation and amortization | | (51,696) | | (49,132) |
| Property, plant and equipment, net | $ | 46,956 | $ | 60,969 |

Depreciation expense was $
2,900 and $2,932 for the three months ended June 30, 2020 and 2019, respectively, and $5,831 and $6,110 for the six months ended June 30, 2020 and 2019, respectively.

During the three months ended June 30, 2020, the Company suspended MBP Titan's operations. As a result, the Company reviewed the related property, plant and equipment and right-of-use assets for impairment. Based on the estimated undiscounted cash flows, the Company determined that the related asset values were not fully recoverable and calculated estimated fair values using market participant assumptions and discounted cash flow models. The estimated fair values were lower than the carrying values, and the Company recorded impairment losses of $9,914 related to property, plant, and equipment and $2,492 related to the right-of-use assets, which are included in impairment of assets on the accompanying condensed consolidated statements of operations.

**10.**
**Goodwill and Intangible Assets, Net**

The changes in the carrying amount of goodwill for the six months ended June 30, 2020 were as follows:

| | | |
|---|---|---|
| **Balance at December 31, 2019** | $ | 63,754 |
| Impairment | | (9,635) |
| Foreign currency translation adjustments | | 3 |
| **Balance at June 30, 2020** | $ | 54,122 |

The Company had $
53,278 and $43,643 of cumulative impairment losses as of June 30, 2020 and December 31, 2019, respectively.

During the three and six months ended June 30, 2020, the Company recorded $9,635 of goodwill impairment in conjunction with the suspension of MBP Titan's operations. The Company estimated the fair value of MBP Titan using discounted cash flows and determined that the carrying value exceeded its estimated fair value, resulting in the impairment charge.

28

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned thereunto duly authorized.

|  |  |  |
|---|---|---|
|  | **Precigen, Inc.** |  |
|  | (Registrant) |  |
| Date: August 10, 2020 | By: | /s/ Rick L. Sterling |
|  |  | Rick L. Sterling |
|  |  | *Chief Financial Officer* |
|  |  | (Principal Financial and Accounting Officer) |

66