United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al., | Case No. 20-cv-06936-BLF |
| Plaintiffs, | |
| v. | **ORDER STRIKING MOTION TO DISMISS FOR NONCOMPLIANCE WITH STANDING ORDER WITH LEAVE TO REFILE A CORRECTED VERSION** |
| PRECIGEN, INC., et al., | |
| Defendants. | |

The Court hereby STRIKES Defendants' motion to dismiss at ECF No. 93, with leave to refile a corrected version, for failure to comply with this Court's Standing Order. *See* Standing Order for Civil Cases § IV.F ("Footnotes shall not be used to cite to legal authorities or evidence. **All citations to legal authorities or evidence shall be in the body of the brief.** … In general, no more than 5 footnotes per brief should be necessary.") (emphasis added).  Defendants SHALL file a corrected version **on or before November 5, 2021**.

     **IT IS SO ORDERED.**

Dated:  November 1, 2021

_____
BETH LABSON FREEMAN
United States District Judge