UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO.: 5:20-cv-06936-BLF<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' CORRECTED MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Hon. Beth Labson Freeman |

Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, Rick L. Sterling, and Andrew J. Last have moved this Court for an order dismissing plaintiffs' Second Amended Class Action Complaint, ECF No. 88, pursuant to Federal Rules of Civil Procedure 8, 9(b), and 12(b)(6), and the Private Securities Litigation Reform Act of 1995.  Defendant Robert F. Walsh III has joined in the motion.  Having considered the moving and reply papers, all papers in opposition, the arguments of counsel, the pleadings and filings in this action, and all other matters properly before the Court, the Court takes judicial notice of Exhibits 1 – 36 of the Declaration of Jerome F. Birn, Jr. in Support of Defendants' Corrected Motion to Dismiss Plaintiff's Second Amended Class Action Complaint and grants the Defendants' Motion to Dismiss in its entirety without leave to amend.  The Second Amended Complaint is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

Dated:

_____
HON. BETH LABSON FREEMAN
United States District Judge