# EXHIBIT 25

**S&P Global**
Market Intelligence

# Intrexon Corporation NasdaqGS:XON FQ4 2016 Earnings Call Transcripts

## Wednesday, March 01, 2017 10:30 PM GMT

### S&P Global Market Intelligence Estimates

| | -FQ4 2016- | | | -FQ1 2017- | -FY 2016- | | | -FY 2017- |
|---|---|---|---|---|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS | CONSENSUS | ACTUAL | SURPRISE | CONSENSUS |
| **EPS Normalized** | (0.22) | (0.26) | NM | (0.16) | (1.64) | (1.06) | NM | (0.64) |
| **Revenue (mm)** | 52.49 | 46.00 | ▼ (12.36 %) | 52.77 | 197.42 | 190.93 | ▼ (3.29 %) | 247.73 |

Currency: USD
Consensus as of  Feb-14-2017 1:45 PM GMT



**Stock Price [USD] vs. Volume [mm] with earnings surprise annotations**

| - EPS NORMALIZED - | | | |
|---|---|---|---|
| | CONSENSUS | ACTUAL | SURPRISE |
| **FQ1 2016** | (0.16) | (0.13) | NM |
| **FQ2 2016** | (0.28) | (0.42) | NM |
| **FQ3 2016** | (0.17) | (0.25) | NM |
| **FQ4 2016** | (0.22) | (0.26) | NM |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

**2**

# Table of Contents

| | | |
|---|---|---|
| **Call Participants** | .......................................................................... | **3** |
| **Presentation** | .......................................................................... | **4** |
| **Question and Answer** | .......................................................................... | **11** |

COPYRIGHT © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Call Participants

## EXECUTIVES

**Andrew J. Last**
*Former Chief Operating Officer*

**Christopher Basta**
*Former Vice President of Investor Relations*

**Geno J. Germano**
*Former President*

**Joel D. Liffmann**
*Former Senior Vice President of Finance*

**Randal J. Kirk**
*Chairman & CEO*

## ANALYSTS

**Derik De Bruin**
*BofA Merrill Lynch, Research Division*

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

**Keith Albert Markey**
*Griffin Securities, Inc., Research Division*

**Robert Paul Breza**
*Northland Capital Markets, Research Division*

**Ryan Michael MacDonald**
*Wunderlich Securities Inc., Research Division*

**Thomas Eugene Shrader**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

**Tycho W. Peterson**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Operator**

Good afternoon, and welcome to the Intrexon Corporation Fourth Quarter and Full Year 2016 Conference Call. [Operator Instructions] Please note, this event is being recorded.

I would now like to turn the conference over to Christopher Basta. Please go ahead.

**Christopher Basta**
*Former Vice President of Investor Relations*

Good afternoon. I am Chris Basta, Vice President of Investor Relations for Intrexon Corporation. Welcome to our fourth quarter and full year 2016 earnings conference call. Joining me on the call today are Mr. Randal Kirk, Chairman and Chief Executive Officer; Mr. Geno Germano, President; Dr. Andrew Last, Chief Operating Officer; and Mr. Joel Liffmann, Senior Vice President, Finance.

Slides that will presented on the call today can be viewed on the Events/Conferences page in the Investors section of our website, dna.com, by clicking on the link for Intrexon Corporation Fourth Quarter and Full Year 2016 Financial Results Conference Call.

During this conference call, we will make various forward-looking statements within the meaning of the safe harbor provisions of the United States Private Securities Litigation Reform Act of 1995. Investors are cautioned that such forward-looking statements with respect to revenues, earnings, performance, strategies, prospects and other aspects of Intrexon's business are based on current expectations and are subject to risks and uncertainties.

A number of factors could cause actual results or outcomes to differ materially from those indicated by such forward-looking statements. Please read the safe harbor statement contained in the earnings press release, which was released earlier today and is also available on our website under the Investors link as well as Intrexon's most recent SEC filings for a more complete description.

The press release references and our discussion this afternoon may reference certain non-GAAP financial measures, including adjusted EBITDA and adjusted EBITDA per share. Reconciliations to GAAP measures are contained in the earnings press release as well as on the Investors section on our website.

Now I would like to turn the call over to Geno Germano, Intrexon's President. Geno, the floor is yours.

**Geno J. Germano**
*Former President*

Thank you, Chris, and good afternoon, everyone. Thank you for joining our fourth quarter and full year 2016 earnings call. We sincerely appreciate your support and interest in the company. Earlier today, we issued our earnings press release and filed our 10-K with the SEC. I hope you've had some chance to review the reported financial results.

During the quarter, our team continued to deliver solid progress across many of our 30-plus collaborations. We furthered the commercial activities of our subsidiaries and advanced several of our marketable products. I'm going to begin my comments updating you on Intrexon's marketable products portfolio and then move on to a discussion of the outlook of our health sector and then turn things over to Andy to discuss our divisions on some exciting development projects that are underway there. And finally, Joel will cover our financials.

So starting off with our marketable products portfolio. As detailed on Slide 4 of the presentation, we saw progress on both the regulatory and production fronts with our Friendly mosquitoes, our Arctic apples as well as the AquAdvantage Salmon during 2016.

From a regulatory perspective, we're pleased to see additional approvals for our Arctic brand from the USDA and ended the year with commercial pathways for 3 leading apple varieties: the Granny Smith, the

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Golden Delicious and the Fuji and we have others on the way. Our salmon also saw regulatory approval from Health Canada, opening a large -- our second large consumer market for AquAdvantage Salmon. Finally, our mosquitoes received support from leading organizations globally, including the World Health Organization, Anvisa in Brazil and the FDA.

On the production front, we achieved our first commercial harvest of Arctic apples and planted approximately 70,000 more Arctic trees. We completed construction of our first large mosquito facility with the capacity to create 3 billion Friendly mosquitoes annually. And AquaBounty added a plant in Canada to assist in scaling production capacity.

Moving on to our outlook for 2017 for Oxitec. We believe we have the best vector control solution to combat what is now increasingly recognized as the most dangerous mosquito species known to man, the Aedes aegypti mosquito. We anticipate expanding our engagements in existing countries, including Brazil and the Cayman Islands. We're also intensely focused on initiating new contracts in the United States and additional countries.

One recent development on regional expansion is the commencement of large-scale trials in India. Under our current plan, we anticipate moving to open field trials in late 2017 or early 2018, paving the path to a large commercial opportunity there. To put the size of the Indian market into perspective, consider that dengue alone, not including Zika or the recent outbreak of chikungunya, infects an estimated 5.8 million people in India annually with costs exceeding $1 billion a year.

