NINA F. LOCKER, State Bar No. 123838
JEROME F. BIRN, JR., State Bar No. 128561
LAURIE B. SMILAN, State Bar No. 116740
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: jbirn@wsgr.com
        nlocker@wsgr.com
        lsmilan@wsgr.com
        afrantela@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation,*
*Randal J. Kirk, and Rick L. Sterling*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | CASE NO.:  5:20-cv-06936-BLF<br><br>CLASS ACTION<br><br>**ORDER APPROVING STIPULATION TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES**<br><br>**\*\*MODIFIED BY THE COURT TO RESET INITIAL CASE MANAGEMENT FOR JUNE 23, 2022 AT 11:00 AM\*\***<br><br>Hon. Beth Labson Freeman |

Lead Plaintiff Raju Shah ("Plaintiff") and Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, Robert F. Walsh, and Rick L. Sterling ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, the above-captioned putative class action (the "Action") is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*;

WHEREAS, on May 11, 2021, the Court issued an Order (ECF No. 70) and on May 13, 2021 posted a text-only docket entry setting the following deadlines (the "CMC Deadlines"):

1. December 30, 2021 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2. January 13, 2022 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3. January 20, 2022 at 11:00 a.m. for a case management conference;

WHEREAS, on September 27, 2021, in accordance with the Court's order granting the parties' stipulation (ECF No. 87), Plaintiff filed his Amended Consolidated Complaint (ECF No. 88);

WHEREAS, on October 5, 2021, the Court issued an Order on the Parties' stipulation setting the following schedule for the Amended Consolidated Complaint and motion to dismiss: (1) Defendants to move to dismiss by October 29, 2021; (2) Plaintiff to oppose by December 17, 2021; (3) Defendants to reply by January 28, 2022 (ECF No. 92);

WHEREAS, all discovery and related schedules and conferences in this Action, including initial disclosures and the CMC Deadlines, should be stayed until the Court rules on Defendants'

1

STIP. & [PROPOSED] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-cv-06936

motion to dismiss, 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, counsel for the Parties respectfully submit that because the pleadings are not yet concluded, good cause exists to vacate the existing January 20, 2022 Initial Case Management Conference and associated deadlines until after such time as the Court has an opportunity to rule on Defendants' anticipated motion to dismiss;

NOW THEREFORE, counsel for the Parties stipulate and agree to the following:

1.      Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for January 20, 2022 should be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset for a date as the Court shall determine to be appropriate.  All associated ADR Program deadlines are likewise deferred.

2.      All discovery remains stayed pending a ruling on Defendants' motion to dismiss.

IT IS SO STIPULATED.

STIP. & [PROPOSED] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-CV-06936

DATED:  December 28, 2021

**WILSON SONSINI GOODRICH & ROSATI PROFESSIONAL CORPORATION**

/s/ *Nina F. Locker*
    NINA F. LOCKER

650 Page Mill Road
Palo Alto, CA  94304
Telephone (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com

*Counsel for Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling*

DATED:  December 28, 2021

**NORTON ROSE FULBRIGHT US LLP**

 /s/ *Peter A. Stokes*
    PETER A. STOKES

 98 San Jacinto Boulevard
 Suite 1100
 Austin, TX 78701
 Telephone:      (512) 474-5201
 Facsimile:      (512) 536-4598
 peter.stokes@nortonrosefulbright.com

 *Counsel for Defendant Robert F. Walsh III*

DATED:  December 28, 2021

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**

/s/ *John T. Jasnoch*
    JOHN T. JASNOCH (CA 281605)

600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile: (619) 233-0508
Email: jjasnoch@scott-scott.com

William C. Fredericks (*pro hac vice*)
Thomas L. Laughlin (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 17th Floor
Telephone: 212-233-6444
wfredericks@scott-scott.com
tlaughlin@scott-scott.com
jjacobson@scott-scott.com

*Lead Counsel for the Putative Class and for Lead Plaintiff Raju Shah*

3

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-cv-06936

DATED:  December 28, 2021

**THE SCHALL LAW FIRM**

/s/ *Brian J. Schall*
   BRIAN J. SCHALL

1880 Century Park East, Suite 404
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (310) 388-0192
Email: brian@schallfirm.com

*Additional Counsel for Lead Plaintiff Raju Shah*

4

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that

1.      The Initial Case Management Conference scheduled for January 20, 2022 is VACATED, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules.  All associated ADR Program deadlines are likewise deferred.  **The Initial Case Management Conference is RESET for June 23, 2022 at 11:00 AM.**

2.      All discovery remains stayed pending a ruling on Defendants' motion to dismiss.

**IT IS SO ORDERED.**

DATED:      December 30, 2021

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

5

STIP. & [~~PROPOSED~~] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-CV-06936

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

This certifies, pursuant to Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.


DATED:  December 28, 2021                    /s/ Nina F. Locker                              ___
                                                              NINA F. LOCKER

6

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-CV-06936