NINA F. LOCKER, State Bar No. 123838
LAURIE B. SMILAN, State Bar No. 116740
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
        lsmilan@wsgr.com
        afrantela@wsgr.com

*Attorneys for Defendants Precigen, Inc.*
*f/k/a Intrexon Corporation, Randal J.*
*Kirk, Rick L. Sterling, and Andrew J. Last*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | CASE NO.:  5:20-cv-06936-BLF |
| | <u>CLASS ACTION</u> |
| | **DECLARATION OF ANDREW J. FRANTELA IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF THE MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT** |
| | Hon. Beth Labson Freeman |

I, Andrew J. Frantela, make the following Declaration based on my personal knowledge of the matters set forth herein. I am an Associate at Wilson, Sonsini, Goodrich & Rosati P.C. and am counsel to Defendants Precigen, Inc. f/k/a Intrexon Corporation (the "Company"), Randal J. Kirk, Rick L. Sterling, and Andrew J. Last (collectively "Defendants") in this matter. I submit this Declaration in support of Defendants' Reply in Support of the Motion to Dismiss the Second Amended Class Action Complaint. If called upon, I could and would testify competently to the following:

1.      Attached hereto as Exhibit 37 is a true and correct copy of additional excerpts from the Company's Form 10-K, filed with the United States Securities and Exchange Commission ("SEC") on March 1, 2017. Other excerpts from the March 1, 2017 10-K were previously submitted as Exhibit 1 to the Declaration of Jerome Birn in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint (the "Birn Declaration"). The March 1, 2017 10-K is cited in Plaintiff's Second Amended Class Action Complaint ("Complaint"). ¶ 33.

2.      Attached hereto as Exhibit 38 is a true and correct copy of additional excerpts from the Company's Form 10-K, filed with the SEC on March 1, 2018. Other excerpts from the March 1, 2018 10-K were previously submitted as Exhibit 2 to the Birn Declaration. The March 1, 2018 10-K is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 43, 139.

3.      Attached hereto as Exhibit 39 is a true and correct copy of additional excerpts from the Company's Form 10-K, filed with the SEC on March 1, 2019. Other excerpts from the March 1, 2019 10-K were previously submitted as Exhibit 3 to the Birn Declaration. The March 1, 2019 10-K is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 43, 45, 160-61.

4.      Attached hereto as Exhibit 40 is a true and correct copy of additional excerpts from the Company's Form 10-Q, filed with the SEC on November 8, 2018. Other excerpts from this 10-Q were previously submitted as Exhibit 29 to the Birn Declaration. The November 8, 2018 10-Q is cited in the Complaint and forms the basis of Plaintiff's claims. ¶¶ 45, 84, 112, 156.

1

DATED: January 28, 2022

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

/s/ *Andrew J. Frantela*
    Andrew J. Frantela

*Attorneys for Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, Rick L. Sterling,* and *Andrew J. Last*

2