# Exhibit 38

Table of Contents

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

## FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2017**

**OR**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the transition period from to .**

**Commission File Number: 001-36042**

# INTREXON CORPORATION
**(Exact name of registrant as specified in its charter)**

| | |
|---|---|
| **Virginia** | **26-0084895** |
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |
| **20374 Seneca Meadows Parkway Germantown, MD** | **20876** |
| **(Address of principal executive offices)** | **(Zip Code)** |

**Registrant's telephone number, including area code (301) 556-9900**

**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| **Intrexon Corporation Common Stock, No Par Value** | **New York Stock Exchange** |

**Securities registered pursuant to Section 12(g) of the Act: None**

Table of Contents

perceptions and potential legal hurdles that these organizations seek to instill or assert against our products and our business could be harmed.

If we and our collaborators are not able to overcome the ethical, legal and social concerns relating to synthetic biological engineering, products and processes using our technologies may not be accepted. These concerns could result in increased expenses, regulatory scrutiny, delays or other impediments to our programs or the public acceptance and commercialization of products and processes dependent on our technologies or inventions. The ability of us and our collaborators to develop and commercialize products, or processes using our technologies could be limited by public attitudes and governmental regulation.

### Inadvertent releases or unintended consequences of releases of synthetic biology technologies by us or others could lead to adverse effects on our business and results of operations.

The synthetic biological technologies that we develop may have significantly enhanced characteristics compared to those found in naturally occurring organisms, enzymes or microbes. While we produce many of these synthetic biological technologies only for use in a controlled laboratory and industrial environment, the release of such synthetic biological technologies into uncontrolled environments could have unintended consequences. Any adverse effect resulting from such a release, by us or others, could have a material adverse effect on the public acceptance of our products and our business and financial condition. Such a release could result in enhanced regulatory activity and we could have exposure to liability for any resulting harm.

### We may become subject to increasing regulation in the future.

Our ongoing research and development relies on evaluations in animals, which may become subject to bans or additional regulations. As described above, our research operations are also subject to various environmental regulations. However, while most of the current laws and regulations concerning synthetic biology relate to the end products produced using synthetic biology, this may change. For example, the Presidential Commission for the Study of Bioethical Issues in December 2010 recommended that the federal government oversee, but not regulate, synthetic biology research. The Presidential Commission also recommended that the government lead an ongoing review of developments in the synthetic biology field and that the government conduct a reasonable risk assessment before the field release of synthetic organisms. Synthetic biology may become subject to additional government regulations as a result of the recommendations, which could require us to incur significant additional capital and operating expenditures and other costs in complying with these laws and regulations.

### We have limited experience bringing new products through development and successful commercialization. Even if our technologies enable new products, we or our collaborators may not be successful in commercializing the products that result from our technologies.

Even if our technologies enable new products, there is no guarantee that we or our collaborators will be successful in creating additional products enabled by our technologies. Furthermore, neither we nor our collaborators may be able to commercialize the resulting products or our collaborators may decide to use other methods competitive with our technologies that do not utilize synthetic biology. Several of our wholly and majority-owned subsidiaries have received regulatory approvals, including AquaBounty and Okanagan. These approvals do not, however, guarantee our success in commercializing the products of these subsidiaries. If we are not successful in commercializing our products, our business could be harmed.

### Changing labeling requirements may negatively impact consumer acceptance of the products of our operating subsidiaries.

Under current labeling laws, we are not required to label AAS or our Arctic apples at the retail level as containing genetically modified ingredients. However, because several states either passed or considered new laws specifying varying requirements for labeling products sold at the retail level that contain genetically modified ingredients, the United States Congress passed the Labeling Act to establish a national standard for package labeling for foods containing genetically modified ingredients. The USDA has until July 2018 to implement this new law. Labeling requirements could cause consumers to view the label as either a warning or as an indication that AAS is inferior to traditional Atlantic salmon or Arctic apples are inferior to traditional apples, which could negatively impact consumer acceptance of the products of our operating subsidiaries.

### The FDA has only approved a few gene therapies.

The FDA first approved a gene therapy for use in humans in 2017, and to date has only approved a limited number. The field of gene therapies is still very early in development and remains predominantly experimental. Clinical trials with gene therapies have encountered a multitude of significant technical problems in the past, including unintended integration with host DNA leading to serious adverse events, poor levels of protein expression, transient protein expression, viral overload, immune reactions to either viral capsids utilized to deliver DNA, DNA itself, proteins expressed or cells transfected with DNA. There

31

Table of Contents

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, as amended, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

Dated: March 1, 2018

**INTREXON CORPORATION**

By:  /S/ RANDAL J. KIRK
Randal J. Kirk
*Chief Executive Officer and Chairman of the Board of Directors*

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, this report has been signed below by the following persons on behalf of the Registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
|---|---|---|
| /S/ RANDAL J. KIRK<br>Randal J. Kirk | Chief Executive Officer and Chairman of the Board of Directors (Principal Executive Officer) | 3/1/2018 |
| /S/ RICK L. STERLING<br>Rick L. Sterling | Chief Financial Officer (Principal Accounting and Financial Officer) | 3/1/2018 |
| /S/ CESAR L. ALVAREZ<br>Cesar L. Alvarez | Director | 3/1/2018 |
| /S/ STEVEN FRANK<br>Steven Frank | Director | 3/1/2018 |
| /S/ VINITA D. GUPTA<br>Vinita D. Gupta | Director | 3/1/2018 |
| /S/ FRED HASSAN<br>Fred Hassan | Director | 3/1/2018 |
| /S/ JEFFREY B. KINDLER<br>Jeffrey B. Kindler | Director | 3/1/2018 |
| /S/ DEAN J. MITCHELL<br>Dean J. Mitchell | Director | 3/1/2018 |
| /S/ ROBERT B. SHAPIRO<br>Robert B. Shapiro | Director | 3/1/2018 |
| /S/ JAMES S. TURLEY<br>James S. Turley | Director | 3/1/2018 |