NINA F. LOCKER, State Bar No. 123838
LAURIE B. SMILAN, State Bar No. 116740
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
       lsmilan@wsgr.com
       afrantela@wsgr.com

*Attorneys for Defendants Precigen, Inc.*
*f/k/a Intrexon Corporation, Randal J.*
*Kirk, Rick L. Sterling, and Andrew J. Last*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | CASE NO.:  5:20-cv-06936-BLF |
| | CLASS ACTION |
| | **DEFENDANTS' STATEMENT OF RECENT DECISION** |
| | Hon. Beth Labson Freeman |

Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, Rick L. Sterling, and Andrew J. Last respectfully submit as supplemental authority the Ninth Circuit's recent opinion in *Weston Family Partnership LLLP v. Twitter, Inc.*, No. 20-17465, __ F.4th __, 2022 WL 853252, at *6-7, *7-8, *8 (9th Cir. Mar. 23, 2022), attached hereto as **Exhibit 1**.  In *Weston*, the Ninth Circuit panel affirmed the District Court's dismissal in *In re Twitter, Inc. Securities Litigation*, 506 F. Supp. 3d 867 (N.D. Cal. 2020), which is cited in the briefs submitted in support of Defendants'

Motion to Dismiss Plaintiff's Second Amended Class Action Complaint.  Motion, ECF No. 96 at 19, 20; Reply, ECF No. 102, at 11, 12, 13.

Dated: March 28, 2022                    WILSON SONSINI GOODRICH & ROSATI, P.C.

By: */s/ Nina F. Locker*
        Nina F. Locker

*Attorney for Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, Rick L. Sterling,* and *Andrew J. Last*