NINA F. LOCKER, State Bar No. 123838
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
         afrantela@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation,*
*Randal J. Kirk, and Rick L. Sterling*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | CASE NO.: 5:20-cv-06936-BLF |
|  | CLASS ACTION |
|  | **STIPULATION AND [PROPOSED] ORDER TO VACATE THE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |
|  | **AS MODIFIED BY THE COURT** |
|  | Hon. Beth Labson Freeman |

STIP. & [PROPOSED] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-CV-06936

Lead Plaintiff Raju Shah ("Plaintiff") and Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Rick L. Sterling ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby agree and stipulate to the following:

WHEREAS, the above-captioned putative class action (the "Action") is governed by the provisions of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4 *et seq.*;

WHEREAS, on September 27, 2021, in accordance with the Court's order granting the parties' stipulation (ECF No. 87), Plaintiff filed his Amended Consolidated Complaint (ECF No. 88);

WHEREAS, on December 30, 2021, the Court issued an Order (ECF No. 100) setting the following deadlines (the "CMC Deadlines"):

1. June 2, 2022 for the parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Northern District of California Civil Local Rules ("Civil L.R.") and Alternative Dispute Resolution ("ADR") Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

2. June 16, 2022 for the parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and

3. June 23, 2022 at 11:00 a.m. for a case management conference;

WHEREAS, on November 3, 2021, Defendants filed their motion to dismiss the Amended Consolidated Complaint (ECF No. 96); on December 17, 2021, Plaintiff filed his opposition to Defendants' motion to dismiss (ECF No. 98); and on January 28, 2022, Defendants filed a reply in support of their motion to dismiss (ECF No. 102);

WHEREAS, on April 7, 2022, the Court conducted a hearing on Defendants' motion to dismiss;

WHEREAS, on May 31, 2022, the Court issued an Order granting Defendants' motion to dismiss and affording Plaintiff the opportunity to amend their complaint within 60 days from the

1

date of that Order (ECF No. 111);

WHEREAS, Plaintiff anticipates filing an amended complaint within 60 days from the date of the Court's May 31, 2022 Order granting Defendant's motion to dismiss;

WHEREAS, Defendants anticipate filing a motion to dismiss Plaintiff's anticipated amended complaint;

WHEREAS, the Parties agree that all discovery and related schedules and conferences in this Action, including initial disclosures and the CMC Deadlines, should be stayed until the Court rules on Defendants' contemplated motion to dismiss, *see* 15 U.S.C. § 78u-4(b)(3)(B);

WHEREAS, counsel for the Parties respectfully submit that because Plaintiff anticipates filing an amended complaint and Defendants anticipate filing a motion to dismiss that amended complaint, good cause exists to vacate the existing June 23, 2022 Initial Case Management Conference and associated deadlines until after such time as the Court has had a chance to rule on Defendants' anticipated motion to dismiss the anticipated amended complaint;

NOW THEREFORE, counsel for the Parties stipulate and agree to the following:

1.      Pursuant to Civil L.R. 16-2, the Initial Case Management Conference scheduled for June 23, 2022 should be vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset at a later date after the Court has had a chance to rule on Defendants' anticipated motion to dismiss.  All associated ADR Program deadlines are likewise deferred.

2.      All discovery remains stayed pending a ruling on Defendants' anticipated motion to dismiss.

IT IS SO STIPULATED.

DATED:  June 3, 2022          WILSON SONSINI GOODRICH & ROSATI
                               PROFESSIONAL CORPORATION

                               /s/ Nina F. Locker
                                   NINA F. LOCKER

                               650 Page Mill Road
                               Palo Alto, CA  94304
                               Telephone (650) 493-9300
                               Facsimile: (650) 565-5100
                               Email: nlocker@wsgr.com

                               *Counsel for Defendants Precigen, Inc. f/k/a
                               Intrexon Corporation, Randal J. Kirk, and Rick L.
                               Sterling*

DATED:  June 3, 2022          NORTON ROSE FULBRIGHT US LLP

                                /s/ Peter A. Stokes
                                   PETER A. STOKES

                               98 San Jacinto Boulevard
                               Suite 1100
                               Austin, TX 78701
                               Telephone:      (512) 474-5201
                               Facsimile:      (512) 536-4598
                               peter.stokes@nortonrosefulbright.com

                               *Counsel for Defendant Robert F. Walsh III*

DATED:  June 3, 2022          SCOTT+SCOTT ATTORNEYS AT LAW LLP

                               /s/ John T. Jasnoch
                                   JOHN T. JASNOCH

                               600 W. Broadway, Suite 3300
                               San Diego, CA 92101
                               Telephone: (619) 233-4565
                               Facsimile: (619) 233-0508
                               Email: jjasnoch@scott-scott.com

                               *Lead Counsel for the Putative Class and for Lead
                               Plaintiff Raju Shah*

3

STIP. & [PROPOSED] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-CV-06936

**[PROPOSED]** ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that

1.      The Initial Case Management Conference scheduled for June 23, 2022 is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, to be reset at a later date after the Court has had a chance to rule on Defendants' anticipated motion to dismiss.  All associated ADR Program deadlines are likewise deferred. **The Initial Case Management Conference is RESET for March 9, 2023 at 11:00 AM.**

2.      All discovery remains stayed pending a ruling on Defendants' motion to dismiss.

**IT IS SO ORDERED.**

DATED:     June 3, 2022

HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

4

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

This certifies, pursuant to Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.


DATED:  June 3, 2022                              /s/ Nina F. Locker
                                                 NINA F. LOCKER

5

STIP. & [PROPOSED] ORDER
TO VACATE CMC & RELATED DEADLINES
CASE NO. 5:20-CV-06936