NINA F. LOCKER, State Bar No. 123838
EVAN L. SEITE, State Bar No. 274641
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: nlocker@wsgr.com
        eseite@wsgr.com
        afrantela@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation and*
*Randal J. Kirk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | CASE NO.:  5:20-cv-06936-BLF |
| | CLASS ACTION |
| | **STIPULATED REQUEST AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND VACATE EXISTING DEADLINES** |
| | Hon. Beth Labson Freeman |

STIP. & [PROPOSED] ORDER
TO CONTINUE CMC
AND VACATE EXISTING DEADLINES
CASE NO. 5:20-CV-06936

Lead Plaintiff Raju Shah ("Plaintiff") and Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Robert F. Walsh III ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and request the following:

WHEREAS, on May 31, 2022, the Court issued an Order granting Defendants' motion to dismiss Plaintiff's second amended complaint and affording Plaintiff the opportunity to amend their complaint within 60 days from the date of that Order (ECF No. 111);

WHEREAS, Plaintiff filed his Third Amended Class Action Complaint (the "Third Amended Complaint") on August 1, 2022 (ECF No. 116);

WHEREAS, absent an order from the Court establishing a different date, any response to Plaintiff's Third Amended Complaint would be due 14 days after service of the complaint under Fed. R. Civ. Pro. 15(a)(3);

WHEREAS, a Case Management Conference has been scheduled for March 9, 2023 at 11:00 AM (ECF No. 114);

WHEREAS, the Parties wish to explore a resolution of this action through the services of a private mediator as soon as reasonably practicable;

WHEREAS, the parties have reached an agreement to mediate this matter before Hon. Layn R. Phillips (Ret.) in an in-person mediation session that is scheduled to take place in New York City on November 16, 2022;

WHEREAS, the Parties believe that judicial economy would be served by vacating the existing deadlines and continuing the Case Management Conference until after the Parties' mediation;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties and their undersigned counsel, subject to Court approval, as follows:

1. Any existing deadlines in this action are hereby vacated, including the deadline to respond to Plaintiff's Third Amended Complaint under Fed. R. Civ. Pro. 15(a)(3);

1

STIP. & [PROPOSED] ORDER
TO CONTINUE CMC
AND VACATE EXISTING DEADLINES
CASE NO. 5:20-CV-06936

2.      The Case Management Conference set for March 9, 2023 at 11:00 AM shall be vacated;

3.      If the Parties' efforts to mediate do not reach a resolution of this action and the Parties do not agree that additional mediation sessions and/or negotiations, which are to be carried out reasonably promptly, would be productive to potentially resolve this action, the Parties shall inform the Court within fifteen (15) days after the mediation;

4.      In addition to informing the Court, the Parties will also meet and confer and provide the Court with a proposed schedule for briefing of Defendants' anticipated motion to dismiss the Third Amended Complaint within fifteen (15) days after the mediation; and

5.      A Joint Case Management Conference for this action, shall be scheduled on December 22, 2022 at 11:00 AM (or such other date and time as the Court may set) at which the Parties will provide the Court with an update regarding the status of the Parties' mediation efforts to the extent they have not already done so pursuant to the preceding paragraphs and, if appropriate, will discuss the case schedule for this action going forward.

**IT IS SO STIPULATED.**

DATED:  August 2, 2022                       WILSON SONSINI GOODRICH & ROSATI
                                            PROFESSIONAL CORPORATION

                                            /s/ Nina F. Locker
                                            NINA F. LOCKER

                                            650 Page Mill Road
                                            Palo Alto, CA  94304
                                            Telephone (650) 493-9300
                                            Facsimile: (650) 565-5100
                                            Email: nlocker@wsgr.com

                                            *Counsel for Defendants Precigen, Inc. f/k/a
                                            Intrexon Corporation and Randal J. Kirk*

2

STIP. & [PROPOSED] ORDER
TO CONTINUE CMC
AND VACATE EXISTING DEADLINES
CASE NO. 5:20-CV-06936

DATED:  August 2, 2022

NORTON ROSE FULBRIGHT US LLP

/s/ Peter A. Stokes
PETER A. STOKES

98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendant Robert F. Walsh III*

DATED:  August 2, 2022

SCOTT+SCOTT ATTORNEYS AT LAW LLP

/s/ William C. Fredericks
WILLIAM C. FREDERICKS

230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6464
Telephone: (212) 223-6464
Facsimile: (212) 223-6334
Email: wfredericks@scott-scott.com

*Lead Counsel for the Putative Class and for Lead Plaintiff Raju Shah*

3

STIP. & [PROPOSED] ORDER
TO CONTINUE CMC
AND VACATE EXISTING DEADLINES
CASE No. 5:20-CV-06936

# [PROPOSED] ORDER

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that

1.    All existing deadlines in this action are hereby vacated, including the deadline to respond to Plaintiff's Third Amended Complaint under Fed. R. Civ. Pro. 15(a)(3);

2.    The Case Management Conference set for March 9, 2023 at 11:00 AM is vacated along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules. All associated ADR Program deadlines are likewise deferred;

3.    If the Parties' efforts to mediate do not reach a resolution of this action and the Parties do not agree that additional mediation sessions and/or negotiations, which are to be carried out reasonably promptly, would be productive to potentially resolve this action, the Parties shall inform the Court within fifteen (15) days after the mediation;

4.    In addition to informing the Court, the Parties must also meet and confer and provide the Court with a proposed schedule for briefing of Defendants' anticipated motion to dismiss the Third Amended Complaint within fifteen (15) days after the mediation; and

5.    A Joint Case Management Conference for this action, is scheduled for December 22, 2022 at 11:00 AM at which the Parties will provide the Court with an update regarding the status of the Parties' mediation efforts to the extent they have not already done so pursuant to the preceding paragraphs and, if appropriate, will discuss the case schedule for this action going forward.

**IT IS SO ORDERED.**

DATED:    August 2, 2022

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

4

STIP. & [PROPOSED] ORDER
TO CONTINUE CMC
AND VACATE EXISTING DEADLINES
CASE NO. 5:20-CV-06936

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

This certifies, pursuant to Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.

DATED:  August 2, 2022                              /s/ *Nina F. Locker*
                                                   NINA F. LOCKER

STIP. & [PROPOSED] ORDER
TO CONTINUE CMC
AND VACATE EXISTING DEADLINES
CASE NO. 5:20-CV-06936