# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

MARTIN JOSEPH ABADILLA, et al.,

Plaintiffs,

v.

PRECIGEN, INC., et al.,

Defendants.

Case No.  20-cv-06936-BLF

**ORDER RE STATUS REPORT AND CASE MANAGEMENT CONFERENCE**

On August 2, 2022, the Court issued an Order granting a stipulation by the parties to vacate all dates given the parties' scheduled mediation.  ECF No. 119.  The parties stated they would attend an in-person mediation on November 16, 2022, and the Order requires the parties to inform the Court within 15 days after mediation if the mediation was unsuccessful and they did not think additional mediation sessions and/or negotiations would be productive.  *Id.*  The Court set a further Joint Case Management Conference for December 22, 2022 for the parties to provide a status update on mediation and to discuss the case schedule moving forward.  *Id.*

The parties SHALL provide the Court a written update on the status of mediation within fifteen days of the in-person mediation set for November 16, 2022.  Further, the parties SHALL make written submissions for the Joint Case Management Conference, but there will be no appearances on December 22, 2022.

**IT IS SO ORDERED.**

Dated:  November 15, 2022

_____
BETH LABSON FREEMAN
United States District Judge