NINA F. LOCKER, State Bar No. 123838
EVAN L. SEITE, State Bar No. 274641
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com
        eseite@wsgr.com
        afrantela@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation and*
*Randal J. Kirk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE PRECIGEN SECURITIES LITIGATION | CASE NO.: 5:20-cv-06936-BLF<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING DEADLINE TO SUBMIT CASE MANAGEMENT STATEMENT**<br><br>Hon. Beth Labson Freeman |

Lead Plaintiff Raju Shah ("Plaintiff") and Defendants Precigen, Inc. f/k/a Intrexon Corporation, Randal J. Kirk, and Robert F. Walsh III ("Defendants," and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate and request the following:

WHEREAS, the Parties engaged in an in-person mediation before the Honorable Layn R. Phillips (Ret.) on November 17, 2022 (the "Mediation");

WHEREAS, the Parties are required to provide the Court with a written update on the status of the Mediation within 15 days of the Mediation (ECF No. 121);

WHEREAS, at the conclusion of the Mediation, an agreement in principle to settle the above-captioned class action was reached that would release and settle all claims at issue in this action, but Plaintiff and Defendant Precigen are still in the process of negotiating in good faith the specifics of one non-monetary aspect of the proposed settlement;

WHEREAS, the Parties are required to submit a Case Management Statement by December 15, 2022 (ECF No. 120);

WHEREAS, the Parties believe that judicial economy would be served by vacating the deadline to submit a Case Management Statement, and allowing Plaintiff and Precigen to negotiate the specifics of one non-monetary aspect of the proposed settlement as noted above;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the Parties and their undersigned counsel, subject to Court approval, as follows:

1. The Parties' obligation to submit a written update on the status of the Parties' mediation shall be deemed satisfied by the filing of this stipulation;

2. The Parties' deadline to submit a Case Management Statement set for December 15, 2022 shall be vacated; and

3. The Parties shall provide a written status update to the Court by or before January 20, 2023.

**IT IS SO STIPULATED.**

1

DATED:  December 1, 2022

WILSON SONSINI GOODRICH & ROSATI
PROFESSIONAL CORPORATION

*/s/ Nina F. Locker*
    NINA F. LOCKER

650 Page Mill Road
Palo Alto, CA  94304
Telephone (650) 493-9300
Facsimile: (650) 565-5100
Email: nlocker@wsgr.com

*Counsel for Defendants Precigen, Inc. f/k/a
Intrexon Corporation and Randal J. Kirk*

DATED:  December 1, 2022

NORTON ROSE FULBRIGHT US LLP

*/s/ Peter A. Stokes*
    PETER A. STOKES

98 San Jacinto Boulevard
Suite 1100
Austin, TX 78701
Telephone: (512) 474-5201
Facsimile: (512) 536-4598
peter.stokes@nortonrosefulbright.com

*Counsel for Defendant Robert F. Walsh III*

DATED:  December 1, 2022

SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ William C. Fredericks*
    WILLIAM C. FREDERICKS

230 Park Avenue, 17th Floor
New York, NY 10169
212-223-6464
Telephone: (212) 223-6464
Facsimile: (212) 223-6334
Email: wfredericks@scott-scott.com

*Lead Counsel for the Putative Class and for Lead
Plaintiff Raju Shah*

2

STIP. & [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER VACATING
DEADLINE TO SUBMIT CASE MANAGEMENT STMT.
CASE NO. 5:20-CV-06936

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE HAVING BEEN SHOWN**, it is hereby ordered that

1.      The Parties' obligation to submit a written update on the status of the Parties' mediation is satisfied;

2.      The Parties' deadline to submit a Case Management Statement set for December 15, 2022 is vacated; and

3.      The Parties shall provide a written status update to the Court by or before January 20, 2023.

**IT IS SO ORDERED.**

DATED:    December 2, 2022

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

3

STIP. & [PROPOSED] ORDER VACATING
DEADLINE TO SUBMIT CASE MANAGEMENT STMT.
CASE NO. 5:20-CV-06936

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(h)(3)**

This certifies, pursuant to Local Rule 5-1(h)(3), that all signatories to this document concur in its content and have authorized this filing.


DATED:  December 1, 2022                          /s/ *Nina F. Locker*
                                                           NINA F. LOCKER

4

STIP. & [PROPOSED] ORDER VACATING
DEADLINE TO SUBMIT CASE MANAGEMENT STMT.
CASE NO. 5:20-CV-06936