# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al., | Case No.  20-cv-06936-BLF |
| Plaintiffs, | |
| v. | **ORDER DIRECTING PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OR STATUS UPDATE BY FEBRUARY 24, 2023** |
| PRECIGEN, INC., et al., | |
| Defendants. | |

On January 20, 2023, the parties filed a status report stating that they had concluded negotiations to settle this matter.  ECF No. 124.  The parties anticipate that they will finalize "long form" settlement papers by no later than February 17, 2023, and that Plaintiff Raju Shah ("Plaintiff") will file a motion for preliminary approval by February 24, 2023.  *Id.* ¶ 4.

The Court hereby ORDERS that Plaintiff SHALL file a motion for preliminary approval or a further written status report by no later than February 24, 2023.

**IT IS SO ORDERED.**

Dated:  January 23, 2023

_____

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California