# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>PRECIGEN, INC., et al.,<br><br>　　　　Defendants. | Case No. 20-cv-06936-BLF<br><br>**ORDER DIRECTING PARTIES TO FILE MOTION FOR PRELIMINARY APPROVAL OR FURTHER STATUS REPORT BY MARCH 7, 2023** |

The Court has reviewed the parties' status report filed on February 24, 2023. ECF No. 126. The parties state that they anticipate that they will finalize and execute the relevant "long-form" settlement papers by March 3, 2023, and that an appropriate motion for preliminary approval will be filed by March 7, 2023. *Id.*

The Court hereby ORDERS that Plaintiff SHALL file a motion for preliminary approval or a further written status report by no later than March 7, 2023.

**IT IS SO ORDERED.**

Dated: February 24, 2023

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge