# EXHIBIT A

**Case Name:**      *Abadilla, et al. v. Precigen, Inc., et al.*, Case No. 5:20-cv-06936-BLF
**Firm Name:**      Scott+Scott Attorneys at Law LLP
**Relevant Period:** Inception of action through and including July 7, 2023 (date of Order granting Preliminary Approval)

| PROFESSIONAL | STATUS[1] | HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR AT HOURLY RATES |
|---|---|---|---|---|
| David Scott | P | $1,595 | 34.50 | $ 55,027.50 |
| John Jasnoch | P | $1,095 | 35.40 | $ 38,763.00 |
| Michael Burnett | P | $1,195 | 31.30 | $ 37,403.50 |
| Thomas Laughlin | P | $1,095 | 103.10 | $ 112,894.50 |
| William Fredericks | P | $1,395 | 565.10 | $ 788,314.50 |
| Kristen Anderson | OC | $1,050 | 50.90 | $ 53,445.00 |
| Emilie Kokmanian | A | $695 | 51.50 | $ 35,792.50 |
| Jeffrey Jacobson | A | $625 | 463.00 | $ 289,375.00 |
| Rhiana Swartz | A | $795 | 63.80 | $ 50,721.00 |
| Ana DelCastillo | SA | $675 | 134.90 | $ 91,057.50 |
| J. Alex Vargas | I | $675 | 325.70 | $ 219,847.50 |
| Sinai Megibow | I | $550 | 166.60 | $ 91,630.00 |
| Michelle Petrick | I | $415 | 24.00 | $ 9,960.00 |
| Allen West | PL | $415 | 66.70 | $ 27,680.50 |
| Devin Colonna | PL | $395 | 54.40 | $ 21,488.00 |
| Ellen Dewan | PL | $395 | 13.70 | $ 5,411.50 |
| Michael Himes | PL | $415 | 16.60 | $ 6,889.00 |
| Sumner Caesar | PL | $415 | 42.30 | $ 17,554.50 |
| Toby Saviano | PL | $395 | 36.20 | $ 14,299.00 |
| **TOTAL** | | | **2,279.70** | **$ 1,967,554.00** |

---

[1]   P = Partner; OC = Of Counsel; A = Associate; SA = Staff Attorney; I = Investigator; and P = Paralegal.