**EXHIBIT B**

**Case Name:**       *Abadilla, et al. v. Precigen, Inc., et al.*, Case No. 5:20-cv-06936-BLF
**Firm Name:**       Scott+Scott Attorneys at Law LLP
**Relevant Period:**   Inception of action through and including July 7, 2023 (date of Order granting Preliminary Approval)

Categories:
(1)   Factual Investigation
(2)   Pleadings
(3)   Discovery
(4)   Case Management/Client Communication
(5)   Motions and Legal Research
(6)   Court Appearances/Preparation
(7)   Experts/Consultants
(8)   Settlement/Mediation
(9)   Litigation Strategy/Analysis
(10)  Trial/Preparation

| Name | | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | Total Hours | Rate ($) | Total Lodestar ($) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David Scott | P | - | 2.00 | - | - | - | - | - | 32.50 | - | - | 34.50 | 1,595.00 | 55,027.50 |
| John Jasnoch | P | 14.10 | 4.10 | - | - | 13.30 | 3.90 | - | - | - | - | 35.40 | 1,095.00 | 38,763.00 |
| Mike Burnett | P | 31.30 | - | - | - | - | - | - | - | - | - | 31.30 | 1,195.00 | 37,403.50 |
| Thomas Laughlin | P | 26.00 | 47.90 | - | - | 25.00 | - | - | 4.20 | - | - | 103.10 | 1,095.00 | 112,894.50 |
| William Fredericks | P | 19.10 | 94.10 | 5.90 | 4.90 | 67.50 | 22.50 | 65.50 | 285.00 | 0.60 | - | 565.10 | 1,395.00 | 788,314.50 |
| Kristen Anderson | OC | - | - | - | - | - | 3.60 | - | 47.30 | - | - | 50.90 | 1,050.00 | 53,445.00 |
| Emilie Kokmanian | A | - | - | 41.70 | - | - | - | 1.60 | 0.60 | 7.60 | - | 51.50 | 695.00 | 35,792.50 |
| Jeffrey Jacobson | A | 63.10 | 161.60 | 24.90 | 0.10 | 93.10 | 13.70 | 6.10 | 95.80 | 4.60 | - | 463.00 | 625.00 | 289,375.00 |
| Rhiana Swartz | A | 3.30 | 0.20 | - | 4.00 | 50.20 | 1.20 | - | - | 4.90 | - | 63.80 | 795.00 | 50,721.00 |
| Ana DelCastillo | SA | - | - | 134.90 | - | - | - | - | - | - | - | 134.90 | 675.00 | 91,057.50 |
| Alex Vargas | I | 317.10 | 0.80 | - | - | - | - | - | - | 7.80 | - | 325.70 | 675.00 | 219,847.50 |
| Sinai Megibow | I | 166.60 | - | - | - | - | - | - | - | - | - | 166.60 | 550.00 | 91,630.00 |
| Michelle Petrick | I | 24.00 | - | - | - | - | - | - | - | - | - | 24.00 | 415.00 | 9,960.00 |
| Allen West | PL | 44.30 | 20.80 | - | - | 1.20 | - | - | 0.40 | - | - | 66.70 | 415.00 | 27,680.50 |
| Devin Colonna | PL | 13.00 | 12.70 | - | 0.20 | 28.50 | - | - | - | - | - | 54.40 | 395.00 | 21,488.00 |
| Ellen DeWan | PL | - | 10.00 | - | - | 3.20 | 0.50 | - | - | - | - | 13.70 | 395.00 | 5,411.50 |
| Michael Himes | PL | - | - | - | 1.70 | 12.10 | - | - | 2.80 | - | - | 16.60 | 415.00 | 6,889.00 |
| Sumner Caesar | PL | - | 14.50 | - | - | - | - | - | 27.80 | - | - | 42.30 | 415.00 | 17,554.50 |
| Toby Saviano | PL | 35.80 | - | - | - | 0.40 | - | - | - | - | - | 36.20 | 395.00 | 14,299.00 |
| **Totals** | **-** | **757.70** | **368.70** | **207.40** | **10.90** | **294.50** | **45.40** | **73.20** | **496.40** | **25.50** | **-** | **2,279.70** | **-** | **1,967,554.00** |