## EXHIBIT C

**Case Name:**      *Abadilla, et al. v. Precigen, Inc., et al.*, Case No. 5:20-cv-06936-BLF
**Firm Name:**      Scott+Scott Attorneys at Law LLP
**Relevant Period:** Inception of action through the present

| EXPENSE | AMOUNT |
|---|---|
| Courier | $ 83.79 |
| Court Reporters/Transcripts | $ 213.65 |
| Document Production/Storage | $ 7,262.81 |
| Expert | $ 28,948.87 |
| Filing, Witness & Other Fees | $ 2,956.85 |
| Mediation | $ 32,500.00 |
| On-Line Research | $ 12,657.93 |
| Photocopies | $ 3,144.52 |
| Press Releases | $ 250.00 |
| Telephone, Facsimile | $ 447.03 |
| Travel (Meals, Hotels & Transportation) | $ 222.57 |
| **TOTAL** | **$ 88,688.02** |