# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

MARTIN JOSEPH ABADILLA,

   Plaintiff

v.

PRECIGEN, INC., et al.,

   Defendants

*This Document Relates to:*

*ALL CONSOLIDATED ACTIONS*

Case No.: 5:20-cv-06936-BLF

<u>CONSOLIDATED CLASS ACTION</u>

**DECLARATION OF ADAM D. WALTER REGARDING:**
**(A) MAILING OF NOTICE AND CLAIM FORM;**
**(B) PUBLICATION OF SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION RECEIVED TO DATE**

DECLARATION OF ADAM D. WALTER
Case No. 5:20-cv-06936-BLF

I, Adam D. Walter, declare and state as follows:

1. I am a Director at A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). Pursuant to the Court's July 7, 2023 Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, for Issuance of Notice to the Class, and for Scheduling of Fairness Hearing (ECF No. 135, the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action.[1] The following statements are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

## DISSEMINATION OF THE NOTICE PACKET

2. Pursuant to the Preliminary Approval Order, A.B. Data mailed to potential Settlement Class Members the Notice of: (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Notice") and the Proof of Claim and Release Form (the "Claim Form") (collectively, the Notice and Claim Form are referred to as the "Notice Packet"). A copy of the Notice Packet is attached hereto as Exhibit A.

3. On July 12, 2023, A.B. Data received an electronic file from Lead Counsel containing the names and addresses of record holders of Precigen common stock provided by Defendants' Counsel.[2] A.B. Data extracted these records from the file and, after de-duplication, there remained 451 unique names and addresses. A.B. Data formatted the Notice Packet, and caused it to be printed, personalized with the name and address of each of these listed record

---

[1] Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated March 1, 2023 (ECF No. 128, the "Stipulation").

[2] As the face of the Notice and Summary Notice both make clear, prior to January 1, 2020 Precigen, Inc. was known as Intrexon Corporation. Similarly, all references herein to "Precigen common stock" (ticker symbol "PGEN") include references to what was, prior to the company's decision to change its name, known as "Intrexon common stock (ticker symbol "XON").

DECLARATION OF ADAM D. WALTER
Case No. 5:20-cv-06936-BLF

1

holders, and then posted them by first-class mail, postage prepaid, to each these 451 potential Settlement Class Members (or Settlement Class Member "nominee" holders) on July 28, 2023.

4.     As in most class actions of this nature, where the class members consist of purchasers of shares of publicly traded common stock, the large majority of potential Settlement Class Members are not record holders of the stock but are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee (collectively "Nominees"), on behalf of the beneficial purchasers.  To provide individual notice to those beneficial owners, A.B. Data works with these Nominees, who actually possess the best information regarding the identities, current addresses, and relevant trading records of the beneficial owners (who are the actual Class Members).  A.B. Data maintains and updates an internal list of the largest banks, brokers and other Nominees.  At the time of the initial mailing, A.B. Data's internal list of these Nominees contained 4,967 mailing records.  On July 28, 2023, A.B. Data caused a further Notice Packets to be mailed to the 4,967 mailing records contained in its internal list of Nominees.

5.     In total, 5,418 copies of the Notice Packet were mailed to potential Settlement Class Members and Nominees by first-class mail on July 28, 2023.

6.     The A.B. Data cover letter that accompanied these mailings (as well as a separate email that A.B. Data sent to the brokers and Nominees) advised these recipients that the Court had directed that all entities that purchased or otherwise acquired Precigen common stock during the Class Period for the beneficial interest of another were required, no later than seven (7) calendar days after such Nominees' receipt of the Notice, to either: (i) send a copy of the Notice Packet by first class mail to all such beneficial owners; or (ii) provide A.B. Data with the names and addresses of such beneficial owners (so that A.B. Data could make such mailings to beneficial owners).

7.     A.B. Data monitored the responses received from brokers and other Nominees and followed up by email, and if necessary by phone, to ensure that Nominees provided timely

responses to A.B. Data's mailing, and that Nominees had in fact either (a) requested Notice Packets to forward themselves, or (b) had provided names and addresses of beneficial owners A.B. Data so that my firm could then send them to beneficial holders. Through September 11, 2023, A.B. Data has (1) mailed an additional 14,443 Notice Packets to potential members of the Settlement Class whose names and addresses were received from individuals, entities, or Nominees who requested that my firm mail Notice Packets to such beneficial holders, and (2) mailed another 52,630 Notice Packets to Nominees who requested Notice Packets so that they could forward them to their customers. My firm has timely responded to each request received for additional Notice Packets, and will continue to timely respond to any additional requests received.

