# EXHIBIT B

INVESTORS.COM

# MUTUAL FUND PERFORMANCE

WEEK OF AUGUST 14, 2023    **A11**

**BIG CAP GROWTH ETF (SPYG) VS SMALL CAP GROWTH ETF (SLYG)**

| | | |
|---|---|---|
| Apple Inc (AAPL) | 12.63% | NeoGenomics Inc (NEO) | 1.35% |
| Microsoft Corp (MSFT) | 10.02% | Cleveland-Cliffs Inc (CLF) | 1.31% |
| Amazon.com Inc (AMZN) | 8.27% | Yeti Holdings Inc (YETI) | 1.16% |
| Facebook Inc Cl A (FB) | 3.91% | Omnicell Inc (OMCL) | 1.14% |
| Tesla Inc (TSLA) | 3.19% | Brooks Automation (BRKS) | 1.13% |

When the line is heading up, big cap growth funds are outperforming small cap growth funds

**GROWTH ETF (IUSG) VS VALUE ETF (IUSV)**

| | | |
|---|---|---|
| Apple Inc (AAPL) | 11.88% | Berkshire Hathaway (BRKB) | 2.84% |
| Microsoft Corp (MSFT) | 9.42% | J P Morgan Chase (JPM) | 2.43% |
| Amazon.com Inc (AMZN) | 7.78% | Walt Disney Company (DIS) | 2.06% |
| Facebook Inc Cl A (FB) | 3.68% | Johnson & Johnson (JNJ) | 1.56% |
| Tesla Inc (TSLA) | 3.00% | Verizon Communications (VZ) | 1.53% |

When the line is heading up, growth funds are outperforming value funds

## Top Growth Funds
Last 3 months (all total returns)

| Mutual Fund | % Change Last 3 Mos | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Fairholme:Fairholme | +38 | A+ | 1.213 bil |
| Rydex:NASDAQ 2x | +26 | A | 646.50 mil |
| ProFunds:UltraNASDAQ | +26 | A | 717.90 mil |
| Hennessy:Crnst Gro | +21 | A+ | 143.70 mil |
| Kinetics:Paradigm | +20 | A+ | 320.20 mil |
| Baron Partners Fund | +20 | A+ | 3.398 bil |
| Opportunity | +17 | D+ | 629.50 mil |
| Hennessy:Crnst MdCp | +17 | A+ | 253.40 mil |
| Avantis US SCV | +17 | A+ | 412.20 mil |
| Royce Fd:SC Tot Ret | +17 | A | 613.60 mil |
| Hodges | +16 | A+ | 155.50 mil |
| Royce Fd:Micr-Cp | +16 | A+ | 160.30 mil |
| Fidelity Sel Comm Serv | +16 | B- | 942.90 mil |
| Columbia:SmCp Val I | +16 | A+ | 501.60 mil |
| Wasatch:Sm Cap Val | +15 | A | 603.40 mil |
| Columbia:Sel Gl Tch | +15 | A+ | 1.152 bil |
| Fidelity BlueChp G;Series | +15 | A- | 8.858 bil |
| Lyrical US Val Eqty | +15 | A+ | 547.50 mil |
| Fidelity Sel Cnsmr Dsc | +15 | B | 470.00 mil |
| Fidelity Blue Chip Gr | +15 | A- | 42.882 bil |
| Fidelity Adv Cns Dis | +15 | B | 194.90 mil |
| Rydex:S&P 500 2x | +15 | A | 193.70 mil |
| Hotchkis:Sm Cap Val | +15 | A+ | 626.40 mil |
| Kinetics:SC Oppty | +15 | A+ | 210.00 mil |
| VNFJ Sm-Cp Val | +15 | A | 225.80 mil |

## Top Growth Funds
Last 3 years (all total returns)

| Mutual Fund | % Change YTD | Rating 36 mos | $ Net Assets |
|---|---|---|---|
| Third Avenue:Value | +15 | A+ | 723.10 mil |
| Kinetics:SC Oppty | -11 | A+ | 210.00 mil |
| Oberweis:Micro-Cap | +16 | A+ | 206.30 mil |
| Hotchkis:Sm Cap Val | +12 | A+ | 626.40 mil |
| Hennessy:Crnst MdCp | +23 | A+ | 253.40 mil |
| Avantis US SCV | +12 | A+ | 412.20 mil |
| Kinetics:Paradigm | -13 | A+ | 320.20 mil |
| Fairholme:Fairholme | +51 | A+ | 1.213 bil |
| Undsc Mgr:Beh Val | +7 | A | 2.456 bil |
| Oberweis:Sm-Cap Opp | +15 | A+ | 205.60 mil |
| Baron Partners Fund | +37 | A+ | 3.398 bil |
| Victory:Integrity SCV | +11 | A+ | 771.50 mil |
| Fidelity Value Strat | +14 | A+ | 537.30 mil |
| Fidelity Value Fund | +7 | | 7.117 bil |
| Fidelity Adv Val | +12 | A+ | 158.70 mil |
| Hennessy:Crnst Gro | +12 | A+ | 143.70 mil |
| Victory:RS Partners | +12 | A+ | 223.10 mil |
| Victory:Integ SMCV | +11 | A+ | 190.70 mil |
| FMI:Common Stock | +15 | A+ | 503.00 mil |
| Hodges Small Cap | +14 | A+ | 143.60 mil |
| Columbia:SmCp Val I | +14 | A+ | 501.60 mil |
| Fidelity Sm Cap Val | +11 | A+ | 2.512 bil |
| Fidelity Adv SC Val | +11 | A+ | 1.118 bil |
| Principal:SCV II | +12 | A+ | 176.50 mil |
| SouthernSun SC | +12 | A+ | 347.20 mil |

