# EXHIBIT C

# Scott+Scott Attorneys at Law LLP Announce Pendency of Class Action And Proposed Settlement For All Persons and Entities Who Purchased or Otherwise Acquired Publicly Traded Shares of the Common Stock of Precigen Inc., Between May 10, 2017 and September 25, 2020, Inclusive

NEWS PROVIDED BY

**Scott+Scott Attorneys at Law LLP →**
14 Aug, 2023, 10:00 ET

NEW YORK, Aug. 14, 2023 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al. <br><br> Plaintiffs, <br><br> v. <br><br><br> PRECIGEN, INC., et al., <br> Defendants. | Case No.: 5:20-cv-06936-BLF <br><br><br> <u>CONSOLIDATED CLASS ACTION</u> |

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND**

**PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING;**

**<u>AND (III) MOTION FOR ATTORNEY'S FEES AND LITIGATION EXPENSES</u>**

TO:   All Persons and entities who purchased or otherwise acquired publicly traded shares of the common stock of Precigen Inc. (f/k/a Intrexon Corporation) ("Precigen") (ticker: PGEN, formerly XON) between May 10, 2017 and September 25, 2020, inclusive (the "Class Period") and were damaged thereby (the "Settlement Class"):[1]

**PLEASE READ THIS NOTICE CAREFULLY, YOUR RIGHTS MAY BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United State District Court for the Northern District of California (the "Court"), that the above-captioned litigation (the "Action") is pending in the Court.

YOU ARE ALSO NOTIFIED that the Lead Plaintiff in the Action, Raju Shah, has reached a proposed settlement of the Action with Defendants Precigen, its former chief executive officer, Randal J. Kirk, and its former officer, Robert F. Walsh III (collectively, the "Defendants"), that, if approved, will (i) provide for the payment of U.S. $13,000,000.00 in cash for the benefit of the Settlement Class, and (ii) resolve, settle, dismiss and release all claims asserted in the Action against the Defendants (and their Related Persons).

A hearing will be held on October 19, 2023 at 9:00 a.m. Pacific Time, before the Hon. Beth Labson Freeman by telephone or videoconference.  At the hearing, the Court will determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against all Defendants, and whether the releases specified and described in the Stipulation and Agreement of Settlement, dated March 1, 2023 (and in the Notice) should be granted; (iii) whether, for purposes of the proposed Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiff should be certified as Class Representative for the Settlement Class, and Scott+Scott Attorneys at Law LLP ("Plaintiff's Lead Counsel") should be appointed as Class Counsel; (iv) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (v) whether Plaintiff's counsel's application for an award of attorney's fees and reimbursement of litigation expenses (including an award to the Lead Plaintiff) should be approved.

**If you are a member of the Settlement Class (a "Settlement Class Member"), your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund**.  If you have not yet received the Notice and Claim Form, you may obtain

copies of these documents by contacting the Claims Administrator, A.B. Data, Ltd., at Precigen Securities Litigation, c/o A.B. Data, P.O. Box 173117, Milwaukee, WI 53217, 1-866-540-4950.  Copies of the Notice and Claim Form can also be downloaded from the website maintained by the Claims Administrator at www.PrecigenSecuritiesLitigation.com.

If you are a Settlement Class Member, to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form **postmarked (if mailed), or online, no later than November 25, 2023**, in accordance with the instructions set forth in the Claim Form.  If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement but you will nevertheless be bound by any releases, judgments, or orders entered by the Court in the Action.

If you are a Settlement Class Member and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion such that it is **postmarked no later than September 26, 2023**, in accordance with the instructions set forth in the Notice.  If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Plaintiff's Counsel's Fee and Expense Application, must be filed with the Court and delivered to Plaintiff's Counsel and defendant Precigen's counsel such that they are **filed or postmarked no later than September 26, 2023**, in accordance with the instructions set forth in the Notice.

**Please do _not_ contact the Court, the Clerk's office, Precigen, the other Defendants, or their counsel regarding this notice.  All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Plaintiff's Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to:

SCOTT+SCOTT ATTORNEYS AT LAW LLP

William C. Fredericks, Esq.

The Helmsley Building

230 Park Ave., 17th Floor

New York, NY 10169

1-800-404-7770

scottcases@scott-scott.com


Requests for the Notice and Claim Form should be made to:


*Precigen Securities Litigation Settlement*

c/o A.B. Data

P.O. Box 173117

Milwaukee, WI 53217

www.PrecigenSecuritiesLitigation.com


BY ORDER OF THE COURT

---

[1]  Certain persons and entities are excluded from the Settlement Class by definition, as set forth in the long-form Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Attorney's Fees and Litigation Expenses (the "Notice"), a copy of which may be downloaded from the settlement website maintained by the Claims Administrator at www.PrecigenSecuritiesLitigation.com


SOURCE Scott+Scott Attorneys at Law LLP



## PRN Top Stories Newsletters

Sign up to get PRN's top stories and curated news delivered to your inbox weekly!

Enter Your Email

Select Country

Submit

By signing up you agree to receive content from us.
Our newsletters contain tracking pixels to help us deliver unique content based on each subscriber's engagement and interests. For more information on how we will use your data to ensure we send you relevant content please visit our PRN Consumer Newsletter Privacy Notice. You can withdraw your consent at any time in the footer of every email you'll receive.