DocuSign Envelope ID: E998A75E-4329-44E6-BEDB-480EBBA25A55

Brian J. Schall (290685)
Rina J. Restaino (285415)
**THE SCHALL LAW FIRM**
2049 Century Park East, Suite 2460
Los Angeles, CA 90067
Telephone: (310) 301-3335
Facsimile: (213) 519-5876
brian@schallfirm.com
rina@schallfirm.com

*Additional Counsel for Lead Plaintiff Raju Shah*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al.,<br><br>                              Plaintiff,<br><br>v.<br><br>PRECIGEN, INC., et al.,<br><br>                              Defendants. | Case No.: 5:20-cv-06936-BLF<br><br>Dept.:  Courtroom 3, 5th Floor<br>Judge: Honorable Beth Labson Freeman<br>Hearing Date:  October 19, 2023<br>                              9:00 a.m. |
| *This Document Relates to:*<br><br>*ALL CONSOLIDATED ACTIONS* | |

**DECLARATION OF BRIAN J. SCHALL IN SUPPORT OF FEE AND EXPENSE APPLICATION FILED ON BEHALF OF THE SCHALL LAW FIRM**

I, Brian J. Schall, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am the founding partner in The Schall Law Firm, additional counsel for Lead Plaintiff Raju Shah and the Class in the above-captioned securities class action ("Action").[1]  I have personal knowledge of the matters stated herein based on my participation in the Action and review of records maintained by my firm and, if called upon, could and would testify thereto.

2.      I submit this Declaration in support of the Fee and Expense Application in connection with services rendered in connection with the litigation and resolution of the claims being settled in this Action.

3.      My firm has been involved in the prosecution of the Action and in obtaining the $13 million recovery for the Class, as further set forth in the Declaration of William C. Fredericks In Support of (A) Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation and (B) Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses.

4.      Based on my involvement in the Action as well as the review of time records reflecting work performed by other attorneys and an analyst at The Schall Law Firm in the Action (the "Timekeepers"), I directed the preparation of the chart set forth as Exhibit A hereto.  In reviewing my firm's time entries, I exercised billing judgment, eliminating all time spent on any settlement-related matters that was incurred after July 7, 2023 (the date that the Court entered its Preliminary Approval Order).

5.      The chart in **Exhibit A**: (i) identifies the names and positions (*i.e.*, titles) of the Timekeepers who have spent time working on any matters relating to this Action, (ii) states the total number of hours that each Timekeeper spent on that work from the inception of counsel's initial investigation through July 7, 2023 (the date the Court entered the Order granting Preliminary Approval), (iii) lists each Timekeeper's current hourly rate; and (iv) sets forth the "lodestar" of each Timekeeper and for my firm as a whole.  The information summarized in these charts was

---

[1]      All capitalized terms not defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated March 1, 2023 (the "Stipulation") (ECF No. 128).

DECL. OF BRIAN J. SCHALL ISO PLTF'S COUNSELS' FEE & EXPENSE APPLICATION
Case No. 5:20-cv-06936-BLF

prepared from time records prepared and maintained by my firm in the ordinary course of business, which are available at the request of the Court.

6.      The total number of hours spent by my firm that is fairly allocable to the litigation and settlement of the Settled Claims is 49 hours, with a total "lodestar" value of $32,725.00.

7.      As required under the Northern District of California's Procedural Guidance for Class Action Settlements, attached hereto as **Exhibit B** is a billing category-based summary chart of the work performed by each Timekeeper in connection with prosecuting and/or setting the Action.[2]

8.      The hourly rates for the Timekeepers, as set forth in Exhibits A and B, are consistent with the hourly rates submitted by my firm to state and federal courts in other contingent securities class action litigations across the country.  The firm's hourly rates are set based on periodic review of rates charged by firms performing comparable work, and/or rates regularly submitted to other Courts as the basis for contingent fee awards in comparably complex class actions, including a review of both plaintiff and defense firm rates for complex litigation.

9.      I believe the number of hours expended and the services performed by the attorneys at my firm were reasonable and necessary for the effective and efficient prosecution and resolution of the Action.

10.      With respect to the standing of my firm, attached hereto as Exhibit C is my firm's resume, which includes information about my firm and biographical information concerning the firm's attorneys who have been principally involved in the investigation, litigation, and settlement of the Settled Claims.

---

[2]      Time entries that related to more than one major litigation category were apportioned to the event(s) that most adequately captured the billed time.

DECL. OF BRIAN J. SCHALL ISO PLTF'S COUNSELS' FEE & EXPENSE APPLICATION
Case No. 5:20-cv-06936-BLF

I declare, under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this day of ___9/13/2023___ at Los Angeles, California.

DocuSigned by:

*Brian Schall*

A3536EEDF1954E7...

BRIAN J. SCHALL