**EXHIBIT A**

**Case Name:**        *Abadilla, et al. v. Precigen, Inc., et al.*, Case No. 5:20-cv-06936-BLF
**Firm Name:**        The Schall Law Firm
**Relevant Period:**  Inception of action through and including July 7, 2023 (date of Order
granting Preliminary Approval)

| PROFESSIONAL | STATUS[1] | HOURLY RATE | TOTAL HOURS | TOTAL LODESTAR AT HOURLY RATES |
|---|---|---|---|---|
| Brian Schall | P | $850 | 7.5 | $6,375.00 |
| Rina Restaino | P | $750 | 30.5 | $22,875.00 |
| Jefferson Saylor | OC | $650 | 4 | $2,600.00 |
| Eric Herzog | AN | $125 | 7 | $875.00 |
| **TOTAL** | | | **49** | **$32,725.00** |

---

[1]      P = Partner; OC = Of Counsel; A = Associate; SA = Staff Attorney; I = Investigator; and
P = Paralegal; AN = Analyst.