**EXHIBIT B**

**Case Name:** *Abadilla, et al. v. Precigen, Inc., et al.* **, Case No. 5:20-cv-06936-BLF**
**Firm Name: The Schall Law Firm**
**Relevant Period: Inception of action through and including July 7, 2023 (date of Order granting Preliminary Approval)**

Categories:

| | | | |
|---|---|---|---|
| (1) Factual Investigation | (4) Case Management/Client Communication | (7) Experts/Consultants | (10) Trial/Preparation |
| (2) Pleadings | (5) Motions and Legal Research | (8) Settlement/Mediation | |
| (3) Discovery | (6) Court Appearances/Preparation | (9) Litigation Strategy/Analysis | |

| Name | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | Hours | Rate | Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Brian Schall | P | - | 3.0 | - | 0.5 | - | - | - | - | 4.0 | - | 7.5 | $850 | $6,375.00 |
| Rina Restaino | P | 2.0 | 2.0 | - | 1.5 | - | - | - | 20.0 | 5.0 | - | 30.5 | $750 | $22,875.00 |
| Jefferson Saylor | OC | 4.0 | - | - | - | - | - | - | - | - | - | 4.0 | $650 | $2,600.00 |
| Eric Herzog | AN | 7.0 | - | - | - | - | - | - | - | - | - | 7.0 | $125 | $875.00 |
| *TOTAL:* | | **13.0** | **5.0** | **-** | **2.0** | **-** | **-** | **-** | **20.0** | **9.0** | **-** | **49.0** | | **$32,725.00** |

| | |
|---|---|
| (P) Partner | (I) Investigator |
| (OC) Of Counsel | (PL) Paralegal |
| (A) Associate | (LS) Litigation Support |
| (SA) Staff Attorney | (AN) Analyst |