# RONALD DEAN

A LAW CORPORATION

1155 Via de la Paz

Pacific Palisades, CA 90272

310.459.1636

Fax: 310.459.6224

e.mail: rdean@74erisa.com

September 16, 2023

U.S. District Court
Northern District of California
San Jose Courthouse
280 S. 1st street
San Jose, CA 95113

        *Re:*   **Objection** to Settlement
              *In re Precigen,* Case No. 5:20-cv-06936-BLF

To the Court:

I object to the settlement. I have 4,571 shares of Precigen and there is absolutely no way that I can dig up the purchase records of those shares – especially given that if claims are made for all shares I'll be getting only 13 cents per share, less costs.

I cannot believe that they do not already have these records. This settlement is not being made for the little guy, or even the medium guy. All the money will go to the major players...the ones who should have already known better.

Although the notice is dated July 7, it was received just today, 10 days before the hearing. It says this letter may be filed "electronically" but doesn't say how.

It's just not fair. It has all the appearances of a set-up.

Thank you.

Very truly yours,

RONALD DEAN

RD/em