**RONALD DEAN**
A LAW CORPORATION
1155 Via de la Paz
Pacific Palisades, CA 90272



U.S. District Court
Northern District of California
San Jose Courthouse
280 S. 1st street
San Jose, CA 95113