FILED

OCT 03 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Class Action Clerk
United States District Court for
    Northern California
San Jose Courthouse
280 S. 1st Street
San Jose , CA 95113

Re: Precigen Securities Litigation           Case No.5:20-cv-06936-BLF

Enclosed for filing in the above captioned litigation is the Notice of Objection to the Proposed
Settlement and Award of Attorneys Fees from Lawrence B .Dvores and my Certificate of Service
by email of this document to plaintiffs' counsel.

Lawrence B. Dvores, (Pro Se)           Dated: September 26, 2023

28 Sherbrooke Parkway           973-535-5000 (office)
Livingston, N.J. 07039

ldvores@yahoo.com