CERTIFICATE OF SERVICE

September 26, 2023

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re: PRECIGEN INC.SECURITIES LITIGATION        CASE # 5:20-CV-06936-BLF

Class Action Clerk
U.S. District Court for the
Northern District of California
San Jose Courthouse
280 South 1st Street
San Jose, CA, 95113

I certify that on September 26, 2023, I have emailed a copy of the enclosed Notice of Objection by Lawrence B. Dvores in the above captioned litigation to the following attorneys who are listed as Plaintiffs' Counsel in the Notice of Settlement.

John T. Jasnoch, Esq.  ( CA  281605CA)
jjasnoch@scott-scott.com

Thomas L. Laughlin, IV, Esq.
tlaughlin@scott-scott.com

William C. Fredericks, Esq.
wfredericks@scott-scott.com

Jeffery P. Jacobson, Esq.
jjacobson@scott-scott.com

Brian J. Schall, Esq.
brian@schallfirm.com


Lawrence B. Dvores, Pro Se        Email: ldvores@yahoo.com
28 Sherbrooke Parkway
Livingston, N.J. 07039
973-545-5000 (office)