**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, | Case No.: 5:20-cv-06936-BLF |
|    Plaintiff | CONSOLIDATED CLASS ACTION |
| v. | |
| PRECIGEN, INC., et al., | |
|    Defendants | |
| *This Document Relates to:* | |
| *ALL CONSOLIDATED ACTIONS* | |

**SUPPLEMENTAL DECLARATION OF ADAM D. WALTER OF A.B. DATA REGARDING (A) MAILING OF THE NOTICE AND (B) REPORT ON EXCLUSIONS AND OBJECTIONS**

DECLARATION OF ADAM D. WALTER
Case No. 5:20-cv-06936-BLF

I, Adam D. Walter, declare and state as follows:

1.    I am a Director at A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"). Pursuant to the Court's July 7, 2023 Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, for Issuance of Notice to the Class, and for Scheduling of Fairness Hearing (ECF No. 135, the "Preliminary Approval Order"), A.B. Data was appointed to act as the Claims Administrator in connection with the Settlement of the above-captioned action.[1]    I submit this Supplemental Declaration to supplement my Declaration Regarding: (A) Mailing of Notice and Claim Form; (B) Publication of Summary Notice; and (C) Report on Requests for Exclusion Received to Date (the "Initial Mailing Declaration") that was previously filed with the Court.  ECF No. 140.  The following statements are based on my personal knowledge and, if called as a witness, I could and would testify competently thereto.

### UPDATE ON DISSEMINATION OF THE NOTICE PACKET

2.    Since my original declaration, A.B. Data has continued to disseminate copies of the Notice and Proof of Claim and Release Form (together, the "Notice Packet") in response to requests received from potential Settlement Class Members, brokers, and other nominees.

3.    As more fully stated in my Initial Mailing Declaration, as of September 11, 2023, A.B. Data had mailed a total of 72,491 copies of the Notice Packet to potential Settlement Class Members.

4.    Since my Initial Mailing Declaration, and as of the date of this declaration, A. B. Data has caused an additional 80 Notice Packets to be mailed in response to correspondence received from potential Settlement Class members and/or nominees.

5.    Therefore, as of the date of this declaration, A.B. data has mailed a total of 72,571 Notice Packets to potential Settlement Class Members.

---

[1]    Unless otherwise defined herein, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement dated March 1, 2023 (ECF No. 128, the "Stipulation").

DECLARATION OF ADAM D. WALTER
Case No. 5:20-cv-06936-BLF

1

**UPDATE ON TELEPHONE HELPLINE AND WEBSITE**

6.    A.B. Data established and continues to maintain a case-specific, toll-free telephone helpline to accommodate potential Settlement Class Members inquiries.  This toll free-number, 866-540-4950, became operational on July 28, 2023.  A.B. Data has promptly responded to, and will continue to promptly respond to, all inquiries to the Precigen settlement telephone helpline, and will update the interactive voice response system with case-specific information.

7.    To further assist potential Settlement Class Members, A.B. Data established and maintains a case-specific website, www.PrecigenSecuritiesLitigation.com, dedicated to the Settlement.  The settlement website includes general information regarding the case and its current status, as well as downloadable copies of the Notice, Proof of Claim, and other relevant court documents, including the Stipulation and Agreement of Settlement, the pending motions in support of approval of the Settlement, Plan of Allocation, and Fee and Expense Application.  It also provides Class members with the ability to submit their claims online.  On September 18, 2023, A.B. Data posted Lead Plaintiff's Motion for Final Approval of Settlement and Plan of Allocation (and related declarations) and Plaintiff's Counsel's Motion for Award of Attorneys' Fees and Litigation Expenses (and related declarations) on the website.

**REQUESTS FOR EXCLUSION AND OBJECTIONS RECEIVED TO DATE**

8.    The Notice informed potential Settlement Class Members that if they wished to exclude themselves ("opt-out") from the Class, they needed to do so in writing and mail their request for exclusion to the Claims Administrator (at the address specified in the Notice) by September 26, 2023.  The Notice also set forth the information that must be included in each request for exclusion (such as proof that they would otherwise be members of the Class) in order for the request to be valid.  As of the date of this declaration, A.B. Data has received two (2) requests for exclusion, which redacted versions are attached hereto as Exhibits A and B, neither of which satisfy the requirements for opting out because both objectors failed to provide the number of shares transacted, as well as the dates, prices, and documentation of transactions and share ownership.

9.     As stated in the Notice, Settlement Class Members wishing to object to the Settlement or any of its terms, the proposed Plan of Allocation of the Net Settlement Fund, and/or Plaintiff's Counsel's Fee and Expense Application are to submit any written objections to the Court and mail copies to Plaintiff's Counsel and Defendants' Counsel (rather than to A.B. Data), so that such papers by September 26, 2023.

10.    Nonetheless, for the sake of completeness, I note that, as of the date of this declaration, A.B. Data has not received any objections, although it is aware (through Plaintiff's Counsel) of two objections.  A.B. Data searched its mailing records to identify information relating to the mailing of the Notice Packet to both objectors.  In both instances, A.B. Data was unable to identify both objectors' specific name and address information as being provided directly to us by a nominee.  As in most securities cases, if the Claims Administrator is unable to identify a potential Settlement Class Member's mailing information in their database, it typically means that the potential Settlement Class Member's broker asked to receive a bulk shipment of the Notice Packets to mail directly to their clients, and that those individuals receive their Notice Packet directly from their broker or broker's representative.

11.    In response to certain statements in his objection, A.B. Data reached out via telephone to Mr. Dean to (i) explain the process of how he received his Notice Packet, (ii) answer any questions he had related to obtaining documentation from his broker for Precigen transactions related to this Settlement, and (iii) offer our assistance to help get his claim submitted.  Mr. Dean indicated that he was satisfied with the explanations A.B. Data provided, but he indicated that he was likely not going to submit a claim in this Settlement because it appeared to him that any recovery he might receive in this case would not be worth his taking his time to do so.

12.    A.B. Data can confirm as of the date of this declaration, we have not received a claim submitted from either objector.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

DECLARATION OF ADAM D. WALTER
Case No. 5:20-cv-06936-BLF

3

Executed on October 4, 2023.

_____
Adam D. Walter