# EXHIBIT A

August 21, 2023

Precigen Securities Litigation Settlement
EXCLUSIONS
c/o A.B. Data
P.O. Box 173001
Milwaukee, WI 53217

To Whom It May Concern:

I, Lisa M. Moose, respectfully request to be excluded from the Settlement Class in In re Precigen, Inc. Securities Litigation.

I did not purchase any shares of Precigen, Inc. Any Intrexon/Precigen shares that I own were transferred to me as part of an employee incentive program at Third Security, LLC prior to August 2013.

Any association with this Precigen Securities Litigation puts me at risk with my prior employer, R.J. Kirk. Therefore, it is critical that I am granted exclusion from the Settlement Class in In re Precigen, Inc. Securities Litigation.

Sincerely,

Lisa M. Moose

Lisa M. Moose

L. Moose

CERTIFIED MAIL®

9589 0710 5270 0700 4813 80

PRECIGEN SECURITIES LITIGATION SETTLEMENT
EXCLUSIONS
% A. B. DATA
P.O. Box 173001
MILWAUKEE, WI
53217

Retail

UNITED STATES
POSTAL SERVICE®

U.S. POSTAGE PAID
FCM LG ENV
BLACKSBURG, VA 24060
AUG 21, 2023

53217

$5.70
R2305P150726-07

RDC 99