# EXHIBIT B

Selorme Agbleze

September 19, 2023

Precigen Securities Litigation Settlement

EXCLUSIONS

c/o A.B. Data

P.O. Box 173001

Milwaukee, WI 53217

To Whom It May Concern:

### Exclusion from Precigen Securities Litigation Settlement

I received a mail about a litigation, I want to be completely excluded from the Settlement Class in In re Precigen, Inc. Securities Litigation.

Thank you,

Selorme Agbleze

From: SELORME AGBLEZE

CAPITAL DISTRICT 206
19 SEP 2023   PM 2   L





**ReadyPost**

**Document Mailer**

To: PRECIGEN SECURITIES LITIGATION Sett.

EXCLUSIONS

c/o A·B· DATA

P.O. BOX 173001

MILWAUKEE, WI 53217

53217-801201