NINA F. LOCKER, State Bar No. 123838
EVAN L. SEITE, State Bar No. 274641
ANDREW J. FRANTELA, State Bar No. 325278
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone:  (650) 493-9300
Facsimile:  (650) 565-5100
Email: nlocker@wsgr.com
        eseite@wsgr.com
        afrantela@wsgr.com

*Attorneys for Defendants*
*Precigen, Inc. f/k/a Intrexon Corporation and*
*Randal J. Kirk*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al. | CASE NO.:  5:20-cv-06936-BLF |
| Plaintiffs, | <u>CLASS ACTION</u> |
| v. | **DECLARATION OF ANDREW J. FRANTELA REGARDING DEFENDANTS' COMPLIANCE WITH 28 U.S.C. § 1715** |
| PRECIGEN, INC., et al. | |
| Defendants. | Hon. Beth Labson Freeman |
| *This Document Relates to:* | |
| *ALL CONSOLIDATED ACTIONS* | |

DECLARATION OF ANDREW FRANTELA RE DEFS.'
COMPLIANCE WITH 28 U.S.C. § 1715
CASE NO. 5:20-CV-06936

I, Andrew J. Frantela, declare as follows:

1.      I am an attorney with Wilson Sonsini Goodrich & Rosati, P.C., counsel for defendants Precigen, Inc. and Randal J. Kirk in the above-captioned action. I am admitted to practice law in the State of California and before this Court. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after a thorough inquiry. If called upon to testify, I could and would testify competently thereto.

2.      I make this declaration to demonstrate Precigen's compliance with Paragraph 35 of the Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, For Issuance of Notice to the Class, and For Scheduling of Fairness Hearing (the "Order"), ECF No. 135, which requires Precigen to serve and file proof, by affidavit or declaration, regarding compliance with the notice requirements of the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1715(b).

3.      Pursuant to Paragraph 4.3 of the Stipulation and Agreement of Settlement (the "Stipulation"), Precigen agreed to serve the notice required under CAFA on behalf of Defendants no later than ten (10) calendar days following the filing of the Stipulation with the Court. *See* ECF No. 128 at 53-54.

4.      The Stipulation was filed with the Court on March 2, 2023. *See* ECF No. 128.

5.      Counsel for Precigen prepared a CAFA notice letter and assembled the documents and materials listed in 28 U.S.C. § 1715(b), as well as a list of contact information for the state and federal officials who were the intended recipients of the notice. The names and addresses were updated and verified.

6.      On March 10, 2023, counsel for Precigen served the CAFA notice letter via U.S. Priority Mail to the United States Attorney General and the Attorney General for each State and Territory. The CAFA notice notified the recipients of the proposed settlement in this matter and included the information required by 28 U.S.C. § 1715(b).  A true and correct copy of the CAFA notice sent on March 10, 2023 is attached hereto as **Exhibit 1.**

1

7. Included with each CAFA notice was a CD containing:

a. Class Action Complaint for Violations of the Federal Securities Laws – *Abadilla v. Precigen, Inc., et al.*, No. 5:20-cv-06936-BLF (ECF No. 1)

b. Class Action Complaint for Violations of the Federal Securities Laws – *Chen v. Precigen, Inc., et al.*, No. 4:20-cv-07442-JST (ECF No. 1)

c. Class Action Complaint for Violations of the Federal Securities Laws – *Seppen v. Precigen, Inc., et al.*, No. 3:20-cv-07586-JD (ECF No. 1)

d. Order Granting Motions to Consolidate (ECF No. 51)

e. Plaintiff's Amended Class Action Complaint – *In re Precigen, Inc. Securities Litigation*, No. 5:20-cv-06936-BLF (ECF No. 71)

f. Plaintiff's Second Amended Class Action Complaint – *In re Precigen, Inc. Securities Litigation*, No. 5:20-cv-06936-BLF (ECF No. 88)

g. Plaintiff's Third Amended Class Action Complaint – *In re Precigen, Inc. Securities Litigation*, No. 5:20-cv-06936-BLF (ECF No. 116)

h. Lead Plaintiff's Unopposed Motion For Preliminary Approval of Class Action Settlement (ECF No. 128)

1. Exhibit 1: Proposed Schedule of Settlement Events

2. Exhibit 2: Stipulation and Agreement of Settlement

i. Exhibit A: [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, For Issuance of Notice to the Class, and for Scheduling of Fairness Hearing

ii. Exhibit A-1: Proposed Plan of Allocation

iii. Exhibit A-2: Proof of Claim and Release Form

iv. Exhibit A-3: Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorney's Fees and Litigation Expenses

v. Exhibit B: [Proposed] Order and Final Judgment Approving Class Action Settlement and Plan of Allocation

i. Declaration of William C. Fredericks in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval (ECF No. 128-1)

1. Exhibit 1: N.D. Cal. Procedural Guidance For Class Action Settlements Compliance Checklist

j. Declaration of Adam D. Walter in Support of Plaintiff's Motion for Pre-liminary Approval of Proposed Class Action Settlement (ECF No. 128-2)

1. Exhibit A: Description of A.B. Data's background and capabilities

2

DECLARATION OF ANDREW FRANTELA RE DEFS.'
COMPLIANCE WITH 28 U.S.C. § 1715
CASE NO. 5:20-CV-06936

8.    To date, Defendants have not received any substantive communications regarding the CAFA notice or proposed Class Action Settlement from any of the Attorneys General or any other recipient of the CAFA notice.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge, information and belief. Executed this 11th day of October at San Francisco, California.

By:  /s/ *Andrew J. Frantela*
Andrew J. Frantela

DECLARATION OF ANDREW FRANTELA RE DEFS.'
COMPLIANCE WITH 28 U.S.C. § 1715
CASE NO. 5:20-CV-06936