# EXHIBIT 1



Wilson Sonsini Goodrich & Rosati
Professional Corporation

650 Page Mill Road
Palo Alto, California 94304-1050

O: 650.493.9300
F: 650.493.6811

March 10, 2023

### *Via USPS Priority Mail*

Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

Appropriate State, Territory, & Financial Officials
(Identified on Exhibit A attached hereto)

> **Re:    *In re Precigen, Inc. Securities Litigation*,**
> **Northern District of California, Case No. 5:20-cv-06936-BLF**

To Whom It May Concern:

We are writing to you on behalf of Defendants Precigen, Inc. f/k/a Intrexon Corporation ("Precigen"), Randal J. Kirk, and Robert F. Walsh III (collectively, "Defendants") in the above-referenced action (the "Class Action") to provide you with notice under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715, *et seq.*, of a class action settlement filed with the United States District Court for the Northern District of California. A Stipulation and Agreement of Settlement was filed with the Court on March 2, 2023, and a Preliminary Approval hearing is scheduled for July 6, 2023 at 9:00 a.m. in front of the Honorable Judge Beth Freeman in the United States District Court for the Northern District of California located at 280 South 1st Street, San Jose, California 95113.

Pursuant to 28 U.S.C. § 1715, the following documents associated with the above-referenced action and Stipulation and Agreement of Settlement are included in PDF format on the enclosed CD:

| No. | Document |
|-----|----------|
| 1 | Class Action Complaint for Violations of the Federal Securities Laws – *Abadilla v. Precigen, Inc., et al.*, No. 5:20-cv-06936-BLF (ECF No. 1) |
| 2 | Class Action Complaint for Violations of the Federal Securities Laws – *Chen v. Precigen, Inc., et al.*, No. 4:20-cv-07442-JST (ECF No. 1) |

**WILSON SONSINI**

Merrick B. Garland
Attorney General of the United States
March 10, 2023
Page 2

| No. | Document |
|-----|----------|
| 3 | Class Action Complaint for Violations of the Federal Securities Laws – *Seppen v. Precigen, Inc., et al.*, No. 3:20-cv-07586-JD (ECF No. 1) |
| 4 | Order Granting Motions to Consolidate (ECF No. 51) |
| 5 | Plaintiff's Amended Class Action Complaint – *In re Precigen, Inc. Securities Litigation*, No. 5:20-cv-06936-BLF (ECF No. 71) |
| 6 | Plaintiff's Second Amended Class Action Complaint – *In re Precigen, Inc. Securities Litigation*, No. 5:20-cv-06936-BLF (ECF No. 88) |
| 7 | Plaintiff's Third Amended Class Action Complaint – *In re Precigen, Inc. Securities Litigation*, No. 5:20-cv-06936-BLF (ECF No. 116) |
| 8 | Lead Plaintiff's Unopposed Motion For Preliminary Approval of Class Action Settlement ("Unopposed Motion") (ECF No. 128) <br><br> Attachments: <br><br> 1. Exhibit 1 – Proposed Schedule of Settlement Events <br><br> 2. Exhibit 2 – Stipulation and Agreement of Settlement |
| 9 | Stipulation and Agreement of Settlement, attached as Exhibit 2 to the Unopposed Motion <br><br> Attachments: <br><br> 1. Exhibit A – [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, For Issuance of Notice to the Class, and for Scheduling of Fairness Hearing <br><br> 2. Exhibit A-1 – Proposed Plan of Allocation <br><br> 3. Exhibit A-2 – Proof of Claim and Release Form <br><br> 4. Exhibit A-3 – Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for Attorney's Fees and Litigation Expenses <br><br> 5. Exhibit B – [Proposed] Order and Final Judgment Approving Class Action Settlement and Plan of Allocation |

