UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN JOSEPH ABADILLA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PRECIGEN, INC., et al., <br><br> Defendants. | Case No. 20-cv-06936-BLF <br><br> **FINAL JUDGMENT** |

On November 6, 2023, the Court issued its Order Granting Lead Plaintiff Raju Shah's Motion for Final Approval of Settlement and Plan of Allocation and Motion for Attorneys' Fees and Expenses and Service Award (the "Order"). *See* ECF No. 151.

Pursuant to the Court's findings and conclusions in the Order, including with respect to the Court's retention of its continuing exclusive jurisdiction over all parties to this action and the Settlement Class Members for all matters relating to the action, including the administration, interpretation, effectuation or enforcement of the Settlement Agreement, and including any application for fees and expenses incurred in connection with administering and distributing the Settlement Fund proceeds to the Settlement Class Members, the Court hereby ENTERS FINAL JUDGMENT in this action under Federal Rule of Civil Procedure 58. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 6, 2023

_____
BETH LABSON FREEMAN
United States District Judge