In the Cayman Islands, the Cayman's government recently issued a statement on the ongoing Friendly Aedes project there, detailing strong results and noting that the program is firmly on track. As a reminder, this is the first phase of an anticipated island-wide treatment that began in July 2016.

In Brazil, the continued success of our programs is very encouraging. The positive results are exemplified by the overwhelming support of 92% of the community in recent polls and are also increasingly being recognized across the country with additional regions -- through additional regions, sorry. Based on our business development pipeline, we anticipate the egg capacity in our Piracicaba factory may be fully spoken for with new contracts in 2017.

In summary, we expect ongoing negotiations to lead to broader adoption of Oxitec solution, and we have begun discussions to build our first large-scale egg factory to efficiently cover global expansion.

Okanagan Specialty Fruits is set to begin its first commercial rollout of fresh-sliced Arctic apples in the fall of 2017. In our view, the consumer benefits to this unique product will drive a significant inflection in the adoption of sliced apples and apple products. We believe this business can eventually reach $1 billion per year in revenue, with attractive margins and return on investment. We have 300,000 trees under contract to be planted this year and over 500,000 more for 2018. Importantly, we expect the Arctic apple will have a meaningful margin advantage over currently sliced apple products because we eliminate the chemicals and production costs for preservative coatings.

AquaBounty is now a U.S.-listed company and is well positioned to pursue a substantial aquaculture opportunity. As we discussed on our last call in November, production of AquAdvantage Salmon in land-based tanks not only avoids the excessive use of antibiotics and vaccines in farming Atlantic Salmon, but also avoids exposure to ocean-based parasites such as sea lice, commonly affect fish grown in the sea cages.

AquAdvantage Salmon will be raised and controlled indoor environment with a predicable production schedule. This solution offers a high-quality product, which can be produced closer to consumers than salmon imported from Chile and Norway. All of these characteristics are attractive to sellers in the multibillion-dollar Atlantic Salmon market. AquaBounty has recently been approved by a number of large distributors -- or sorry, AquaBounty has already been approached by a number of large distributors and have positive discussions with retailers as well.

AquaBounty and Intrexon are highly engaged in site selection discussions, and we expect AquaBounty to solidify a site and begin construction of its first land-based RAS system in the United States this year.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Now moving on to our health sector. Now we experienced some timing disappointments in 2016 with several milestones, but still achieved solid progress across most programs. At the forefront, with the encouraging overall survival data from ZIOPHARM, and its lead-gene therapy candidate, Ad-RTS-IL12 in recurring glioblastoma.

These data are especially exciting, considering they represent a clear demonstration of utility of Intrexon's RheoSwitch technology, which we believe has the potential for broad utility in oncology and many other therapeutic applications. As you are likely aware, ZIOPHARM has also been driving an effort to reduce the time and costs associated with manufacturing and delivery of CAR-T cells, with the goal of making them a bedside point-of-care option for cancer patients. They have recently reported progress in this endeavor and presented promising early data with the achievement of a complete response in a Phase I trial utilizing a second-generation Sleeping Beauty design.

Additionally, at the preclinical stage, ZIOPHARM shared some exciting data on third-generation Sleeping Beauty CAR-T cells, co-expressing a CD19-specific CAR and membrane-bound IL-15, which achieved production time of less than 2 days and resulted in impressive antitumor effects in this mouse model of leukemia. This short production time highlights the potential of nonviral approaches versus viral approaches in CAR-T and other ex vivo cell therapies from a manufacturing perspective.

In rare diseases, our collaborator, Fibrocell, initiated a Phase I/II trial with FCX-007 gene therapy for the ultra-orphan indication of recessive dystrophic epidermolysis bullosa or RDEB, a debilitating genetic disorder. Fibrocell also received orphan drug designation from the FDA for FCX-013 for the treatment of linear scleroderma. One of our other collaborators, Oragenics, also received fast-track designation for their leading clinical candidate, AG013 that is heading into phase -- a Phase II trial that utilizes ActoBiotics platform. Lastly, in 2016, we expanded our health programs via new collaborations to develop treatments for celiac disease, chronic rhinosinusitis, neuropathic pain and cancer indications.

Moving on to Slide 9. As you can see here, recent developments include an end of Phase II meeting with ZIOPHARM and the FDA for Ad-RTS-IL12 on recurrent glioblastoma. ZIOPHARM expects to announce the meeting outcome during the first quarter, with the goal of initiating a pivotal clinical trial in 2017.

Also, we are excited by our second CRADA with the NCI and the esteemed Dr. Steven Rosenberg, a pioneer in immunotherapy. CRADA is for the development of immunotherapies for patients with advanced cancers using autologous PBLs genetically modified using Sleeping Beauty to express TCRs targeting neoantigen.

We look forward to working on the CRADA with Dr. Rosenberg's team and tapping into Sleeping Beauty's unique potential to express neoantigen-specific TCRs to develop individualized immunotherapies for cancer patients with solid tumors. We're pleased to report that the first RDEB patient was dosed last week with our FCX-007 gene therapy and a Phase I/II trial being run by our Collaborator, Fibrocell Science. We expect to see initial human data before the end of September 2017.

As detailed under anticipated milestones, you can see that we expect to see our platform-enabled gene and cell therapeutic candidates make meaningful progress this year. And the transition into human trials in oral mucositis and infectious disease, rare diseases, ophthalmology and cardiac disease.

On Slide 10, we've laid out for you a more detailed clinical development outlook for 2017 to provide a better understanding of how we're positioned within our health sector. This table shows a few things of importance. Most significantly is the company's positioning to begin to make a difference in the lives of a substantial number of patients across a variety of unmet clinical needs.

Of prominence is the understanding that Intrexon's research and development work is, for the most part, complete once INDs have been filed. At that point, our partners and collaborators advance our technology-enabled therapeutics into and through the clinic. The only time this is not the case is under a joint venture or subsidiary where we share the costs and in return, receive a much higher potential return in the back end as you can see at the bottom of this table. While we obviously cannot project eventual commercial sales at this juncture, we believe the power of the Intrexon model for our shareholders from a cost and royalty perspective is substantial.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

One final takeaway before I hand the call over to Andy is this is the beginning of our transition from bench to clinic. As you can see on Slide 11, we have a deep pipeline of additional health programs, including type 1 diabetes, type 2 diabetes and many more.