8.     In sum, as of September 11, 2023, an aggregate of 72,491 Notice Packets have been disseminated to potential Settlement Class Members and Nominees by first-class mail, either directly or through their Nominees. In addition, A.B. Data has re-mailed 585 Notice Packets to persons whose original mailing was returned to us by the U.S. Postal Service, and for whom updated addresses were provided to A.B. Data by the Postal Service. The U.S. Postal Service has returned 67 Notice Packets as undeliverable for which A.B. Data has not obtained an updated address.

## PUBLICATION OF THE SUMMARY NOTICE

9.     Pursuant to the Preliminary Approval Order, A.B. Data also caused the Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses (the "Summary Notice") to be published in *Investor's Business Daily* and to be transmitted over the internet via the *PR Newswire* service on August 14, 2023. Attached as Exhibits B and C, respectively, are a copy of the Summary Notice as it appeared in *Investor's Business Daily* and a screen shot attesting to the transmittal of the Summary Notice over the *PR Newswire*. As noted therein, the Summary Notice advised that potential Class Members (including those who might not have received a copy of the Notice Packet by mail) that they could obtain additional copies of the Notice and other

information by calling the dedicated toll-free number (866 540-4950) or accessing the dedicated "www.PrecigenSecuritiesLitigation.com" website, as further described below.

**CALL CENTER SERVICES**

10.    A.B. Data also established a toll-free phone number for the Settlement, (866) 540-4950, which was set forth in the Notice, the Claim Form, the Summary Notice, and on the Settlement website.

11.    The toll-free number connects callers with an Interactive Voice Recording ("IVR").  The IVR provides callers with pre-recorded information, including a brief summary about the Action and the option to request a copy of the Notice Packet.  The toll-free telephone line with pre-recorded information is available 24 hours a day, 7 days a week.  A.B. Data made the IVR available on July 28, 2023, the same date that A.B. Data began mailing the Notice Packets.

12.    In addition, from 8:00 a.m. to 5:00 p.m. Pacific time, callers are able to speak to a live operator regarding the status of the Action and/or obtain answers to questions about the Settlement or how to submit a claim.  During non-business hours, callers may leave a message for an agent to call them back.

13.    Since September 11, 2023, A.B. Data has received 31 in-bound calls to the toll-free helpline, which included 58 minutes spent by callers interacting with the IVR and 64 minutes speaking with A.B. Data's live operators.  A.B. Data has made 8 out-bound calls to respond to messages left or to follow up on earlier communications.  A.B. Data has also received a total of 22 emails or letters, to which A.B. Data has responded promptly where a response was necessary.

**SETTLEMENT WEBSITE**

14.    A.B. Data also established, and has continued to maintain, a website dedicated to this Settlement (www.PrecigenSecuritiesLitigation.com) to provide additional information to Settlement Class Members.  Users of the website can download copies of the Notice, the Claim Form, the Stipulation, and the Preliminary Approval Order, among other relevant documents. The website address was set forth in the Notice, the Summary Notice, and on the Claim Form.

The website was operational beginning on July 28, 2023, and is accessible 24 hours a day, 7 days a week. A.B. Data will continue operating, maintaining and, as appropriate, updating the website until the conclusion of this administration.

**REQUESTS FOR EXCLUSION RECEIVED TO DATE**

15. The Notice informed potential members of the Settlement Class wishing to exclude themselves from the Class must ensure that there exclusion requests mailed or otherwise delivered to *Precigen Securities Litigation Settlement*, EXCLUSIONS, c/o A.B. Data, Ltd., P.O. Box 173001, Milwaukee, WI 53217, and postmarked no later than September 26, 2023. The Notice also sets forth the information that must be included in each request for exclusion. A.B. Data has been monitoring all mail delivered to that Post Office Box. As of September 11, 2023, A.B. Data has received one (1) request for exclusion from the Settlement Class. A.B. Data will submit a supplemental declaration after the September 26, 2023 deadline for requesting exclusion that will address all requests for exclusion that are received.

16. Although the Notice provides that objections to any aspect of the Settlement are to be electronically filed with or mailed to the Court – rather than sent to the Claims Administrator -- by the same September 26, 2023 deadline, I note for the sake of completeness that A.B. Data has also not received any objections to date.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on September 11th, 2023.


_____
Adam D. Walter

DECLARATION OF ADAM D. WALTER
Case No. 5:20-cv-06936-BLF