**U.S. Stock Fund Cash Position    High (11/00) 6.2%    Low (12/21) 1.5%**

| | | | | | |
|---|---|---|---|---|---|
| 22-Jan | 1.80% | 22-Jul | 2.40% | 23-Jan | 2.30% |
| 22-Feb | 1.90% | 22-Aug | 2.50% | 23-Feb | 2.26% |
| 22-Mar | 2.00% | 22-Sep | 2.50% | 23-Mar | 2.17% |
| 22-Apr | 2.10% | 22-Oct | 2.50% | 23-Apr | 2.22% |
| 22-May | 2.20% | 22-Nov | 2.50% | 23-May | 2.05% |
| 22-Jun | 2.40% | 22-Dec | 2.40% | 23-Jun | 2.35% |

[Extensive mutual fund performance data tables follow, organized by fund family, with columns for 36 Mo Performance Rating, Fund name, YTD % Chg, 12 Wk % Chg, 5 Yr After Tax Rtn, Net Asset Value, and NAV Chg.]

## LEGAL NOTICE

### IF YOU PURCHASED FEI OR TRIBE TOKENS IN THE GENESIS EVENT YOU COULD RECEIVE A PAYMENT FROM A CLASS ACTION SETTLEMENT

A settlement has been proposed in a class action lawsuit concerning the sale of "FEI" or "TRIBE" tokens through the Fei Protocol in an initial sale conducted between March 31, 2021 and April 3, 2021, called the "Genesis Event." The Settlement will provide $17,850,000.00 to pay claims to persons and entities who purchased FEI or TRIBE tokens in the Genesis Event. If you qualify, you can submit a Proof of Claim form to get your share of the settlement, exclude yourself from the settlement to retain your right to sue, or object to the settlement. The amount of your claim could be substantial.

The Superior Court of California for San Francisco County authorized this notice. Before any money is paid, the Court will have a hearing to decide whether to approve the settlement.

**WHO IS INCLUDED IN THE SETTLEMENT?**

You are a class member and could get a payment if you purchased the digital assets FEI or TRIBE in exchange for ETH in the Genesis Event conducted between March 31, 2021 and April 3, 2021, including if you "pre-swapped" your FEI token allocation for TRIBE.

If you are not sure if you are included, you can get more information, including a detailed notice and class definition, at **www.FEITRIBESecuritiesSettlement.com** or by calling toll free 888-427-9229.

**WHAT IS THIS LAWSUIT ABOUT?**

The lawsuit claims that the sale of FEI and TRIBE tokens in the Genesis Event was a sale of unregistered securities. The plaintiff claims that this entitles persons who purchased FEI and TRIBE tokens directly from the Fei Protocol in the Genesis Event to get compensation. The defendants deny any wrongdoing, and the Court has not found that any defendant has committed wrongdoing.

**WHAT DOES THE SETTLEMENT PROVIDE?**

The settlement creates a fund of $17,850,000.00 ("Settlement Fund") that will be used to pay class claims, settlement administration costs, taxes, attorneys' fees and costs, and a potential service award to the plaintiff. The Net Settlement Fund, which is the amount left over after the Court approves any notice, claims and administration costs, taxes and tax expenses, attorneys' fees and costs, a potential service award to the Plaintiff who brought this lawsuit, and other Court-approved deductions, will be divided pro rata among all class members who timely file a valid Proof of Claim form and do not exclude themselves from the settlement. The Net Settlement Fund is estimated to be at least $13 million, if the Court approves the payment of notice, claims and administration costs, attorneys' fees and costs, and a service award for Plaintiff in the full amounts sought.

Your share of the Net Settlement Fund will depend on the total number of valid claims submitted, the amount of FEI and TRIBE tokens you purchased, and the amount you recouped or could recoup from selling or surrendering the tokens. All of the $17,850,000.00 fund will be paid out. Generally, if you bought more FEI and TRIBE tokens, and have more losses, you will receive a greater payment. If you bought fewer FEI and TRIBE tokens, and have fewer losses, you will receive a lesser payment.

**HOW DO YOU REQUEST A PAYMENT?**

To qualify for a payment, you must submit a valid Proof of Claim form and supporting documentation. You can download a paper version of the Proof of Claim form or submit one online at the Settlement Website **www.FEITRIBESecuritiesSettlement.com**. Proof of Claim forms are due by October 1, 2023.