WILSON
SONSINI

Merrick B. Garland
Attorney General of the United States
March 10, 2023
Page 3

| No. | Document |
|-----|----------|
| 10 | Declaration of William C. Fredericks in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval (ECF No. 128-1) <br><br> Attachment: <br><br>     1.  Exhibit 1 – N.D. Cal. Procedural Guidance For Class Action Settlements Compliance Checklist |
| 11 | Declaration of Adam D. Walter in Support of Plaintiff's Motion for Preliminary Approval of Proposed Class Action Settlement (ECF No. 128-2) <br><br> Attachment: <br><br>     1.  Exhibit A – Description of A.B. Data's background and capabilities |

As discussed in the Stipulation and Agreement of Settlement and Motion for Preliminary Approval, Defendants have entered into a Supplemental Agreement with Lead Plaintiff that has not been filed with the Court, which provides that Precigen shall have the option to terminate the proposed settlement if proposed class members representing a certain number of shares elect to be excluded from the proposed settlement class. Defendants will provide a copy of the Supplemental Agreement upon request.

All filings in the above-referenced action are available through the electronic filing system for the United States District Court for the Northern of California, which can be found at the following web-address: https://ecf.cand.uscourts.gov/cgi-bin/login.pl. Any future hearings and papers will be posted on that website as well.

Although it is not feasible for Defendants to identify all class members who reside in each state, Defendants note that the Class includes all persons or entities who purchased or otherwise acquired publicly traded shares of Precigen common stock between May 10, 2017 and September 25, 2020, inclusive, and who were damaged thereby. Excluded from the Settlement Class are (i) Defendants; (ii) the past and current officers, directors, partners and managing partners of Precigen (and any of Precigen's subsidiaries or affiliates, including but not limited to MBP Titan LLC); (iii) the immediate family members, legal representatives, heirs, parents, subsidiaries, successors, successors and assigns of any person excluded from the Settlement; (iv) any entity in which any of the above excluded persons have or had a majority ownership interest, or that is or was controlled by any excluded persons; and (v) any person who validly requests exclusion from the Class.

If you are unable to access any of the information on the enclosed CD or the electronic filing system for the United States District Court for the Northern District of California, or if you have other questions, please contact Evan Seite at (650) 849-3289 or eseite@wsgr.com.

**WILSON
SONSINI**

Merrick B. Garland
Attorney General of the United States
March 10, 2023
Page 4

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

/s/ Nina F. Locker

*Attorneys for Defendants Precigen, Inc.
f/k/a Intrexon Corporation and Randal J.
Kirk*

NORTON ROSE FULBRIGHT US LLP

/s/ Peter A. Stokes

*Counsel for Defendant Robert F. Walsh III*

Enclosures

**EXHIBIT A**

| | |
|---|---|
| Alabama Attorney General<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Alaska Attorney General<br>1031 W. 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994 |
| American Samoa Attorney General<br>American Samoa Government<br>Executive Office Building<br>Utulei, Territory of American Samoa<br>Pago Pago, AS 96799 | Arizona Attorney General<br>2005 N. Central Avenue<br>Phoenix, AZ 85004-2926 |
| Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201-2610 | California Attorney General<br>1300 "I" Street, Suite 1740<br>Sacramento, CA 95814-2919 |
| Colorado Attorney General<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 | Connecticut Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106 |
| Delaware Attorney General<br>Carvel State Office Building<br>820 N. French Street<br>Wilmington, DE 19801 | District of Columbia Attorney General<br>400 6th Street, NW<br>Washington, DC 20001 |
| Florida Attorney General<br>The Capitol, PL 01<br>Tallahassee, FL 32399-1050 | Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334-1300 |
| Guam Attorney General<br>ITC Building<br>590 S. Marine Corps Drive, Suite 706<br>Tamuning, Guam 96913 | Hawaii Attorney General<br>425 Queen Street<br>Honolulu, HI 96813 |
| Idaho Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | Illinois Attorney General<br>100 W. Randolph Street<br>Chicago, IL 60601 |
| Indiana Attorney General<br>Indiana Government Center South<br>302 W. Washington Street, 5th Floor<br>Indianapolis, IN 46204 | Iowa Attorney General<br>Hoover State Office Building<br>1305 E. Walnut<br>Des Moines, IA 50319 |
| Kansas Attorney General<br>120 SW 10th Avenue, 2nd Floor<br>Topeka, KS 66612-1597 | Kentucky Attorney General<br>700 Capitol Avenue<br>Capitol Building, Suite 118<br>Frankfort, KY 40601 |