With that said, I'll now turn it over to Dr. Andy Last for an overview of our divisions and select development platforms.

**Andrew J. Last**
*Former Chief Operating Officer*

Many thanks, Geno. Before I begin let me state, as Chief Operating Officer of Intrexon, I oversee the multiple technology divisions and operating subsidiaries and have been tasked with driving execution outcomes and improving efficiency and effectiveness in the application of the company's assets.

One of our key assets clearly is the deep team we have of approximately 600 scientists. And in my role, I have the good fortune of seeing the tremendous work of these talented employees. And today, I will cover some of the groundbreaking projects underway across several of Intrexon's divisions.

Firstly, in our agriculture bio division, I will highlight 2 of our ongoing projects that are at the cutting-edge of science and synthetic biology. The first is the Florian on-off gene switch for flaring control and selective activation of specific plant genes mediated through the topical application of an activator.

Slide 13 provides a snapshot of a time release video showing control of flaring through Florian and details the diverse range of beneficial agricultural applications, including the large commercial opportunity in improving yield and quality of select forage crops.

The second disruptive innovation in our ag bio division is the ongoing work in the regeneration of plant cells. This proprietary approach considerably exceeds results of standard growth protocols and enables a high-throughput plant culture platform that can be used for speeding up the development cycle of efficient transformations and mass propagation. We project the commercial opportunities of high-throughput plant regeneration to be quite significant. For example, speeding up Genetic Gain in crops and for rapid development of plants that produce valuable ingredients.

In our Human Therapeutics division, our team is consistently pushing back the edges of genetic engineering. Slide 15 provides some detail around new leading-edge work in developing nonviral approaches to T-cell immunotherapy, including CAR-T and TCR. The top half of the slide shows what we believe to be the largest multi-gene program in a T-cell delivered through a single nonviral vector. The genetics software package, in this case, is roughly 12 KB and includes the RheoSwitch system, the expression of CAR and the control manufacturer of membrane-bound cytokine IL-15.

As you can see here, the addition of the veledimex leads to dramatic induction of IL-15 expression and a complete loss of that expression when veledimex is removed. This achievement was made possible by continued development of our AttSite Recombinases platform and paves the way for delivering even more powerful and flexible multi-gene systems.

An important point here is that this furthers our capability in industrializing CAR-T and TCR therapies and enables us and our partners to leapfrog competitors in this fast-moving field. In the bottom half of the slide, you can see control of both CAR expression as well as membrane-bound IL-15 production through our RheoSwitch platform utilizing the Sleeping Beauty system. This unique capability through our gene switch enables an unrivaled control approach in CAR T-cell therapy. We intent to move this distinctive approach from bench to bedside in the near future.

Another significant undertaking with breakthrough implications in the world of gene therapy is our work in cardiac disease. To date, many gene therapies directed at heart disease have had limited impact. And one of the underlying themes supporting this is that cardiac disease is a complex multigenic disorder.

We're taking this challenge head on with what we believe to be the world's first multi-gene approach with our proprietary platform. This effort requires a significant amount of genetic engineering, and our

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

scientists utilize multiple tools, including our expanding AttSite platform to accomplish this feat. We intend to move this program into the clinical setting by year-end.

Next, I'll comment on Intrexon's ActoBiotics division and the platform we broad -- we use broadly across health and agriculture applications. Here, we've been able to take a microorganism that is safe for consumption by humans and genetically engineer it to produce a number of powerful biological effectors that can be administered either orally or topically.

In health, oral antibiotics therapeutics have the potential to treat many different diseases. We have a number of collaborations already in place, including type 1 diabetes, type 2 diabetes, oral mucositis, celiac disease, graft-versus-host disease and chronic rhinosinusitis. We are very pleased with the progress we are making, and we're working on exploring additional partnerships with this versatile platform.

With respect to agriculture, up to 16% of global food production is lost to crop damage annually due to insects and the ongoing increase in pest resistance exacerbates this problem, creating a major need for new crop protection technologies. Very excited to announce that during the fourth quarter that initial studies validated the efficacy of double-stranded RNA expressed through the ActoBiotics platform for insect control applications. And that our collaboration with a leading global ag company has moved to the next stage of development, and we hope to have more to report on this during 2017.

In our Animal Sciences division, we continued to blaze the path for biotechnology in the world of fish farming. Unlike agriculture where biotechnology has provided significant impacts to meet the expanding challenge of feeding the world's growing population, the first real contribution to the $150 billion aquaculture industry from advanced biotechnology is AquaBounty's platform, which Geno covered earlier.

Beyond salmon, tilapia represents one of the most significant products in aquaculture today. As detailed here, our foundation work has led to a substantial increase in tilapia fillet weight of 53% and fillet yield of 27% versus conventional farm tilapia.

In addition, our Animal Sciences division is building upon the expertise of Trans Ova to elucidate and improve efficiency with controlled genetics. A key technology platform we are working on is pioneering the utilization of egg precursor cells in cattle reproduction.

As seen here, our scientists were able to achieve developmental competence in a bovine model as seen through the maturation of bovine egg precursor cells into structure characteristic of mature eggs. We also observed parthenogenesis activation, demonstrating the potential for fertilization of these cells.

Despite advances in Genetic Gain in cattle through existing fertility approaches, such as IVF and embryo transfer, cattle continues to lag all other high-protein food sources with a feed conversion ratio of 8:1. This compares to porcine of 3:1 and chicken at 2:1. This egg PC platform, therefore, may substantially increase the availability of eggs from female cattle, thereby increasing the power of genetic selection to meaningfully improve productivity in the dairy and beef industries. So we wanted several tools we are developing to transform Trans Ova into a high-growth, high-margin business.

So I'd like to finish importantly on our Industrial Products division, which, as many of you know, is working on what could be one of the world's most valuable biotechnology platforms if we achieve our goal of creating a number of fuels and chemicals through a simple fermentation process using inexpensive natural gas as feedstock. After many years of work, the team has created a genetic toolbox that make methanotroph engineering for Intrexon similar to established yeast or E. coli platforms.

As shown on Slide 21, this toolbox has led to rapid advances in utilizing the methanotroph to create several valuable chemicals and fuels. The yield levels shown here are of the 3 of the 6 chemicals we have produced, namely isobutyraldehyde, 2,3-BDO and isobutanol. All were achieved in the second half of 2016.