**WHAT ARE YOUR OTHER OPTIONS?**

If you do not want to be legally bound by the settlement, you must exclude yourself by September 6, 2023, or you will not be able to sue or continue to sue the defendants about the legal claims in this case. If you exclude yourself, you cannot get money from the settlement. That means if you stay in the class, you may object to the settlement by October 1, 2023. For further information about your rights to object or to request exclusion from the settlement, you may visit **www.FEITRIBESecuritiesSettlement.com**, and in particular, the full Long Form Notice, which can be found at **www.FEITRIBESecuritiesSettlement.com/long-form-notice.pdf**.

The Court will hold a hearing on October 27, 2023 at 10:00 a.m. to consider whether to approve the settlement, and a request by the lawyers representing class members for approximately $4,500,000.00 in attorneys' fees and costs for investigating the facts, litigating the case, and negotiating the settlement, as well as a service award of up to $10,000.00 for plaintiff for litigating class members' claims. These requested fees, costs, and service award would represent approximately 25% of the settlement fund if approved. You may request to appear at the hearing, but you do not have to.

For more information, you may call toll free 888-427-9229, visit the website www.FEITRIBESecuritiesSettlement.com, email info@FEITRIBESecuritiesSettlement.com, or write to FEI TRIBE Securities Settlement, P.O. Box 25243, Santa Ana, CA 92799.

**PLEASE DO NOT TELEPHONE THE COURT OR THE CLERK'S OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIMS PROCESS.**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

MARTIN JOSEPH ABADILLA, et al.,
    Plaintiffs,
v.
PRECIGEN, INC., et al.,
    Defendants.

Case No.: 5:20-cv-06936-BLF

CONSOLIDATED CLASS ACTION

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR ATTORNEY'S FEES AND LITIGATION EXPENSES**

**TO:** All Persons and entities who purchased or otherwise acquired publicly traded shares of the common stock of Precigen Inc. (f/k/a Intrexon Corporation) ("Precigen") (ticker: PGEN, formerly XON) between May 10, 2017 and September 25, 2020, inclusive (the "Class Period") and were damaged thereby (the "Settlement Class"):[1]

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United State District Court for the Northern District of California (the "Court"), that the above-captioned litigation (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that the Lead Plaintiff in the Action, Raju Shah, has reached a proposed settlement of the Action with Defendants Precigen, its former chief executive officer, Randal J. Kirk, and its former officer, Robert F. Walsh III (collectively, the "Defendants"), that, if approved, will (i) provide for the payment of U.S. $13,000,000.00 in cash for the benefit of the Settlement Class, and (ii) resolve, settle, dismiss and release all claims asserted in the Action against the Defendants (and their Related Persons).

A hearing will be held on October 19, 2023 at 9:00 a.m. Pacific Time, before the Hon. Beth Labson Freeman by telephone or videoconference. At the hearing, the Court will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against all Defendants, and whether the releases specified and described in the Stipulation and Agreement of Settlement, dated March 1, 2023 (and in the Notice) should be granted; (iii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiff should be certified as Class Representative for the Settlement Class, and Scott+Scott Attorneys at Law LLP ("Plaintiff's Lead Counsel") should be appointed as Class Counsel; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (v) whether Plaintiff's counsel's application for an award of attorney's fees and reimbursement of litigation expenses (including an award to the Lead Plaintiff) should be approved.

**If you are a member of the Settlement Class (a "Settlement Class Member"), your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**. If you have not yet received the Notice and Claim Form, you may obtain copies of these documents by contacting the Claims Administrator, A.B. Data, Ltd., at Precigen Securities Litigation, c/o A.B. Data, P.O. Box 173117, Milwaukee, WI 53217, 1-866-540-4950. Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator at www.PrecigenSecuritiesLitigation.com.

If you are a Settlement Class Member, to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form (postmarked *if mailed*, or *online*, **no later than November 25, 2023**, in accordance with the instructions set forth in the Claim Form. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any releases, judgments, or orders entered by the Court in the Action.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is **postmarked no later than September 26, 2023**, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Plaintiff's Counsel's Fee and Expense Application, must be filed with the Court and delivered to Plaintiff's Counsel and defendant Precigen's counsel such that they are **filed or postmarked no later than September 26, 2023**, in accordance with the instructions set forth in the Notice.

**Please do *not* contact the Court, the Clerk's office, Precigen, the other Defendants, or their counsel regarding this notice.** All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Plaintiff's Lead Counsel or the Claims Administrator.

Inquiries, other than requests for the Notice and Claim Form, should be made to:

SCOTT+SCOTT ATTYS AT LAW LLP
William C. Fredericks, Esq.
The Helmsley Building
230 Park Ave., 17th Floor
New York, NY 10169
1-800-404-7770
scottcases@scott-scott.com

Requests for the Notice and Claim Form should be made to:

*Precigen Securities Litigation Settlement*
c/o A.B. Data
P.O. Box 173117
Milwaukee, WI 53217
www.PrecigenSecuritiesLitigation.com

BY ORDER OF THE COURT

[1] Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the long-form Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Attorney's Fees and Litigation Expenses (the "Notice"), a copy of which may be downloaded from the settlement website maintained by the Claims Administrator at www.PrecigenSecuritiesLitigation.com.

©2023 Investor's Business Daily, LLC. All rights reserved.