| | |
|---|---|
| Louisiana Attorney General<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | Maine Attorney General<br>State House Station 6<br>Augusta, ME 04333 |
| Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202 | Massachusetts Attorney General<br>1 Ashburton Place, 20th Floor<br>Boston, MA 02108-1698 |
| Michigan Attorney General<br>525 W. Ottawa Street<br>P.O. Box 30212<br>Lansing, MI 48909-0212 | Minnesota Attorney General<br>Suite 102, State Capital<br>75 Dr. Martin Luther King, Jr. Blvd.<br>Saint Paul, MN 55155 |
| Mississippi Attorney General<br>Department of Justice<br>P.O. Box 220<br>Jackson, MS 39205 | Missouri Attorney General<br>Supreme Court Building<br>207 W. High Street<br>Jefferson City, MO 65101 |
| Montana Attorney General<br>Justice Building<br>215 N. Sanders Street<br>Helena, MT 59620-1401 | Nebraska Attorney General<br>State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509-8920 |
| Nevada Attorney General<br>Old Supreme Court Building<br>100 N. Carson Street<br>Carson City, NV 89701 | New Hampshire Attorney General<br>33 Capitol Street<br>Concord, NH 03301 |
| New Jersey Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625 | New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508 |
| New York Attorney General<br>Department of Law<br>The Capitol, 2nd Floor<br>Albany, NY 12224 | North Carolina Attorney General<br>Department of Justice<br>P.O. Box 629<br>Raleigh, NC 27602-0629 |
| North Dakota Attorney General<br>State Capitol<br>600 E. Boulevard Avenue<br>Bismarck, ND 58505-0040 | Northern Mariana Islands Attorney<br>General<br>Administration Building<br>P.O. Box 10007<br>Saipan, MP 96950-8907 |
| Ohio Attorney General<br>State Office Tower<br>30 E. Broad Street<br>Columbus, OH 43266-0410 | Oklahoma Attorney General<br>313 N.E. 21st Street<br>Oklahoma City, OK 73105 |

| | |
|---|---|
| Oregon Attorney General<br>Justice Building<br>1162 Court Street NE<br>Salem, OR 97301 | Pennsylvania Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 |
| Puerto Rico Attorney General<br>P.O. Box 9020192<br>San Juan, PR 00902-0192 | Rhode Island Attorney General<br>150 S. Main Street<br>Providence, RI 02903 |
| South Carolina Attorney General<br>Rembert C. Dennis Office Building<br>P.O. Box 11549<br>Columbia, SC 29211-1549 | South Dakota Attorney General<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501-8501 |
| Tennessee Attorney General<br>425 5th Avenue North<br>Nashville, TN 37243 | Texas Attorney General<br>Capitol Station<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Utah Attorney General<br>State Capitol, Rm. 236<br>Salt Lake City, UT 84114-0810 | Vermont Attorney General<br>109 State Street<br>Montpelier, VT 05609-1001 |
| Virgin Islands Attorney General<br>3438 Krondprindsens<br>Gade GERS Building, 2nd Floor<br>St. Thomas, VI 00802 | Virginia Attorney General<br>202 N. Ninth Street<br>Richmond, VA 23219 |
| Washington Attorney General<br>1125 Washington Street SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | West Virginia Attorney General<br>State Capitol<br>1900 Kanawha Boulevard East<br>Charleston, WV 25305 |
| Wisconsin Attorney General<br>Department of Justice<br>State Capitol, Room 114 East<br>P.O. Box 7857<br>Madison, WI 53707-7857 | Wyoming Attorney General<br>State Capitol Building<br>109 State Capitol<br>Cheyenne, WY 82002 |