Currently, our most significant target with this platform in terms of potential revenue is isobutanol as a gasoline additive. From a numbers perspective, every 1% of the gasoline mix equals roughly $8 billion in potential isobutanol sales. And we estimate isobutanol could represent as much as 10% to 15% of the gasoline mix without any change to existing infrastructure, including cost.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

From a yield perspective, we are engineering around the roadblock that we estimate puts us roughly 6 to 9 months behind our initial schedule, and we anticipate we may be in a position to reach the site selection levels by the third quarter.

With respect to isobutyraldehyde and 2,3-BDO represent billion dollar-plus opportunities in the acrylics and synthetic rubber businesses, respectively. We are very optimistic with the rapid headway we have achieved. The progress on these molecules also show the potential for isobutanol as they share a common pathway. As disclosed on our Q3 call, we have initiated partnership discussions for one of these targets and expect to be in position to announce success on this front during 2017.

With that overview of some of the transformative molecular and cellular technology within the divisions of Intrexon, let me end with one comment on the structure of the company. This foundational work at the division level flows to the sectors of Intrexon, which are centered on collaborations or direct marketplace to get these innovations to the commercial marketplace.

Our 30-plus collaborations are scratching the surface of what is possible, and we're committed to expanding the number higher in 2017 and beyond as we continue to build a world-leading company.

With that, I will finish and I will now turn the call over to Joel Liffmann for a brief review of financials during the fourth quarter.

**Joel D. Liffmann**
*Former Senior Vice President of Finance*

Thank you, Andy. Our fourth quarter and full year financial results reflect the progress across our company that Geno and Andy just discussed. I'd like to briefly call out a few items.

Today, we reported fourth quarter and full year revenues of $46 million and $191 million, respectively, increases of 11% and 10% over the same period last year. In 2016, we continued to add new Exclusive Channel Collaborations and joint ventures and increased the R&D services provided to our collaborators.

The full year revenue increase was driven by a 25% increase in collaboration and licensing revenue and these revenues grew by 31% in the fourth quarter. Product revenues declined by 17% in the fourth quarter and by 12% for the full year as our Trans Ova subsidiary continued to feel the impact of depressed beef and dairy commodity pricing.

Service revenues, which are again primarily from Trans Ova, were flat in 2016 versus 2015. Deferred revenues, which will be recognized in future periods as we perform under our ECC and JV agreements, were $310 million at year-end versus $198 million at the start of the year. This increase was driven primarily by the June amendment to our ZIOPHARM collaboration agreement.

As you just heard from Geno and Andy, we are making substantial investments in our marketable products portfolio as well as our joint venture partnerships. In addition, we continue to invest in our technology platform as evidenced by the pending acquisition of GenVec.

In our earnings release, we reported adjusted EBITDA as newly defined. For the fourth quarter and full year, adjusted EBITDA was a loss of $5.8 million and $26.6 million compared with prior year losses of $12.9 million and $20.7 million.

As a management team, we evaluate our use of capital by combining adjusted EBITDA with the change in deferred revenues. This metric for 2016 was a positive $89.9 million versus $53.4 million in 2015. I'd also like to point out that we continue to execute very well on our capital efficient model. We measure our capital efficiency as the ratio of technology access fees plus cost recovery and product and service revenues divided by our cash operating costs. In 2016, we received total consideration equal to 129% of our consolidated cash operating expenses.

So for the third consecutive year, we grew our business across many dimensions, we prudently managed our use of capital and continued to build what we expect to be a very substantial back-end economic interest in the 30-plus collaborations, bringing new products through development.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

We ended 2016 with a consolidated cash position of $243 million, and we also hold equity securities and preferred stock in our ECC partners valued on a combined basis at approximately $153 million. Notably, we recently invested $25 million in AquaBounty and believe that AquaBounty is now well positioned to capitalize on its own business opportunities.

We subsequently distributed a portion of our AquaBounty shares to Intrexon shareholders while maintaining majority ownership with us. This is our second extraordinary dividend distribution to our shareholders and reflects our commitment to creating shareholder value while we continue to develop -- development of the product that Andy and Geno just discussed. A great deal of more details can be found in the 10-K filed today with the SEC.

I'll now turn this back over to Geno.

**Geno J. Germano**
*Former President*

Thanks, Joel. So in summary, look, we're capitalizing on our leadership position and the engineering and biology to develop high-value bio solutions. We're positioned to deliver meaningful returns to our shareholders through our scalable capital efficient model and what we expect to be the successful execution of current and future opportunities.
At this point, we'll turn it over for questions.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Operator**

[Operator Instructions] Our first question comes from Keith Markey at Griffin Securities.

**Keith Albert Markey**
*Griffin Securities, Inc., Research Division*

I was wondering if you might give us an update on the status of Intrexon Crop Protection. And I have a follow-up.

**Randal J. Kirk**
*Chairman & CEO*

Okay. On ICP, we announced -- I don't remember when last year but probably mid-last year, that we were going to file a Form 10 and do a partial spinoff on that. The reason behind it was that we realized that we had 2 very, very strong and differentiated platforms, really leading platforms that can address the huge market of crop protection. The first platform is the SLI technology from Oxitec, and you'll note from our website we have -- I can't remember how many species, 5 or 6 ag pest species at various stages of development. One of them is now going into field trials in Australia. And the other platform -- by the way, the reason for that site of the -- that platform is so valuable because so many insects are developing resistance to pesticides. So using the SLI technology of Oxitec will enable us to, we believe, decrease the populations of these ag pests in a very environmentally safe manner, far safer than pesticides ever hope to be. The second platform, as Andy mentioned, is our ability to express double-stranded RNA from our ActoBiotics platform in Gent Belgium through engineered [indiscernible]. So as Andy mentioned, we've demonstrated very encouraging data in that -- in the application of that technology toward some particular pests. So we combined these 2 platforms in an entity and the reason was we saw a need and we'll probably get to this later in the call with another example. We saw a need to supply an enterprise management to this program. We were receiving inbound inquiries about partnering individual insects, and we realized that this business will actually be more efficient if they're all held together because the technology is comparable from species to species. And what you'll learn in one of them certainly will enable you to move more efficiently in another model. So we decided to do that and although we did announce, we were going to file Form 10, we got to work on the Form 10. The Form 10 is, I guess, as of today's financials. Now the financials are outdated, so we have to update the financials. But the Form 10 is pretty much ready to file. We're holding up on it, frankly, and the reason we're holding up is because this program has drawn partnering interest for multiple parties, and we think it may be better for Intrexon shareholders to pursue this in a joint venture or some similar relationship with a major company in worldwide crop protection, so we benefit from their infrastructure. So for now, we're going to delay the filing of the Form 10. What's your second question, Keith?

**Keith Albert Markey**
*Griffin Securities, Inc., Research Division*

Yes, sure. It sounds like a very positive development in the partnering front. And then in taking a look at Slide 20, I think it's Slide 14 where you were showing that the message that you're using for accelerating plant regeneration, that sort of thing, it looks to me like you're talking about, at least in one case, possibly working with Erb's and in the other case, I can't tell what it is. But it -- does this involve any kind of a genetic modification of something like a plant stem cell in order to create the plant -- the new plant and the improved, I guess, regenerative capability of the plants?

**Randal J. Kirk**
*Chairman & CEO*

Well, you see that, Keith, in the bold type right underneath the picture is where it says pluripotent. So I don't think we're giving too much away by saying yes, it does involve plant stem cells. However, our scientists and IP attorneys have warned us profusely about divulging too much about this. But I'll tell

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

you the reason it's here is because we find this incredibly exciting. So it kind of reminds -- this kinds of reminds me of PCR. So many on the call probably know how PCR was developing, carry mollusk -- mollusk, yes, as a research tool. And I think that was the objective of our team in Davis in developing this. They thought, "Gee, if we can propagate these by so much more quickly, I think this is like 500x faster, something like that. Whatever, it's not quite 500x, I'm being told. But anyway, it's a lot. Okay, fine we draw that. But anyway, it's a lot faster. And so as a research tool, it was quite compelling but what really got us excited -- as business guys, what we got us excited is, gee, if you can do this, you could ask yourself, do you need to plant at all? So think about the enhanced ability to rapidly create plant cell cultures both non-GMO and GMO in order to obtain what would otherwise be a botanical -- well, it's still would be, I guess, botanical extract technically, but you wouldn't have to grow the plant to do it. So this could be a lot more efficient. So the other thing that's exciting is we can imagine -- I'm sure many people on the call can imagine, we can imagine some applications of this technology in which the plant cell culture would actually be the end product. So we have a lot to evaluate here. We're just getting our arms around this, but we were pretty stunned with the data, and we all agreed that on the EMC call, we have the EMC call every Monday morning, I think some of you may know; and on the EMC call, which these data were reported, we were very happy to award this the scientific achievement of the week award, but the reality is this would have been the scientific achievement of the year award, but for a competitor that came from our lab in Germantown that I'm sure we'll probably draw a question on.

**Operator**

The next question is from Tom Shrader with Stifel.

**Thomas Eugene Shrader**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

I just was wondering if I can get a little color on the isobutanol roadblock. Could you give us a sense of how you have a visibility into how long it will be or just anything you can say there because if it's really only 6 months away, it's a big deal? I'm kind of wondering how big the arrow bars are if that's a fair question.

**Randal J. Kirk**
*Chairman & CEO*

We talked about this, Tom, before. The real problem when you're doing world first instance work of this complexity really relates to your ability to construct the time line that is reliable. If you hire us to build your McDonald's store, right, you can exact the penalty from us for every hour that we're late because it's been done 50,000x before. Not a very high-paying proposition but you get the issue. So what we're finding is that with some of these really complex synthetic biology exercises, for each progressive step up, we encounter 2 problems that man has never seen before. So it's difficult to diarize. However, that's my perspective. The perspective of the team, as Andy reported, is that they're very, very confident. I've spoken with them. They're very, very confident of ultimate success here. The models say that they should succeed. And they're very confident that the path that they're on and the problem that they're working on right now is the linchpin problem.

**Andrew J. Last**
*Former Chief Operating Officer*

I think that's right.

**Randal J. Kirk**
*Chairman & CEO*

Is that right?

**Andrew J. Last**
*Former Chief Operating Officer*

That's right. No, they've targeted -- they know exactly what to engineer on that.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Randal J. Kirk**
*Chairman & CEO*

Yes. So for my money, I'd diarize on what Andy said in terms of timing.

**Thomas Eugene Shrader**
*Stifel, Nicolaus & Company, Incorporated, Research Division*

Okay. And then it's not really a follow-up but it's another question. In the world of fish, is the whole game here to work on species where your technology will allow land-based farming? Is that all you're looking at? Or would you look at ocean farming?

**Randal J. Kirk**
*Chairman & CEO*

We would. I mean, so Andy showed you some data on our tilapia work. And that's a very interesting species because the volume of tilapia is enormous. The amount of protein, animal protein that supplies to a lot of the population of the earth is highly significant because it's low cost, efficiently produced and these things can be grown almost anywhere. So depending on the strain of tilapia, there are highly salt-tolerant tilapia. Tilapia was actually farmed in the salt on sea in the Mojave, which as you probably know is more saline than the ocean. So ocean sea cages are not out of the question. I can't say if we were involved in anything like that, Intrexon would be very careful on the environmental side because we do have environmental concerns about ocean sea cages, which is the reason we've decided to spend at AquaBounty. Part of the productivity gain that the AquAdvantage Salmon represents in terms -- by spending it to acquire product features that will actually make the fish more desirable such as being antibiotic-free, sea pathogen-free, vaccine-free, et cetera. And still will be able to deliver the product...

**Andrew J. Last**
*Former Chief Operating Officer*

Predictable sustainable quantity of production, which the buyers are very interested in.

**Randal J. Kirk**
*Chairman & CEO*

Year-round, yes, and close to market. So those are features in our -- in the taste test we've done with chefs that really rank very highly. To be honest, we've done this now, I think, at AquaBounty a couple of times with some pretty famous chefs who always because they don't want to be terrorized by anti-GMO, there was sign of contracts that says we can't release their names, but the truth is we come out on top. And we mainly come out on top because the condition of the fish is so pristine and it's so fresh. So I think the ultimate success of the AquAdvantage Salmon is going to be very similar to that, that we are already seeing for anybody who's tried Arctic apple, which is it's just better. Consumers are going to like it better. So...

**Operator**

The next question is from Jason Butler at JMP Securities.

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Just a follow-up on the Energy division. The advancement of 2,3-BDO seems to have been pretty rapid. Can you talk about what the next steps for that program are?

**Randal J. Kirk**
*Chairman & CEO*

Yes, as Andy mentioned, Andy mentioned, I think, or Geno did, so we're in partnering discussions around that one. So I don't want to mock up our partnering discussions, so I'll tell you that's the next step.

**Jason Nicholas Butler**

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

*JMP Securities LLC, Research Division*

Okay. All right. Great. And then for the -- for crop protection, you mentioned starting a field trial for ActoBiotics. Can you talk a little bit about what that entails and what -- how you assess success and moving forward for that program.

**Randal J. Kirk**
*Chairman & CEO*

You mean in the crop protection area?

**Jason Nicholas Butler**
*JMP Securities LLC, Research Division*

Correct.

**Randal J. Kirk**
*Chairman & CEO*

Yes. Well, so as mentioned, we have a partnership, a research collaboration with one of the world's largest crop protection companies. And under the terms of that agreement, we're not really allowed to divulge data. But also as mentioned, we expect to have further news on this out later this year.

**Operator**

The next question is from Tycho Peterson at JPMorgan.

**Tycho W. Peterson**
*JP Morgan Chase & Co, Research Division*

First on Oxitec. Now that you have approval for the pilot in Monroe. Can you maybe just talk about next steps, both there and then also any update on the Hadidi's product in India?

**Randal J. Kirk**
*Chairman & CEO*

Everybody is checking their notes, Tycho. Our government -- well no, we actually know the answer. It's just that our government affairs people have drawn a constraint around. Geno, do you want to take...

**Geno J. Germano**
*Former President*

Yes. So following the successful vote that we achieved in Monroe County, the matter's actually been handed back to the Florida Keys, the mosquito control board there. When we receive the approval for the trial. So we're really happy about what we've now seen as more widespread public support for the Oxitec solution in that area. We're working with the FDA and the board to take the next steps to initiate the trial with our technology. And we'll obviously update you when that trial gets kicked off.

**Tycho W. Peterson**
*JP Morgan Chase & Co, Research Division*

Okay. And then on the project in India?

**Randal J. Kirk**
*Chairman & CEO*

Yes, that's done through a partnership. I had a nice meeting with them in Mumbai about 3 weeks ago. Great people. They're making very good progress. I'm not sure what your question is about the partnership.

**Tycho W. Peterson**
*JP Morgan Chase & Co, Research Division*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

I was just looking for an update. And then separately, you talked about structural alternatives for the health care vertical. Can you maybe just elaborate on what you mean with that, R.J.?

**Randal J. Kirk**
*Chairman & CEO*

Yes. So our board is very -- we've been talking at board level, thanks for the question by the way, I was hoping this would actually draw a question and even though I can't say a great deal. But let me say that clearly health care -- if you look at this company, okay, it's seemingly, if you go by SIC Code, it's seemingly a diverse company. But in truth, in terms of technology and science, it's not that diverse. It's just, for people who don't realize that the homology between men and banana is 50%, right, we could seem pretty diverse. But biologically, that's pretty close. Put it this way, man and banana are more closely related probably than banking and insurance, okay, if you want to compare use a biology to an SIC kind of comparison. So nevertheless, there are -- if you look at Intrexon, let's say, from top-down, it really feels like 2 companies. I'm not saying it's going to become 2 companies but I'll just say health care -- therapeutics in particular is 150-year-old industry. It has a certain way of thinking. It has discrete allocable capital experts, a lot of industrial, how am I going to put it, conventions that are pervasive in that industry that don't necessarily apply to industries like the world's first genetically modified fish and the world's first genetically modified insect and so forth. So as we view this, and we've been in discussion with our board about this for a year, I think maybe little over a year, I think we need to organize first as a matter of management and then later possibly structurally and possible through capital which means it could become a different juridical person, so we're evaluating options. Look, we've always been very transparent about this kind of stuff, especially with you, Tycho. So we just wanted to -- we didn't want people to be surprised if we do anything here. But we've had numerous of our -- to put it -- we've had numerous inbound inquiries about our health care business we've had numerous people observed that our health care business is probably worth more than our market cap. And when people say that, we take it seriously. It makes us think that maybe Intrexon, even at this early stage in our overall trajectory, may suffer somewhat from conglomeratotitis if you permit me that term. And so we definitely, for management purposes, are going to organize our health care business more like SIC Code [ph] and partner less. Frankly, we're jealous of some of the partnerships. We're jealous of what the other side has in that deal and some of the negotiations we're having now ditto in health care. And we've got especially with Geno here and others we've got the requisite expertise to develop that, an enterprise management team around health. And so what we're really serving notice of is, this is how we're thinking and enjoys the support of our board. We're discussing this with our bankers. We'll obviously involve tax counsel. And at this point, no promises, but I just want you to know how we're thinking. And more to come later in this year.

**Operator**

The next question is from Derik De Bruin at Bank of America.

**Randal J. Kirk**
*Chairman & CEO*

And you're right on time, Derik, because you're -- I think the #1 analyst on this call who would endorse what I just said.

**Derik De Bruin**
*BofA Merrill Lynch, Research Division*

Okay. So actually, as we're sitting here doing the call, on Bloomberg, the headline just popped up about a potential SEC investigation. Could you sort of shed some color on that?

**Randal J. Kirk**
*Chairman & CEO*

Yes. So we have, as you know, we've had -- we were the subject of a Seeking Alpha report and some shareholder litigation that's now been resolved, and so we think this relates to that. We're voluntarily cooperating with the SEC. We're very happy to do so. We've undergone a very thorough internal

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

examination with these issues. And I will point you to the exact language you should look at the total language that is in our 10-K on this subject, and we're just going to have to stand by that.

**Derik De Bruin**
*BofA Merrill Lynch, Research Division*

Okay. Fair enough. I'll take a look at the 10-K, I haven't had a chance to look at it yet. So I guess, a couple of quick follow-ups on this. Is the -- is your relationship with Dominion still progressing as planned? Is that -- it's not the relation, it's the roadblock, it's something technical, is that the issue in the butanol?

**Randal J. Kirk**
*Chairman & CEO*

Yes, the roadblock is purely technical. So in our view, for each of these targets off of that methanotroph bioconversion platform, it's just about yield, right. So it's about hitting the necessary yield to be in the money on that target. And when you are, and for the people who do know something about the Energy business, the people who supply natural gas, I described them as being technophobic but nothing against them. Every industry has its own conventions, but they're technophobic, they are EPS sensitive and they're CapEx promiscuous as compared with almost any other industry. So getting an energy company to build the plant in order to have a permanent customer for its energy output, in this case, natural gas output is not a heartbeat to accomplish. So I'm recently back, for example, from a tour around the Middle East. My observation across the Gulf States is that the way they view these things, natural gas costs 0 and CapEx costs 0. So we're pretty enthusiastic about what we might be able to do with some of our targets off of this methanotroph bioconversion platform. And I think that's generally true around the world, frankly, that again, it's not about -- it's not like pharma, right, we're trying to find some big company to partner with you is a difficult proposition or a dicey proposition. It's virtually guaranteed. In our view, you hit the numbers and you have no shortage of takers. And there isn't anything else related to it that matters. Our process is so CapEx-light compared with any other way of achieving these targets and OpEx-light compared with any other way. And we think for any planning value that could reasonably be used, natural gas is going to be the cheapest source of industrial available carbon for the next 50 to 100 years. And that's largely true in any gas-producing territory. So we're really enthusiastic about this platform, and we think it's going to become an important part of our value description.

**Derik De Bruin**
*BofA Merrill Lynch, Research Division*

If you'll allow me to squeeze one more in, I mean, you've noted in the press release about the difficulties in the regulatory environment. Obviously, we have a new administration in Washington who has some different opinions about regulatory advantages or the regulatory environment. I guess, is this -- does the change in Washington even potentially delay things out further in terms of now that they've got to put new people in place and who knows what's going to happen with the Energy Department or the EPA or the FDA or those things, I guess, could you sort of think about the regulatory upheaval right now that could potentially push things out?

**Randal J. Kirk**
*Chairman & CEO*

I don't think so. I think that could be true for anybody who has like a top line issue, some kind of issue that involves multiple agencies that require political involvement. But it should be borne in mind that these agencies are in terms of the decisions that we ask for, they are -- the answers are determined by their review staff. And frankly, it -- there's been something in the public domain on this, probably just say, look, I think everybody knows that approval of the AquAdvantage Salmon was not held up by the Center for Veterinary Medicine of the United States Food and Drug Administration. It was held up by The White House. So unless you get into some kind of political issue in which the politicians will intervene, I'll ask the gentleman here if they had contract experience. But in general, I think the review staff of these agencies are really good. And we've always had constructive relationships with FDA and USDA and so forth. So to a great extent, the tide was already moving our way before the administration changed. And I'm very happy to report, I mean, the only ongoing process that we have that did involve an interagency

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

transfer of jurisdiction of one of our projects. I don't want to go into more detail about that, but we -- since we were close to this, and it actually is occurring at a time of administrative change. We haven't hit a single roadblock. The process is going on just as it was before. I guess anything probably accelerated. So again, the review staff are very cooperative even on an intra-agency basis. And look, I always say about engineered biology what could be better than investing in inevitability. So we know that this is where we go, otherwise, we're not going to be able to feed the planet. We're not going to be able to solve very many more unmet health needs. We're not going to have a better environment. So we have to engineer biology. It's not optional. And so over time, as the companies like Intrexon deliver products to consumers that they appreciate that have actual tangible benefit to consumers, I think acceptance will become more rapid. That said, we're very much in favor of science-based regulation. We definitely see some technology ideas out there that are floated from time to time by various people that we regard to be virtually irresponsible. And I don't mean irresponsible in the sense of they're irresponsible for saying it. They're certainly entitled to propose whatever they like. But what I'm referring to is some of the ideas like gene drives, for example, you just won't see Intrexon get involved in anything that you can't put back in the bottle. We have -- we think we have a serious responsibility to our shareholders and to society around biosafety. And so we're very happy to -- we do believe that engineered biology should be subject to regulation, and we're very cooperative with the regulators.

**Operator**

Next question is from Ryan MacDonald with Wunderlich Securities.

**Ryan Michael MacDonald**
*Wunderlich Securities Inc., Research Division*

So starting out with Okanagan Specialty Fruits and the Arctic apple. Can you provide, if any, feedback that you're getting early on as you're starting to test the product in the market or what kind of demand you're seeing or consumer feedback you're getting thus far?

**Randal J. Kirk**
*Chairman & CEO*

I can do better than that. Make sure Chris has your address, and we'll send you some and you tell us how you like them. No, I'm serious. I'm both joking and serious at the same time. By the way, I think everybody see my bid on Squawk Box. I had the entire talent of that program eating Arctic apples on camera. So I was pretty pleased by that. And really -- the serious part is I haven't encountered anyone yet who had a personal experience with this product who didn't love it and who didn't immediately grasp its consequences for the consumer. People in the industry are really warming up to it now, and we think that this is -- we think this is really going to revolutionize that entire industry. As far as the specific market research data to which you inquired, we're not going to publish market research data any more than Procter & Gamble, Marc publishes their market research data. But I can tell you that we are encouraged by all of the data that we have to date. And as mentioned in our press release, we'll be doing a pretty fulsome market research testing, mostly around trying to establish the right price point in the fall of this year.

**Ryan Michael MacDonald**
*Wunderlich Securities Inc., Research Division*

Got it. And then just switching quickly in Oxitec and going a little bit deeper, I guess, into the question about the Florida trial. We know obviously, the board -- or get approved in Monroe County, and it's back with the board. Can you just talk about what progress has been made, if any, on selecting a new site for the trial within Monroe County? And then also if -- do we need to wait at least in terms of the field trial starting it until the summertime when mosquito season, I guess, would pick up again to see more significant results or more accurate results for any trial?

**Randal J. Kirk**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

So with regard to the second question, as we've seen from our data in Cayman's and elsewhere, you can see proxies for success in the larval count in practically any season, in which Aedes aegypti continue to proliferate. So there's that. Overall, if you think of our data across all the field trials over, what is it, 10 or 12 years of field trials now, the really best measurement point is 1 year out, so you're really capturing a full year anyway. But anyway, we're very encouraged by U.S. regulatory path. We can't really discuss site selection because that's really a decision of the mosquito control board. So -- but we are making very solid progress there and we're very encouraged.

**Operator**

The next question is from Robert Breza, Northland Securities.

**Robert Paul Breza**
*Northland Capital Markets, Research Division*

Maybe as a follow-up to Ryan's question regarding Oxitec. As you talked about in the prepared remarks or in the press release, your capacity is going to be fully committed in '17. How do we think about the return on investments or what would be the incremental revenue that we should think about relative to this? And then maybe if you could talk, R.J., about what would your plans be if you're going to be at capacity at '17? How do we think about additional CapEx/spending for '18?

**Randal J. Kirk**
*Chairman & CEO*

Yes. So I think that the pricing -- it's almost irrelevant though. I could tell you, we have a certain price model out there on what we're doing today because we're doing everything. Our negotiations in certain markets are going in a different direction, and we will be updating you soon as soon as we sign one of these deals that we have under discussion now on a different model. So in terms of projecting forward, I think it would be useless to look at the economics that we have in Piracicaba. They're favorable but they're small, okay. So -- but it's not going to be our favorite model going forward, so I wouldn't project out from that. I'd wait until we announce some of the deals that we think we'll be able to announce later this year. With regard to the second question, as Andy mentioned or Geno mentioned, we're currently siting, meaning evaluating various sites for the construction of a very, very large egg production facility. So if you think about mosquitoes and production of mosquitoes and, frankly, 2.5 years ago, I had no idea about how to produce a mosquito but we've all become pretty expert. So the high-tech part is producing the eggs, right, and then the next stage is growing out the larvae and pupae, okay. And then the next stage is releasing the mosquito. So with Aedes aegypti mosquito, as compared with say the Anopheles mosquito, that whole plate of mosquitoes that is responsible for malaria, okay, we have a huge advantage that really will enable us to go worldwide as we've talked about this among ourselves is kind of a Henry Ford moment. What if we did get the cost down so low that even the cheapest -- even the poorest countries on the planet could afford this solution? And so that's the direction of our thinking. In order to do that, we think that we need to centralize the egg production. And here's the advantage is just that we inherit it, and that is the Anopheles mosquito has egg viability for like 2 or 3 days. The Aedes aegypti mosquito has egg viability for 1 year. And this coffee cup that I have in my hand would hold 6 million, 7 million mosquito eggs, something like that, maybe a little more. It's a big coffee cup, maybe 10 million. So really, really cheap transportation. It's the high-tech part we can centralize that. General Bostick [ph] can centralize that and derive considerable efficiencies and continue to develop more efficiencies as we go. And this will enable us to roll this out worldwide on a more rapid basis, so that we won't have to build a big factory every place we're doing it because, as Hadyn Parry has told me on one occasion, you could do the grow out and the release in a pup tent if you had to. So we're really, really encouraged about our plans in this area, and we do see this as a worldwide opportunity, a very significant one.

**Operator**

This concludes the question-and-answer session. Would you like to make some closing remarks?

**Randal J. Kirk**
*Chairman & CEO*

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Sure. Let me just thank you for participating in our call, and thank you for your support of our company. I want to thank -- I don't think I've ever thanked them before but I want to thank our Board of Directors, which has just been incredibly supportive. When you think about this company, I'll just say that the -- I would invite anybody to really consider who these people are, they do extraordinary work. They actually are an important part of our mission. When you look at their careers and you look at the other boards they sit on and so forth, you realize that these people are serving because they believe in the future of Intrexon, they believe in the objectives of the company. And I can't tell you how appreciative we all are to have their guidance and supervision. Throughout the company, I mean, I think Andy, we're up to around 1,000 people now?

**Andrew J. Last**
*Former Chief Operating Officer*

Mid-900s, yes.

**Randal J. Kirk**
*Chairman & CEO*

So we continue to grow organically and these teams are just doing incredible work. That's the reason we really wanted Andy to go through some of that with you today in celebration of their work because that's really where the rubber meets the road at Intrexon. So we have approximately 600, I think, a little over 600 scientists hard at work. I've been to some evening events with them. I know everybody here has had the same experience. I've been to evening events with them and it will be 8 p.m. and they'll say, "I have to go. I have to go back to the lab" because the people in this company are fervent. They believe in the overall mission. And so my thanks goes to them as well. And then our very patient shareholders. Look, it hasn't been a very good year this last year in biotech generally and -- or for Intrexon, in particular, in terms of share price appreciation. And obviously, we're very aware of that. We hold a few shares in this company. We all do. And notwithstanding that though, as Joel described. When Joel was talking, I was thinking $6 million negative EBITDA for the quarter, what was it, $20-some million for the year? And you consider what Geno and Andy talked about in terms of the achievement for the year. And I'm telling you, this is the year that I've graded as a C. Yes, I graded this year as a C, right. Because I thought '15 was a better year, '14 was a better year and '17 is -- we were absolutely committed '17 is going to be a much better year. So even at a C, when you consider a company that was able to do this much on a net -- on a net cash burn of $26 million or something like that, I'll tell you, I would make -- I'm not giving investment advice. I'll just say, I will make that investment every minute of every day. So that's a personal observation. Mr. Don Lehr, our Chief Legal Officer and not one that comes from Intrexon. But anyway, so we're very pleased with the progress we're making. This is a long road. We'll have some really outstanding years. And I guess, based on last year, we'll have to say we'll have some disappointing years from time to time. But what were the real disappointments to us this year other than being publicly ambitiously attacked. Well, I think we had 3 programmatic -- we had 3 programs with the delays on them. And so when we tell you, look, the CD33 CAR-T, we thought that was going to be in the clinic in 4Q and now it looks like it's going to -- we're going to file IND in 1Q. So that's left. Isobutanol target, obviously, were behind on that, as Andy said, what was it, 6 months?

**Andrew J. Last**
*Former Chief Operating Officer*

6 to 9 months.

**Randal J. Kirk**
*Chairman & CEO*

6 to 9 months. And I forget the third one -- yes, yes, third one is wet AMD. So we got some experimental results on wet AMD that told us that we should not progress with an IND on that variant. So we've gone back to the bench and we're retooling that. I recently met with the founder and CEO of Sun Pharmaceutical Industries, our partner in ophthalmic disease, and I can tell you that both sides are thoroughly committed to success in this area. We believe it's there. As I mentioned in response to a question from someone today, these are iterative. It was Tom. Yes. These are -- the work of this type is

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

iterative. You have to experimentally iterate. You're not always -- it's not always going to work perfectly the first time so you have to go back at it and back at it. Several of examples you saw today, frankly, did represent the success on some -- on an experiment like Florian as a perfect example. We've been trying to get plants that we could -- which we could control flowering for 5 or 6 years, and this was not the first effort. The pictures that you saw earlier, that did not come from the first effort. So anyway, it's just a great scientific team and my thanks to them. And again, my thanks to our very patient shareholders. You can be sure we're committed to make this really pay for you.

**Operator**
The conference is now concluded. Thank you for attending today's presentation. You may now disconnect.

Copyright © 2019 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2019 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2019 S&P Global Market Intelligence.